IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ESCUDERO, JR. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-00-193 |
| BAUER CORPORATION D/B/A | § | |
| BAUER LADDER CORPORATION | § | |

United States District Court
Southern District of Texas
FILED
DEC 2 2 2000
Michael N. Milby
Clerk of Court

## NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant, BAUER CORPORATION, hereby removes to this Court the state court action described below:

1. On December 6, 2000, an action was commenced in the 103rd Judicial District Court of the State of Texas in and for Cameron County, Texas, entitled <u>Jose Escudero, Jr. Plaintiff, v. Bauer Corporation d/b/a Bauer Ladder Corporation, Defendant</u>, as Case Number 2000-12-4929-D, a copy of the Plaintiff's Original Petition is attached hereto as Exhibit "A".

2. The first date upon which Defendant, BAUER CORPORATION, received a copy of the said Petition was December 12, 2000, when Defendant was served with a copy of the said Petition and a summons from the said state court. A copy of the summons is attached hereto as Exhibit "B". Defendant, BAUER CORPORATION, has filed the

Original Answer of Defendant BAUER CORPORATION and Jury Demand, attached hereto as Exhibits "C" and "D", respectively.

3.   This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00 exclusive of interest and costs.

4.   Defendant is informed and believes that Plaintiff is a citizen of the State of Texas.  Defendant, BAUER CORPORATION, was, at the time of the filing of this action, and still is now, a citizen of Ohio.

Respectfully submitted,

GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, Texas 78206-5707
Telephone: (210) 349-0511
Facsimile: (210) 349-2760

By: _____
    RON A. SPRAGUE
    State Bar No. 18962100
    Federal I.D. No. 151

ATTORNEYS FOR DEFENDANT

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading was mailed, certified mail, return receipt requested, to Mr. Barry Benton, 284 Ebony Avenue, Brownsville, Texas 78520, on this _20th_ day of December, 2000.

_____
RON A. SPRAGUE

r:\ras\escudero\remove.fed