```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                        BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

DEC 22 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE ESCUDERO, JR. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-193 |
| § | |
| BAUER CORPORATION D/B/A § | |
| BAUER LADDER CORPORATION § | |

## DEFENDANT BAUER CORPORATION'S
## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

BAUER CORPORATION, Defendant in the above entitled and numbered cause, certifies that the following listed persons have an interest in the outcome of this case in accordance with the Court's Order Setting Conference:

1. Jose Escudero, Plaintiff

2. <u>Bauer Corporation</u>, Defendant

3. The law firms involved in this case:

   a. Barry R. Benton
      (Attorney for Plaintiff)

   b. Gendry & Sprague, P.C.
      (Attorney for Defendant, Bauer Corporation)

Respectfully submitted,

GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, Texas 78216-5707
Telephone: (210) 349-0511
Facsimile: (210) 349-2760

By: _____
RON A. SPRAGUE
State Bar No. 18962100
Federal I.D. No. 151

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading was mailed, certified mail, return receipt requested, to Mr. Barry Benton, 284 Ebony Avenue, Brownsville, Texas 78520, on this ____ day of December, 2000.

_____
RON A. SPRAGUE

r:\ras\escudero\intparty

-2-