```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                         BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

JAN 1 8 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE ESCUDERO, JR. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. <u>B-00-193</u> |
| BAUER CORPORATION D/B/A § | |
| BAUER LADDER CORPORATION § | |

### <u>DEFENDANT BAUER CORPORATION'S<br>AGREED MOTION FOR PROTECTIVE ORDER</u>

TO THE HONORABLE JUDGE OF SAID COURT:

BAUER CORPORATION, Defendant in the above entitled and numbered cause, files this Agreed Motion for Protective Order and in support thereof would respectfully show the Court the following:

### <u>BACKGROUND</u>

1. On December 6, 2000, an action was commenced in the 103rd Judicial District Court of the State of Texas in and for Cameron County, Texas, entitled <u>Jose Escudero, Jr. v. Bauer Corporation d/b/a Bauer Ladder Corporation</u>, Cause No. 2000-12-4929-D.

2. On or about December 19, 2000 Defendant filed its Notice of Removal of Action under 28 U.S.C. 1441(b) under diversity jurisdiction.

3. This case concerns injuries allegedly sustained by Plaintiff while he was repairing a light fixture located in La Feria, Texas. During the course of his work Plaintiff allegedly

utilized a stepladder known as a Type 1-A, Extra Heavy Duty Industrial, six-foot stepladder which Plaintiff alleges was designed, manufactured and sold by Defendant.

4. Plaintiff further alleges that while on the step ladder and in the process of repairing the light fixture the ladder was caused to twist as a result of a split in the legs of the ladder, resulting in Plaintiff falling to the floor and sustaining severe injuries.

5. The ladder in question will be material evidence in this case. Defendant files this Motion for Protective Order to ensure the preservation and integrity of the ladder and would respectfully request that the Court order the following:

    a) That Plaintiff store the ladder in a safe and reasonable manner such as will safeguard its current condition;

    b) That any proposed testing, examination, inspection and/or evaluation of the ladder, which, in reasonable probability, would alter the condition of the ladder or its component parts, be done only upon reasonable notice and consent of all parties and with opportunity for all parties to attend and observe;

    c) That no destructive testing be conducted to the ladder in question without the consent of all parties or by order of the Court;

    d) That no modifications or alterations be performed to the ladder in question;

    e) That Plaintiff make the ladder available for inspection by Defendant upon reasonable notice.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Defendant's Agreed Motion for Protective Order be granted, that Plaintiff be ordered to comply with the above requests, and for such other and further relief, both in law or equity, to which it may show itself justly entitled to receive.

Respectfully submitted,

GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, Texas 78216-5707
Telephone: (210) 349-0511
Facsimile: (210) 349-2760

By: _____
RON A. SPRAGUE
State Bar No. 18962100
Federal I.D. No. 151

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading was mailed, certified mail, return receipt requested, to Mr. Barry Benton, 284 Ebony Avenue, Brownsville, Texas 78520, on this _10th_ day of _January_, 2001.

_____
RON A. SPRAGUE

r:\ras\escudero\mot.pro