5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE ESCUDERO, JR. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-00-193 |
| BAUER CORPORATION D/B/A | § | |
| BAUER LADDER CORPORATION | § | |

**ORDER GRANTING DEFENDANT'S AGREED MOTION FOR PROTECTIVE ORDER**

On this the 23RD day of JANUARY, 2001, came on to be considered Defendant's Agreed Motion for Protective Order. After reviewing the Motion and the arguments of counsel, the Court is of the opinion that Defendant's Agreed Motion for Protective Order should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that Defendant's Agreed Motion for Protective Order is, in all things, GRANTED. The Court hereby orders:

    a) That Plaintiff store the ladder in a safe and reasonable manner such as will safeguard its current condition;

    b) That any proposed testing, examination, inspection and/or evaluation of the ladder, which, in reasonable probability, would alter the condition of the ladder or its component parts, be done only upon reasonable notice and consent of all parties and with opportunity for all parties to attend and observe;

    c) That no destructive testing be conducted to the ladder in question without the consent of all parties or by order of the Court;

    d) That no modifications or alterations be performed to the ladder in question;

   e)   That Plaintiff make the ladder available for inspection by Defendant upon reasonable notice.

SIGNED AND ENTERED this 23RD day of JANUARY, 2001.

_____
JUDGE PRESIDING

AGREED:

_____
Barry R. Benton
State Bar No. 02176500
Federal I.D. No. _____
284 Ebony Avenue
Brownsville, Texas 78520
Telephone: (956) 546-9900
Facsimile: (956) 546-9997

ATTORNEY FOR PLAINTIFF


GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, Texas 78216-5707
Telephone: (210) 349-0511
Facsimile: (210) 349-2760

By: _____
RON A. SPRAGUE
State Bar No. 18962100
Federal I.D. No. 151

ATTORNEYS FOR DEFENDANT


r:\ras\escudero\mot.pro