

United States District Court
Southern District of Texas
FILED

MAR - 2 2001

Michael N. Milby, Clerk of

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOSE ESCUDERO, JR.          *
                            *
vs                          *    CIVIL ACTION NO. B-00-193
                            *
BAUER CORPORATION D/B/A      *
BAUER LADDER CORPORATION     *

## JOINT REPORT OF THE MEETING & JOINT DISCOVERY/ CASE MANAGEMENT PLAN UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, JOSE ESCUDERO, JR., and Defendant, BAUER CORPORATION D/B/A BAUER LADDER CORPORATION, and submit this their joint report of the meeting and joint discovery/case management plan under Rule 26(f) of the Civil Rules of Civil Procedure, and in support thereof would respectfully show as follows:

1.

The meeting of the parties was held at the Law Office of Barry R. Benton on February 20, 2001. Mr. Benton was present for the Plaintiff and Mr. Thomas Gendry of Gendry & Sprague, P.C., appeared for the Defendant.

2.

There are no cases pending in either state or federal court relating to this case.

3.

Jurisdiction is based on diversity of citizenship.

4.

There is no disagreement regarding jurisdiction.

5.

There are no additional parties anticipated.

6.

There are no anticipated interventions.

7.

There are no class-action issues.

8.

By agreement both parties shall submit disclosures by March 20, 2001.

9A.

Disclosures shall be served by March 20, 2001.   As all other discovery plans are described below.   Discovery does not need to be

CASE MANAGEMENT PLAN UNDER RULE 26(f)
PAGE 2

conducted in phases, limited or focused on one issue.  No changes in the discovery rules are needed.

## 9B.

Plaintiff anticipates sending interrogatories only to defendant and depositions by written questions to health care providers.

## 9C.

Defendant anticipates sending interrogatories to plaintiff and depositions by written questions to plaintiff's healthcare providers and employers.

## 9D.

Plaintiff intends to take the oral depositions of Dr. James W. Pugh, and Dr. George Kartalian, M.D., by June 28, 2001.  Plaintiff also intends to depose Defendant's corporate representative, design specialist, persons with knowledge of prior claims and knowledge of corporate changes by June 1, 2001 and Defendant's expert, John Johnson, by July 30, 2001.

## 9E.

Defendant intends to take the oral depositions of Jose Escudero, Jr., Carmen Escudero, Jose Escudero, Reymundo Medina, Flavio Correa,

CVisPDF - www.fasiisi.com

and Jessie Ramirez by June 1, 2001 and Dr. Donald Vargas, M.D., Dr. John Bishop, M. D., and the representative of Santa Rosa School District by July 1, 2001.

### 9F.

Plaintiff intends to take expert depositions of Dr. James W. Pugh and Dr. George Kartalian, M.D. by June 28, 2001 and John Johnson by July 30, 2001.

### 9G.

Defendant intends to take expert depositions of Dr. Donald Vargas,M.D., James W. Pugh M.D. and Dr. John Bishop, M.D. by July 1, 2001.

### 10.

The parties are in agreement regarding this discovery plan.

### 11.

Plaintiff has already produced medical and billing records.  The subject ladder has been made available for inspection.

### 12.

Discovery is expected to be completed by August 2001.

13.

Prompt settlement is not likely because it is dependent on discovery results.

14.

Both parties, through their attorneys, have agreed to be open about contentions and prompt with production of evidence.

15.

Mediation would be a viable option.

16.

Both parties are open to the idea of a magistrate judge trying the case.

17.

A jury was requested by Defendant at the time it filed its original answer.

18.

Testimony is expected to take approximately three days.

19.

There are no pending motions.

CVISPDF – www.fesira.com

20.

There are no other pending motions.

21.

There are no other matters which necessitate special attention of the court at the initial pretrial and scheduling conference.

22.

Counsel for Plaintiff is as follows: Barry R. Benton, Law Office of Barry R. Benton, 284 Ebony Ave., Brownsville, Texas, 78520, (956) 546-9900, State Bar No. 02176500.

Counsel for Defendant is as follows: Thomas Gendry, State Bar No. 07797000, Ron A. Sprague, State Bar No. 18962100, Gendry & Sprague, P.C., 645 Lockhill Selma, San Antonio, Texas, 78216, (210) 349-0511.

Respectfully submitted,

Barry R. Benton
284 Ebony Ave.
Brownsville, Texas 78520
Telephone (956) 546-9900
Facsimile (956) 546-9997
State Bar No. 02176500
Federal I.D. No. 3968
*Counsel for Plaintiff*

CASE MANAGEMENT PLAN UNDER RULE 26(f)
PAGE 6

Case 1:00-cv-00193  Document 6  Filed in TXSD on 03/02/2001  Page 7 of 7

Ron A. Sprague
State Bar No. 18962100
Federal I.D. No. 151
Thomas Gendry
State Bar No. 07797000
Gendry & Sprague, P.C.
645 Lockhill Selma
San Antonio, Texas 78216
Telephone (210) 349-0511
Facsimile (210) 349-2760
*Counsel for Defendant*

CASE MANAGEMENT PLAN UNDER RULE 26(f)
PAGE 7