7

THE HONORABLE JOHN WM. BLACK

TELEPHONIC INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

MAR 0 2 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. <u>B-00-193</u>       DATE & TIME: <u>  03-02-01 AT 1:30 P.M.  </u>

<u>JOSE ESCUDERO, JR.           </u>       PLAINTIFF(S) <u>    BARRY BENTON       </u>
                                        COUNSEL

VS.

<u>BAUER CORPORATION, ET AL.    </u>       DEFENDANT(S) <u>   RON A. SPRAGUE      </u>
                                        COUNSEL

---

CSO: Emilio Salinas
ERO: Gabriel Mendieta

   Attorneys Barry Benton and TomGendry appeared telephonically.

   Counsel will send an Agreed Scheduling Order.