9.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE ESCUDERO, JR. | * | |
| | * | |
| vs | * | CIVIL ACTION NO. B-00-193 |
| | * | |
| BAUER CORPORATION D/B/A | * | |
| BAUER LADDER CORPORATION | * | |

## SCHEDULING ORDER

1. Trial: Estimated to try: <u>3 days</u>     ____ Bench     <u>X</u> Jury

2. New parties must be joined by:     There are no additional parties anticipated.

3. The plaintiff's experts will be named with a report furnished by:     <u>May 15, 2001</u>

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:     <u>August 15, 2001</u>

6. Dispositive Motions will be filed by:     <u>August 31, 2001</u>

7. Joint pretrial order is due:     <u>September 10, 2001</u>

8. Final pretrial conference before Judge Black     September 10, 2001 at 1:30 P.M.

8.9. Docket call and final pretrial conference is set for 8:30 a.m. on:     September 6, 2001

9.10. Jury selection is set for 8:30 a.m. on:     September 7, 2001

The case will be tried on: at 9:00 a.m. on     <u>September 24, 2001</u>

Signed <u>21 MARCH</u>, 2001, at Brownsville, Texas.

_____
Presiding Judge

_____
Barry R. Benton
LAW OFFICE OF BARRY R. BENTON
284 Ebony Ave.
Brownsville, Texas 78520
Telephone (956) 546-9900
Facsimile (956) 546-9997
State Bar No. 02176500
Federal I.D. No. 3968
Counsel for Plaintiff

_____
Ron A. Sprague
GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, Texas 78216
Telephone (210) 349-0511
Facsimile (210) 349-2760
State Bar No. 18962100
Federal I.D. No. 151
Counsel for Defendant

_____
Thomas Gendry
GENDRY & SPRAGUE, P.C.
State Bar No. 07797000
Gendry & Sprague, P.C.
645 Lockhill Selma
San Antonio, Texas 78216
Telephone (210) 349-0511
Facsimile (210) 349-2760
State Bar No. 07797000
Counsel for Defendant