

*10*

United States District Court
Southern District of Texas
FILED

JUN 0 5 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ESCUDERO, JR. | * | |
| | * | |
| vs | * | CIVIL ACTION NO. B-00-193 |
| | * | |
| BAUER CORPORATION D/B/A | * | |
| BAUER LADDER CORPORATION | * | |

### PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JOSE ESCUDERO, JR., Plaintiff in the above-entitled and numbered cause, by and through his attorney of record, and files this motion for continuance, and in support thereof would respectfully show as follows:

1.

This cause is presently set for trial on September 24, 2001. This is the first motion for continuance. It is uncontested.

2.

In support of this motion, Plaintiff would show that he is having great difficulty in obtaining a timely deposition date from his expert witness, Dr. James Pugh, Ph. D., P.E. of New York, New York. This in turn, per the discovery plan, has backed up the progression of depositions of Defendant's experts and others.

3.

In further support of this motion, Plaintiff would show that his counsel has

Pinjury/federal/mot&ord/continuance/escudero

several other trials set for August, September and October of this year, making it very difficult to have the instant case properly prepared for trial.

4.

Plaintiff requests a new trial date, perhaps in early December.

5.

This cause was filed in this court on or about December 20, 2000. Therefore to extend its trial date to early December of 2001, would still move the case expeditiously through the judicial process with less than one year between filing and trial.

6.

WHEREFORE, Plaintiff, JOSE ESCUDERO, JR., prays that the trial of this case be continued from September 24, 2001, to a date in early December of 2001.

Respectfully submitted,

*(signature)*

Barry R. Benton
284 Ebony Avenue
Brownsville, TX  78520
Telephone (956) 546-9900
Facsimile (956) 546-9997
State Bar No. 02176500
Federal I.D. No. 3968
ATTORNEY-IN-CHARGE FOR
JOSE ESCUDERO, JR., PLAINTIFF

PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE - PAGE 2

Pinjury/federal/mot&ord/continuance/escudero

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 5th day of June, 2001, a true and correct copy of the foregoing Plaintiff's Unopposed Motion For Continuance has been forwarded to defense counsel of record in this cause, to wit:

Mr. Thomas Gendry
GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, Texas 78216-5707

_____
BARRY R. BENTON

## CERTIFICATE OF CONFERENCE

This shall certify that I have conferred with counsel for Defendant and he does not oppose this motion.

_____
BARRY R. BENTON

PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE - PAGE 3

Pinjury/federal/mot&ord/continuance/escudero

# VERIFICATION

STATE OF TEXAS                    *

COUNTY OF CAMERON          *

I, Barry R. Benton, attorney for Plaintiff in the above-entitled and numbered cause, have read the foregoing Plaintiff's Unopposed Motion For Continuance and all the facts contained therein are true and correct to my personal knowledge.

_____
BARRY R. BENTON

SWORN TO AND SUBSCRIBED BEFORE ME by Barry R. Benton, to certify which witness my hand and seal of office on this the 5th day of June _____, 2001.

_____
Notary Public, State of Texas

My Commission expires: December 10, 2002
Notary's printed name: Leslie C. Delgado



LESLIE C. DELGADO
MY COMMISSION EXPIRES
December 10, 2002

PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE - PAGE 4