11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE ESCUDERO, JR. | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. B-00-193 |
| BAUER CORPORATION D/B/A | § |
| BAUER LADDER CORPORATION | § |

### DEFENDANT BAUER CORPORATION D/B/A BAUER LADDER CORPORATION'S RESPONSE TO PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant BAUER CORPORATION D/B/A BAUER LADDER CORPORATION in the above-entitled and numbered cause, and files this Response to Plaintiff's Unopposed Motion for Continuance, and would show the Court as follows:

1.

Counsel for Defendant has attempted to schedule Plaintiff's expert's deposition, but could not obtain dates when the expert could present himself for deposition. Plaintiff's expert's deposition is needed in order that Defendant's expert can prepare a written report and present himself for deposition. Accordingly, the deadlines for designation of Defendant's expert, his written report and presentation for deposition needs to be extended.

2.

Defendant requests a trial date in early January, 2002, early February, 2002 or March of 2002. Currently Defendant's counsel is scheduled for jury trials on December 3 and 10, 2001, and on January 21, 28 and February 18, 2002.

WHEREFORE, Defendant BAUER CORPORATION D/B/A BAUER LADDER CORPORATION prays that the Court order new deadlines for the designation of experts with written reports, deposition dates and set this case for trial early in the year 2002 as above requested.

Respectfully submitted,

GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, Texas 78216-5707
Telephone: (210) 349-0511
Facsimile: (210) 349-2760

By: _____
THOMAS W. GENDRY
State Bar No. 07797000
Federal I.D. No. 27525

ATTORNEYS FOR DEFENDANT
BAUER CORPORATION D/B/A BAUER LADDER
CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading was mailed, certified mail, return receipt requested, to Mr. Barry Benton, 284 Ebony Avenue, Brownsville, Texas 78520, on this 14th day of June, 2001.

_____
THOMAS W. GENDRY

T:\RAS\ESCUDERO\0\RESP-MFC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE ESCUDERO, JR. | § |
| | § |
| VS. | § |
| | §    CIVIL ACTION NO. <u>B-00-193</u> |
| BAUER CORPORATION D/B/A | § |
| BAUER LADDER CORPORATION | § |

## ORDER
(Granting Plaintiff's Unopposed Motion for Continuance)

ON THIS DAY came on for consideration in the above-entitled and numbered cause Plaintiff's Unopposed Motion for Continuance, and after considering the evidence and argument of counsel, it is the opinion of the court that said motion should be granted.

IT IS THEREFORE ORDERED that the above-entitled and numbered cause be continued for trial until the _____ day of _____, 2002, at _____ o'clock __.m. in the United States District Court.

Counsel shall submit a new docket control order for the courts consideration within five days of receipt of this order.

SIGNED FOR ENTRY this ____ day of _____, 2001.

_____
JUDGE PRESIDING

Copies to:
Barry R. Benton, 284 Ebony Ave., Brownsville, Texas 78520
Thomas W. Gendry, 645 Lockhill Selma, San Antonio, Texas 78216