IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE ESCUDERO, JR. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-00-193 |
| BAUER CORPORATION D/B/A § | |
| BAUER LADDER CORPORATION § | |

**DEFENDANT BAUER CORPORATION'S**
**DESIGNATION OF EXPERT WITNESSES**

Defendant, Bauer Corporation makes these designations of expert witnesses, as required by the Scheduling Order of this Court dated March 21, 2001, as follows.

Dr. John E. Johnson
Engineering Forensics & Testing, Inc.
W9240 US Hwy 18
Cambridge, WI 53523
(608) 423-4330
Dr. Johnson's report is not provided due to pending deposition of Plaintiff's expert Dr. James Pugh not being taken yet.

Dr. Mayo Galindo, Jr.
San Antonio Orthopaedic Group
9150 Huebner
San Antonio, Texas 78240
(210) 561-0760
See attached report.

Defendant reserves the right to refer to the opinions and records of Plaintiff's designated experts.

GENDRY & SPRAGUE, P.C.

By: _____
RON A. SPRAGUE
State Bar No. 18962100
Federal I.D. No. 151
THOMAS W. GENDRY
State Bar No. 07797000
Federal I.D. No. 27525
645 Lockhill Selma
San Antonio, Texas 78216
Telephone: (210) 349-0511
Facsimile: (210) 349-2760

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing pleading was mailed, certified mail, return receipt requested and facsimile, to Mr. Barry Benton, 284 Ebony Avenue, Brownsville, Texas 78520, on this ___14th___ day of June, 2001.

_____
THOMAS W. GENDRY

t:\ras\escudero\design.exp

FROM : STOFAA           FAX NO. : 210 561 7066           Jun. 13 2001 08:56AM P2

# South Texas Orthopaedic Foot & Ankle Associates
## 9150 Huebner Road, Suite 200  San Antonio, TX  78240

**JOSE ESCUDERO**                                                                 **JUNE 6, 2001**
**ACCT#:** 275081

Mr. Escudero is a 33-year-old self-employed construction company owner here for an IME regarding an injury that he sustained on or about May 10, 1999. He was fixing a light fixture in an apartment. He was on a stepladder, approximately six feet in length. He says that the legs, or the base of it was made out of plastic and these apparently split and he fell as the ladder collapsed a distance of approximately five feet. Based on his x-rays that accompany him from May 10, he had a displaced left os calcis fracture for which he underwent a closed reduction and percutaneous pinning. Two months later he had the pins removed. His fracture ultimately healed but because of continued pain he had a CT scan in December, 1999, subsequently followed in May, 2000 via surgery by Dr. John Bishop in Houston. Based on his description this probably was a lateral decompression. He had limited motion before his most recent surgery and though he has more motion he still has limited motion. He has continued pain. It is intermittent in nature. He finds that on some mornings he has to use a cane to go to the shower. He cannot run, but as a self-employed gentleman, still has the ability to work.

There is no previous history of any other foot injury.

Past surgical history is significant for closed reduction and percutaneous pinning, May 11, 1999, subsequent pin removal July 8, 1999, followed by a lateral decompression May 3, 2000. Review of systems is unremarkable. He enjoys good health. He is allergic to no medications and lists no current medications.

**EXAMINATION:**

On examination, he has a good dorsalis pedis and posterior tibial pulse bilaterally. Motor examination shows no gross deficits below the knee but he did have some mild calf atrophy, left compared with the right. Ankle range of motion measured eight degrees of dorsiflexion to thirty degrees plantar flexion on the left side, less than his normal unaffected right ankle motion. His subtalar joint was virtually ankylosed in a neutral position to five degrees of valgus and any attempts at inversion met with resistance and with discomfort. He had tenderness in the sinus tarsi. The lateral incision about his upper heel and lateral heel was nontender and he had intact sensation in the lateral foot and heel.

**X-RAYS:**

X-rays are reviewed from his injury which show a displaced joint depression type fracture of his os calcis. Subsequent films have shown his fracture healed with pins removed. He did have some post injury films that showed reduction of his fracture with pin fixation. A CT scan in December 1999 is reviewed. It shows some density change in a central fragment of his posterior facet but the alignment of the facet is satisfactory and the fracture at that time is healed although there is osteopenia. His last films were in 2000 but did not have a label or date on them and therefore were not legal documents.

FROM : STOFAA                    FAX NO. : 210 561 7066           Jun. 13 2001 08:57AM P3

RE: Jose Escudero
June 6, 2000
Page 2

Current x-rays obtained today confirm that his fracture is healed. He has some moderate subtalar arthritis and there is some mild depression of his posterior facet.

## ASSESSMENT:

1. History of left os calcis fracture.
2. Post traumatic arthritis, left subtalar joint.

## DISCUSSION:

Mr. Escudero is experiencing the natural history of his os calcis fracture. He has had appropriate treatment for his injury to date including closed reduction and pinning, lateral decompression, but most likely will require future additional intervention at some point in his life. Nonoperative approach could consist of anti-inflammatory medications and bracing. An operative approach as Dr. Bishop has discussed with him could include a subtalar arthrodesis or fusion of the affected joint. Even were he to undergo the procedure with a successful outcome and relief of his pain this would not preclude gainful employment, especially since he is self-employed. He may have some limitation of certain activities such as working on uneven ground, unprotected heights, on a sloped roof or climbing ladders and standing on them for an extended period of time.

Should he ultimately require future intervention it may be in the form of anti-inflammatory medications. It could be in the form of bracing or may ultimately be a subtalar arthrodesis. Estimated cost for all of the modalities is dependent on the extent of his medical utilization. Anti-inflammatory medications roughly run between $1.00 and $3.00 per day of therapy. A brace such as an AFO is approximately $600.00 to $800.00 and has a life expectancy of approximately two years. A subtalar arthrodesis, assuming no complications, costs for surgeons fees, hospital fees, postoperative casts and x-ray, approximately $15,000.

Mr. Escudero is likely to have ongoing concerns with his hindfoot and ankle for the remainder of his life, although fortunately as a self-employed gentleman he continues to pursue his occupation. He will experience limitations as he has discussed and enumerated above. These are quite likely to be permanent limitations.

Since this represents an independent medical evaluation he was not offered any form of treatment. This is merely for informational purposes to provide an independent review and opinion regarding his current problem.

*[signature]* 6-11-2001
Mayo J. Galindo, M.D.

MJG/bps