/3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 20 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE ESCUDERO, JR. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-193 |
| § | |
| BAUER CORPORATION § | |
| D/B/A BAUER LADDER CORPORATION § | |

### ORDER

On this 19th day of June, 2001, came on for consideration in the above-entitled and numbered cause Plaintiff's Unopposed Motion for Continuance, and after considering the evidence and argument of counsel, it is the opinion of the Court that said Motion should be granted.

IT IS THEREFORE **ORDERED** that said Motion be **GRANTED**.

DONE at Brownsville, Texas, this 19th day of June, 2001.

John Wm. Black
United States Magistrate Judge