14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE ESCUDERO, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-193 |
| | § | |
| BAUER CORPORATION | § | |
| D/B/A BAUER LADDER CORPORATION | § | |

### SCHEDULING ORDER

On this day came on to be considered the **scheduling order** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **August 31, 2001.** No extensions will be allowed.

(2) Dispositive Motions will be filed no later than **September 28, 2001.**

(3) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **November 28, 2001.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **November 28, 2001 at 1:30 P.M.**

(5) Jury selection is set for **December 7, 2001 at 8:30 A.M.** before U. S. Magistrate Judge John Wm. Black.

(6) Trial is set for **December 10, 2001 at 9:00 A.M.** before U. S. Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, on this 19th day of June, 2001.

John Wm. Black
United States Magistrate Judge