/5

United States District Court
Southern District of Texas
FILED

AUG 1 0 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE ESCUDERO, JR. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-00-193 |
| BAUER CORPORATION D/B/A § | |
| BAUER LADDER CORPORATION § | |

**UNOPPOSED MOTION FOR LEAVE OF COURT
TO FILE FIRST SUPPLEMENTAL ANSWER**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, BAUER CORPORATION d/b/a BAUER LADDER CORPORATION and herein moves the Court for Leave to File its First Supplemental Answer and in support of the Motion states as follows:

1. This is a negligence/products liability case involving the allegation of a failed ladder.

2. Pre-trial discovery has disclosed facts giving rise to affirmative defenses of comparative responsibility, sole proximate cause and unavoidable accident. In addition, Plaintiff has settled with a claimant which should allow Defendant to take a credit for the amount of settlement.

3. This case is currently set for jury trial on December 10, 2001. Discovery is to be completed no later than August 31, 2001. Supplementation is necessary in order that justice may be served

4. Counsel for Defendant has conferred with counsel for Plaintiff who states that he is unopposed to an order allowing Defendant to supplement its answer. The proposed unopposed Order to allow supplementation is attached for entry by the Court.

WHEREFORE, PREMISES CONSIDERED, Defendant BAUER CORPORATION d/b/a BAUDER LADDER CORPORATION prays that its Motion for Leave to file its supplemental Answer be granted, and for such other and further relief as deemed appropriate by the Court.

Respectfully submitted,

GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, Texas 78216-5707
Telephone: (210) 349-0511
Facsimile: (210) 349-2760

By: _____
Thomas W. Gendry  SBN 16731575
State Bar No. 07797000
Federal ID No. 22525

Ron A. Sprague
State Bar No. 18962100
Federal ID No. 151

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading was mailed, certified mail, return receipt requested, to Mr. Barry Benton, 284 Ebony Avenue, Brownsville, Texas 78520, on this 8th day of August, 2001.

_____
THOMAS W. GENDRY

r:\ras\escudero\2motion for leave