16

United States District Court
Southern District of Texas
FILED

AUG 1 0 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ESCUDERO, JR. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. <u>B-00-193</u> |
| BAUER CORPORATION D/B/A | § | |
| BAUER LADDER CORPORATION | § | |

### DEFENDANT'S FIRST SUPPLEMENTAL ANSWER

NOW COMES BAUER CORPORATION D/B/A BAUER LADDER CORPORATION and, upon leave of Court having been granted, files its First Supplemental Answer, as follows:

### AFFIRMATIVE DEFENSES

1.  Defendant pleads the comparative responsibility of Plaintiff. Plaintiff's negligence in one or more of the following ways proximately caused the accident in question: used a broken and worn out ladder; used a ladder without adequate inspection; failed to adhere to OSHA regulations requiring ladder inspection and disposal; used a step not intended for use; failed to follow ladder labeling instructions.

2.  Defendant pleads sole proximate cause. Plaintiff obtained a broken worn out ladder from a person not a party to the suit. In the alternative, Defendant pleads new and independent cause" in that Defendant could not have reasonably foreseen in the exercise of ordinary care that a broken worn out ladder would be provided or used by Defendant.

3.  Defendant is entitled to the determination of percentage of responsibility and election of credits for settlements pursuant to Chapter 33 of the Texas Civil Practice and Remedies Code. Plaintiff has settled with a claimant other than this Defendant.

WHEREFORE, PREMISES CONSIDERED, Defendant BAUER CORPORATION d/b/a BAUER LADDER CORPORATION prays for judgment in its favor, for costs of Court, and for such other and further relief deemed appropriate by the Court.

Respectfully submitted,

GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, Texas 78216-5707
Telephone: (210) 349-0511
Facsimile: (210) 349-2760

By: _____
Thomas W. Gendry
State Bar No. 07797000
Federal I.D. No. 27525

Ron A. Sprague
State Bar No. 18962100
Federal I.D. No. 151

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing pleading was mailed, certified mail, return receipt requested, to Mr. Barry Benton, 284 Ebony Avenue, Brownsville, Texas 78520, on this _____ day of August, 2001.

_____
THOMAS W. GENDRY

r:\ras\escudero\Def 1st Supp Answer