*17*

United States District Court
Southern District of Texas
FILED

AUG 1 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ESCUDERO, JR. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. <u>B-00-193</u> |
| BAUER CORPORATION D/B/A | § | |
| BAUER LADDER CORPORATION | § | |

### ORDER GRANTING LEAVE OF COURT
### TO BAUER CORPORATION D/B/A BAUER LADDER CORPORATION
### TO FILE FIRST SUPPLEMENTAL ANSWER

The Court having been presented with Defendant, Bauer Corporation d/b/a Bauer Ladder Corporation's unopposed motion for leave of Court to file First Supplemental Answer, *(DOCKET NO 15)* and the Court having been advised the Motion is unopposed, finds that Bauer Corporation d/b/a Bauer Ladder Corporation should be allowed to file its First Supplemental Answer.

IT IS, THEREFORE, ORDERED and ADJUDGED that BAUER CORPORATION d/b/a BAUER LADDER CORPORATION is granted leave to file its first supplemental answer.

SIGNED AND ENTERED this *14th* day of *APRIL*, 2001.

_____
JUDGE PRESIDING

r:\ras\escudero\Order