20

United States District Court
Southern District of Texas
FILED

SEP 2 8 2001

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ESCUDERO, JR. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. **B-00-193** |
| BAUER CORPORATION D/B/A | § | |
| BAUER LADDER CORPORATION | § | |

### DEFENDANT, BAUER CORPORATION'S MOTION FOR
### PARTIAL SUMMARY JUDGMENT (ECONOMIC DAMAGES)

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Defendant, **Bauer Corporation d/b/a Bauer Ladder Corporation,** hereinafter referred to as "Bauer" or "Movant", files its Motion for Partial Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and respectfully states:

### PRELIMINARY STATEMENT

1.      This is a personal injury cause of action based on Plaintiff's fall from a ladder from Bauer which occurred on May 10, 1999. Plaintiff filed suit in state court on December 6, 2000, which case was subsequently removed to federal court based on diversity jurisdiction and amount in controversy. The Court thereafter required the parties enter into a scheduling order which was approved by this Court on June 19, 2001.[1] The Scheduling Order provides, among other things, that "[A]ll discovery in this case must be completed by **August 31, 2001**. No extensions will be

---

[1]      *See* the Scheduling Order entered by this Court on June 19, 2001, attached as Exhibit "1" and incorporated by reference.

Page 1 of 8

allowed."[2] Plaintiff cannot maintain his causes of action for his economic damages as there is no evidence to support those claims.

2.      Plaintiff alleges that his injuries resulted from a fall caused by alleged defects in the ladder. Specifically, Plaintiff, Jose Escudero ("Plaintiff"or"Escudero"), alleges that Bauer designed, manufactured, tested and sold the fiberglass ladder involved in the incident made the basis of this lawsuit;[3] that the ladder was placed into the stream of commerce by Defendant prior to the date of the incident and was not changed or altered since its manufacture, distribution or sale.[4] Plaintiff additionally alleges that the Defendant was negligent in the design, testing and manufacture of the ladder resulting in unsteadiness which was the proximate cause of Plaintiff's injuries.[5] As a result of the incident, Plaintiff alleges, among other things, that his injuries are permanent and affect his capacity to earn a living and enjoy life.[6]

3.      Bauer files its partial summary judgment as to Plaintiff's alleged economic damages as there is undisputedly no evidence to support the claims. Accordingly, Bauer is entitled to summary judgment, as a matter of law, as to the economic damages claimed by Plaintiff.  In support of its Motion, Bauer relies on the depositions and discovery on file in this cause, all of which are incorporated by reference for all purposes.

---

[2]      *Id.* at number (1). (emphasis in original).

[3]      *See* Plaintiff's Original Petition, page 2, paragraph 5 attached as Exhibit "2" and incorporated by reference.

[4]      *Id.*

[5]      *Id.* at pages 2-3, paragraph 6.

[6]      *Id.* at page 3, paragraph 10.

# ARGUMENT AND AUTHORITIES

## A. Summary Judgment Standard

4.     Rule 56(c) of the Federal Rules of Civil Procedure mandates that summary judgment "shall be rendered forthwith if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." FED. R. CIV. P. 56(c).

5.     While the party moving for summary judgment must demonstrate the absence of a genuine issue of material fact, it need not negate the elements of the nonmovant's case.[7] If the movant meets this burden, the nonmovant must go beyond the pleadings and designate specific facts showing there is a genuine issue for trial.[8]  This burden is not satisfied by creating "some metaphysical doubt as to the material facts,[9] by submitting conclusory allegations,[10] or unsubstantiated assertions,[11] or by only a "scintilla" of evidence.[12]

6.     All factual controversies are resolved in favor of the nonmoving party, but only when there is an actual controversy, that is, when both parties have submitted competent evidence of contradictory facts.  *"[The court] do[es] not however, in the absence of proof, assume that the*

---

[7]     *Celotex Corp. v. Catrett*, 106 S.Ct. 2548, 2553 (1986).

[8]     *Id.* at 2553-54.

[9]     *Matsushita Elec. Indus. Co. V. Zenith Radio Corp.*, 106 S.C.t 1348, 1356 (1986).

[10]    *Lujan v. National Wildlife Fed.*, 110 S.Ct. 3177, 3180 (1990).

[11]    *Little v. Liquid Air Corp.*, 37 F.3d 1069, 1075 (5th Cir. 1994) (en banc).

[12]    *Id.*

*nonmoving party could or would prove the necessary facts.* "[13] "Moreover, the nonmoving party's burden is not affected by the type of case summary judgment is appropriate in any case 'where critical evidence is so weak or tenuous on an essential fact that it could not support a judgment in favor of the nonmovant.'"[14]

## FACTS

7.      Plaintiff is attempting to recover damages for loss of earnings, loss of earning capacity, lost profits, lost opportunity, incurred penalties, increased supervision costs, and other related economic damages resulting from the incident made the basis of this lawsuit. Plaintiff has absolutely no evidence to support any of the economic damage claims.

8.      On August 30, 2001, the deposition of Bob Peaster, of Peaster Financial Services, was taken. Bob Peaster was identified in responses to discovery as the bookkeeper for Plaintiff and Plaintiff's business.[15] During the course of the deposition, Mr. Peaster testified, among other things, to the following:

a.      There are no documents he can show that demonstrate that as a result of Mr. Escudero's inability to supervise the projects the costs have gone up or that there have been losses.[16]

b.      He cannot produce any documents that demonstrate that as a result of Mr. Escudero's injury in 1999, the profitability of the company has decreased or that the volume of the business has decreased, because he has not been asked to prepare any such documents .[17]

---

13      *Id.* (emphasis in original).

14      *Id.* (citations omitted).

15      *See* Plaintiff's Supplemental Responses to Rule 26 Disclosures, attached as Exhibit "3" and incorporated for all purposes.

16      *See* Deposition of Bob Peaster, page 58, lines 9-17 which is attached hereto as Exhibit "4" and incorporated by reference.

17      *Id.* at page 40, lines 10-25.

c.    Escudero making more money in 1999.[18]

d.    The company was still growing in 2000.[19]

e.    From 1998 to 1999, there was an increase in the profitability of the company.[20]

f.    Mr. Escudero's draw in 2001 expected to be a $3,600.00 increase from 2000.[21]

g.    There was more than twice the gross receipts from 1999 to 2000.[22]

h.    He has no knowledge or documentation with regard to the Bahman penalty.[23]

i.    There is no documentation with regard to Bahman that show losses are attributable to any types of delays or result in changes to contractors.[24]

j.    He has no knowledge of the Vargas Project and no documentation to support any loss or income or gain on that.[25]

k.    He has no knowledge of the Levin Duplex project nor any documents to support that there was a 24,000 penalty[26].

l.    Nothing in 2001 profit and loss statement shows any type of penalty incurred for any reason.[27]

---

[18]   *Id.* at page 41, lines 14-19.

[19]   *Id.* at page 41, lines 20-23.

[20]   *Id.* at page 41, lines 10-13.

[21]   *Id.* at page 53, lines 8-12.

[22]   *Id.* at   page 25, lines 2-4.

[23]   *Id.* at page 30, lines 13-16.

[24]   *Id.* at page 30, lines 17-21.

[25]   *Id.* at pages 30-31, lines 22-2.

[26]   *Id.* at page 31, lines 6-8.

[27]   *Id.* at pages 31-32, lines 21-4.

m.  He is the person who would have knowledge of penalties.[28]

n.  He has no documentation with regard to the Bahman Realty, the Vargas Clinic or the Levin Duplex projects.[29]

o.  At time income or projects going up there may have been expenses and things associated, but the value of the projects was definitely increased from 1999 to 2000.[30]

p.  He does not have any documents that would show that the supervision cost on a job was higher than on another.[31]

q.  Has obtained new projects in 2001.[32]

r.  There will be a loss this year because Las Arenas project, which started in 1999, will hit the books this year.[33]

s.  Based on documents and figures, business increased in income since 1998.[34]

The above testimony negates all of Plaintiff's claims for economic damages. Plaintiff cannot provide any competent summary judgment evidence to support his claims. Therefore, all claims for lost earnings, loss of earning capacity, loss of profits, etc. must fail as a matter of law. Further, as discovery has concluded, per the Court's scheduling order, no evidence can be brought forward to refute Plaintiff's own bookkeeper's testimony. The testimony evidence unequivocally demonstrates that Plaintiff has continued to thrive and in fact has increased since the incident made the basis of this lawsuit. Therefore, Plaintiff's claims must fail as a matter of law.

---

[28]   *Id.* at page 32, lines 13-15.

[29]   *Id.* at page 33, lines 7-15.

[30]   *Id.* at pages 26-27, lines 24-4.

[31]   *Id.* at pages 22, lines 11-19.

[32]   *Id.* at page 28, lines 1-7.

[33]   *Id.* at page 29, lines 2-11.

[34]   *Id.* at pages 38-39, lines 22-1.

# CONCLUSION

17.    For all of the reasons stated above, Movant is entitled to a partial summary judgment as to all economic claims set forth above.

WHEREFORE, PREMISES CONSIDERED, Defendant, Bauer Corporation d/b/a Bauer Ladder Corporation, prays that upon proper notice and hearing, the Court grant this Motion for Partial Summary Judgment and enter a judgment that Plaintiff take nothing on the causes of action alleged or, in the alternative, enter judgment on the causes of action the Court deems just, and for all other relief to which Defendant may show itself entitled, whether at law or equity.

Respectfully submitted,

GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, Texas 78216-5057
Telephone:  (512) 349-0511
Facsimile:  (512) 349-2760

By: _____
     RON A. SPRAGUE
     State Bar No.  18962100
     Federal I.D. No. 151
     THOMAS W. GENDRY
     State Bar No. 07797000
     Federal I.D. No. 27525

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been mailed, via certified mail, return receipt requested on this _2 7th_ day of September, 2001 to the following:

Mr. Barry R. Benton
284 Ebony Avenue
Brownsville, Texas 78520

THOMAS W. GENDRY

t:\RAS\ESCUDERO\SUMJMT.MOT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JUN 2 0 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE ESCUDERO, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-193 |
| | § | |
| BAUER CORPORATION | § | |
| D/B/A BAUER LADDER CORPORATION | § | |

## SCHEDULING ORDER

On this day came on to be considered the **scheduling order** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)  All discovery in this case must be completed by **August 31, 2001.** No extensions will be allowed.

(2)  Dispositive Motions will be filed no later than **September 28, 2001.**

(3)  A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **November 28, 2001.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4)  A final pretrial and settlement conference is set for **November 28, 2001 at 1:30 P.M.**

(5)  Jury selection is set for **December 7, 2001 at 8:30 A.M.** before U. S. Magistrate Judge John Wm. Black.

(6)  Trial is set for **December 10, 2001 at 9:00 A.M.** before U. S. Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, on this 19th day of June, 2001.

John Wm. Black
United States Magistrate Judge

**EXHIBIT**
**1**



COPY

FILED ___4:55___ O'CLOCK ____P___
AURORA DE LA GARZA DIST. CLERK

DEC 0 6 2000

DISTRICT COURT OF CAMERON COUNTY, TEXAS
BY _____ DEPUT

CAUSE NO. 2000-12-4907-D

| | | |
|---|---|---|
| JOSE ESCUDERO, JR. | * | IN THE DISTRICT COURT |
| | * | |
| VS. | * | CAMERON COUNTY, TEXAS |
| | * | |
| BAUER CORPORATION D/B/A | * | |
| BAUER LADDER CORPORATION | * | 103RD JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JOSE ESCUDERO, JR., Plaintiff, in the above-entitled and numbered cause complaining of BAUER CORPORATION D/B/A BAUER LADDER CORPORATION, Defendant and for cause of action would respectfully show as follows:

1.

Plaintiff intends to conduct discovery under level two of Rule 190.1 of the Texas Rules of Civil Procedure.

2.

Plaintiff is a resident of Cameron County, Texas.

3.

Defendant is a foreign corporation doing business as Bauer Ladder Corporation in Cameron County, Texas and may be served with process by serving its registered agent C. T. Corporate System at its registered

EXHIBIT
2

address, 350 N. St. Paul, Dallas, Texas 75201.

4.

Plaintiff alleges that on about May 10, 1999, he was repairing a light fixture located in La Feria, Texas.  During the course of this work Plaintiff utilized a certain stepladder known as a Type 1-A, Extra Heavy Duty Industrial, six-foot stepladder which was designed, manufactured and sold by Defendant.  While on the stepladder and in the process of repairing the light fixture the ladder was caused to twist as a result of a split in the legs of the ladder, resulting in Plaintiff falling to the floor below and sustaining severe injuries.

5.

Plaintiff alleges that Defendant did design, manufacture, test and sell the aforementioned fiberglass ladder, and that said ladder was placed into the stream of commerce by Defendant prior to the date of this accident and was not changed or altered since its manufacture, distribution or sale.

6.

Plaintiff alleges that the Defendant was negligent in the design, testing, and manufacture of said ladder in that said ladder was designed and manufactured in such a way that in the normal use of said ladder the

fiberglass in the legs would split, resulting in an unsteadiness which was the proximate cause of Plaintiff's injuries and damages.

## 7.

Plaintiff alleges that the ladder, in its design and configuration as manufactured by the Defendant, was defective and unreasonably dangerous, in violation of the RESTATEMENT (Third Edition) of Torts: PRODUCTS LIABILITY, Sec. 2(b) (1998).

## 8.

Plaintiff alleges the Defendant breached its warranties of fitness and purpose in that the ladder did not perform as it was intended to perform, and failed in the ordinary use to which it was put.

## 9.

Plaintiff alleges that the Defendant breached its implied warranties, in violation of the Tex. Bus. & Com. Code, sections 2.314 and 2.315.

## 10.

Plaintiff alleges that, as a result of the wrongs aforementioned, Plaintiff sustained severe injuries to his left foot and ankle which renders him seriously and permanently disabled; that he has incurred medical and related expenses; and alleges that his injuries are permanent in their effect upon his capacity to earn a living and enjoy life.

PLAINTIFF'S ORIGINAL PETITION - PAGE 3

11.

WHEREFORE, Plaintiff demands judgment against the Defendant in the sum of SEVEN HUNDRED FIFTY THOUSAND DOLLARS ($750,000.00), pre and post judgment interest, costs of court, and such other and further relief to which he may show himself justly entitled.

Respectfully submitted,

Barry R. Benton
284 Ebony Avenue
Brownsville, Texas  78520
(956) 546-9900 Telephone
(956) 546-9997 Facsimile
State Bar No. 02176500
Cameron County I.D. No. 3101
ATTORNEY IN CHARGE FOR
PLAINTIFF

PLAINTIFF'S ORIGINAL PETITION - PAGE 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOSE ESCUDERO, JR.                  *
                                    *
vs                                  *   CIVIL ACTION NO. B-00-193
                                    *
BAUER CORPORATION D/B/A             *
BAUER LADDER CORPORATION            *

## PLAINTIFF'S SUPPLEMENTAL RESPONSES TO
## RULE 26 DISCLOSURES

TO:  BAUER CORPORATION D/B/A BAUER LADDER CORPORATION,
Defendant, by and through its attorney of record, to wit:

Mr. Thomas Gendry
GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, Texas 78216-5057

Pursuant to *Rule 26 of the Federal Rules of Civil Procedure* , Plaintiff

JOSE ESCUDERO, JR., provides these his supplemental responses to Rule

26 Disclosures:

(1A) The name and, if known, the address and telephone number of each
individual likely to have discoverable information relevant to
disputed facts alleged with particularly in the pleadings, identifying
the subjects of the information;

Response:       Bob Peaster
                1112 Vista Hermosa
                Edinburg, Texas 78539
                (956) 793-0107
                Plaintiff's accountant.



EXHIBIT
3

(1B) A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularly in the pleadings;

Response:      Mr. Peaster has possession of many of plaintiff's business records, checks, etc.

(1C) A computation of any category of damages claim by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

Response:      It is very difficult to point to a particular business record of Plaintiff's to show his loss of earnings or earning capacity. Generally plaintiff's company or corporation was burgeoning i.e. starting to obtain more and large construction contracts when this injury occurred. Now plaintiff has a hard time supervising jobs and as a result, the work is done more slowly, effecting profit and the availability of future jobs.

(2A) In addition to the disclosures required by paragraph (1), a party shall disclose to other parties the identity of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.

Response:      Bob Peaster
               1112 Vista Hermosa
               Edinburg, Texas 78539
               (956) 793-0107

PLAINTIFF'S SUPPLEMENTAL RESPONSES TO RULE 26 DISCLOSURES
PAGE 2

(2B) Except as otherwise stipulated or directed by the court, this disclosures shall, with respect to a witness who is retained or specially employed to provide expert testimony in the case or whose duties as an employee of the party regularly involve giving expert testimony, be accompanied by a written report prepared and signed by the witness.  The report shall contain a complete statement of all opinions to be expressed and the basis and reasons therefor; the data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

Response:        Dr. Pugh's report has been provided in Plaintiff's responses to request for production.  Dr. Kartalian, Dr. Bishop and Dr. Vargas have prepared reports which are part of their respective records which Defendant has obtained through deposition by written questions.

(3A) The name and, if not previously provided, the address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises;

Response:        The following is a witness who may be called to testify:

Bob Peaster
1112 Vista Hermosa
Edinburg, Texas 78539
(956) 793-0107

PLAINTIFF'S SUPPLEMENTAL RESPONSES TO RULE 26 DISCLOSURES
PAGE 3

(3C) An appropriate identification of each document or other exhibit, including summaries of other evidence, separately identifying those which the party expects to offer and those which the party may offer if the need arises.

Response:

1. Medical and billing records;
2. The subject ladder;
3. A new, similar ladder manufactured by Warner Corporation;
4. Dr. James Pugh's report; and,
5. Piasano Corporation's business records.

Respectfully submitted,

Barry R. Benton
284 Ebony Ave.
Brownsville, Texas 78520
Telephone (956) 546-9900
Facsimile (956) 546-9997
State Bar No. 02176500
Federal I.D. No. 3968
ATTORNEY-IN-CHARGE FOR
JOSE ESCUDERO, JR.
PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _1st_ day of June, 2001, a true and correct copy of Plaintiff's Supplemental Responses to Rule 26 Disclosures was forwarded via certified mail to attorney of record to wit:

Mr. Thomas Gendry- _Via C.M.R.R. # Z 258 896 029_
GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, Texas 78216-5707


_____
BARRY R. BENTON

PLAINTIFF'S SUPPLEMENTAL RESPONSES TO RULE 26 DISCLOSURES
PAGE 5

**BOB PEASTER**                                                    **AUGUST 30, 20**

---

**1**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
JOSE ESCUDERO, JR.,        )(
          Plaintiff        )(
                           )(
VS.                        )(   CIVIL ACTION NO. B-00-193
                           )(
BAUER CORPORATION D/B/A    )(
BAUER LADDER CORPORATION,  )(
          Defendant        )(
```

-ORAL DEPOSITION OF
BOB PEASTER
AUGUST 30, 2001

---

ORAL DEPOSITION OF BOB PEASTER, produced as a
witness at the instance of the DEFENDANT, taken in the
above styled and numbered cause on AUGUST 30, 2001,
reported by CORINNA N. GARCIA, Certified Court Reporter
No. 5210, in and for the State of Texas, at the offices
of Barry Benton, Attorney at Law, 284 Ebony,
Brownsville, Texas, pursuant to the Texas Rules of
Civil Procedure.

---

**2**

**APPEARANCES**

COUNSEL FOR PLAINTIFF:

    BARRY R. BENTON
    Attorney at Law
    284 Ebony Avenue
    Brownsville, Texas  78520
    (956) 546-9900

COUNSEL FOR DEFENDANT:

    BLANCA GALO
    GENDRY & SPRAGUE, P.C.
    645 Lockhill Selma
    San Antonio, Texas  78216
    (210) 349-0511

ALSO PRESENT:

    Jose Escudero, Jr.

---

**3**

**INDEX**

|  | PAGE |
|---|---|
| Appearances ................................. | 2 |

BOB PEASTER

| Examination by Ms. Galo .................... | 4 |
| Errata Sheet/Signature Page .................... | 83 |
| Reporter's Certificate ......................... | 84 |

Attached to the end of the transcript:  Stipulations

**EXHIBITS**

| NUMBER | DESCRIPTION | PAGE MARKED |
|---|---|---|
| 1 | Notice of Deposition ................... | 6 |
| 2 | 1999 Tax Return ........................ | 24 |
| 3 | Paisano Construction Company Vendor QuickReport ........................... | 34 |
| 4 | 1998 Schedule K-1 ..................... | 38 |
| 5 | Las Arenas Profit & Loss by Job ......... | 44 |
| 6 | 1998 Tax Return ....................... | 52 |

---

**4**

```
        1              BOB PEASTER,
        2   having been duly sworn, testified as follows:
        3              EXAMINATION
        4   BY MS. GALO:
14:18:05 5     Q. Can you state your name?
14:18:08 6     A. Bob Peaster.
14:18:09 7     Q. Mr. Peaster, how are you employed?
14:18:13 8     A. I work for myself as an accountant.
14:18:15 9     Q. And how long have you been an accountant?
14:18:17 10    A. Since 1981.
14:18:19 11    Q. Where are your offices located?
14:18:22 12    A. In McAllen.
14:18:24 13    Q. Are you a CPA?
14:18:25 14    A. No.
14:18:25 15    Q. Does your business have a name, or is it just
        16   under Bob Peaster?
14:18:32 17    A. It's Peaster's Financial Services.
14:18:40 18    Q. And I'm assuming you have a degree in
14:18:43 19   accounting?
14:18:44 20    A. Correct.
14:18:45 21    Q. Where did you get that?
14:18:46 22    A. The University of Arkansas.
14:18:47 23    Q. What year was that?
14:18:49 24    A. Also in '81.
14:18:52 25    Q. Okay.  How long have you been doing work for
```

**EXHIBIT**
**4**
LEY, INC.

Case 1:00-cv-00193   Document 20   Filed in TXSD on 09/28/2001   Page 20 of 49

**5**

14:18:55 1  Mr. Escudero?

14:18:57 2      A. I just met him in October of 2000 and began

14:19:02 3  then.

14:19:06 4      Q. Do you know who had been doing his work prior

14:19:09 5  to?

14:19:09 6      A. I just learned yesterday.

14:19:11 7      Q. Who would that be?

14:19:13 8      A. Joe Cabera.

14:19:18 9      Q. Cabrera?

14:19:18 10      MR. ESCUDERO: Cabrera, yes. Can I speak

14:19:20 11  too? If I'm asked something --

14:19:21 12      MS. GALO: That's okay.

14:19:22 13      MR. BENTON: Generally, no, because you're

14:19:23 14  not under oath.

14:19:23 15      MS. GALO: If you want to clarify if he

14:19:24 16  says a name wrong or something like that, that doesn't

14:19:26 17  bother me if your attorney doesn't care.

14:19:31 18      Q. And do you know where Mr. Cabrera is located?

14:19:34 19      A. In Pharr.

14:19:36 20      Q. For today's deposition a notice of deposition

14:19:40 21  was sent to Mr. Barry Benton for your deposition today,

14:19:44 22  and it asked for numerous items to be produced at the

14:19:48 23  deposition today. And I'm going to show you that

14:19:50 24  document.

14:19:51 25      MS. GALO: Barry, mine's got a phone

**6**

14:19:54 1  number on the top. If you don't care, I'll mark it as

14:19:55 2  Exhibit 1, or we can get a clean copy of it.

14:19:59 3      MR. BENTON: That's fine with me if it's

14:19:59 4  fine with you.

5      MS. GALO: No, I don't care.

14:20:00 6      Mark it as Exhibit 1 when you get a

14:20:01 7  chance.

14:20:01 8      Q. Have you ever seen that document before?

14:20:03 9      A. Yes.

14:20:03 10      Q. And I'm going to go through this one by one,

14:20:05 11  and you can tell me if you brought items responsive to

14:20:09 12  that. Do you have a general ledger for E&E Builders,

14:20:12 13  Inc. and/or Paisano Construction for '98, '99, 2000,

14:20:19 14  and 2001?

14:20:19 15      A. I do for 2000 and 2001, but not for the prior

14:20:27 16  years. And I did provide that information through the

14:20:29 17  Esquire document retrieval.

14:20:31 18      Q. Okay. Do you have any kind of cash flow

14:20:32 19  statements for E&E Builders?

14:20:34 20      A. No.

14:20:35 21      Q. Profit and loss statements for E&E Builders?

14:20:39 22      A. Just 2000/2001, and, of course, they're

14:20:44 23  unaudited.

14:20:45 24      Q. Is it safe to say that any documents that you

14:20:49 25  have, generally speaking, unless you tell me otherwise,

**7**

14:20:51 1  will include 2000 and 2001?

14:20:54 2      A. Correct.

14:20:55 3      Q. Okay. Did you bring your entire file for E&E

14:21:01 4  Builders with you today?

14:21:01 5      A. Yes.

14:21:01 6      Q. Did you bring any tax returns?

14:21:02 7      A. Yes. Those two copies were sent to your

14:21:08 8  office.

14:21:08 9      Q. For Esquire?

14:21:10 10      A. If I have, yes.

14:21:14 11      Q. Let me ask you this, have the 2001 returns been

14:21:16 12  prepared for the corporation and/or the individual?

14:21:21 13      A. 2000, you mean?

14:21:24 14      Q. 2000, I'm sorry.

14:21:25 15      A. The personal, but, no, not the corporate.

14:21:28 16      Q. Okay. When is the extension for the

14:21:30 17  corporate --

14:21:30 18      A. October 15th.

14:21:38 19      Q. Okay. Did you bring all the financial

14:21:41 20  statements reflecting the expenses, losses, and

14:21:44 21  compensation of any employees of E&E Builders? Would

14:21:49 22  that be in your general ledger?

14:21:50 23      A. They tentatively didn't have any employees.

14:21:52 24      Q. Okay. Any and all documents that you have

14:21:58 25  received or reviewed in support of your opinions today,

**8**

14:22:01 1  or would that just be documents that you have in your

14:22:04 2  own file?

14:22:05 3      A. Uh-huh.

14:22:09 4      Q. And we talked about the tax returns a minute

14:22:12 5  ago, and you've brought the tax returns that you have

14:22:14 6  for Mr. Escudero --

14:22:16 7      A. Correct.

14:22:16 8      Q. -- and E&E Builders. And did you have any for

14:22:19 9  Paisano Construction?

14:22:20 10      A. No.

14:22:24 11      Q. Do you do the tax returns for Mr. Escudero,

14:22:27 12  Sr.?

14:22:27 13      A. No.

14:22:35 14      Q. Did you bring any records that reflect any

14:22:38 15  salaries paid to the owners or partners or shareholders

14:22:42 16  of the business?

14:22:42 17      A. That would just be the information that's on

14:22:45 18  the tax returns.

14:22:46 19      Q. Okay. All documents of Paisano Construction

14:22:52 20  Company and E&E Builders reflecting shareholder losses

14:22:55 21  and distributions for the years '98, '99, and 2000?

14:22:59 22      A. Again, that's on the tax returns. Just 2000.

14:23:06 23      Q. Corporate tax returns?

14:23:09 24      A. I've got '99.

14:23:10 25      Q. You've got '99. And that would be for E&E

Case 1:00-cv-00193  Document 20  Filed in TXSD on 09/28/2001  Page 21 of 49

## 9

14:23:15 1  Builders?  It was a corporation at that time?

14:23:17 2  A. Correct, that was our first year.

14:23:20 3  Q. Do you have any written communications or

14:23:22 4  documents reflecting losses incurred on the -- and I

14:23:26 5  may not be saying this right, so please correct me --

14:23:29 6  Bahnman Realty job, the Vargas Clinic job, Levin Duplex

14:23:32 7  job, or Las Arenas Condo job?

14:23:37 8  A. I have some information on Las Arenas.  That

14:23:41 9  would be the only one.

14:23:43 10  Q. And any documents reflecting loss of income to

14:23:47 11  Jose Escudero, Jr. for the years '99, 2000, and 2001.

14:23:53 12  Would that also be contained in the tax returns?

14:24:00 13  A. Correct.

14:24:02 14  Q. I'm going to try to make this, I guess, as

14:24:07 15  short as I can.  Because, if not, I think we could all

14:24:08 16  be here for hours, which I don't think anybody wants to

14:24:11 17  be.

14:24:12 18  I don't know if you need to look at your

14:24:14 19  documents.  I'm going to be asking you some questions

14:24:15 20  specifically from them.

14:24:15 21  A. Okay.

14:24:16 22  Q. Whenever you need to pull them out, please tell

14:24:18 23  me.  In 1999 you said you had the corporate tax return

14:24:24 24  for E&E; is that correct?

14:24:26 25  A. Correct.

## 10

14:24:27 1  Q. Can you tell me what the gross income was for

14:24:29 2  that year for --

14:24:31 3  A. It was roughly 1.1 million.

14:24:38 4  Q. Do you know offhand whether that was an

14:24:40 5  increase or a decrease from 1998?

14:24:43 6  A. I don't.  Did you get everything from Esquire?

14:25:14 7  Q. I got whatever you provided to them.  So,

14:25:16 8  hopefully, it will make it go a little bit easier.

14:25:21 9  A. Gross receipts were 1.1 million.

14:25:24 10  Q. What was the net income to the corporation that

14:25:26 11  year?

14:25:27 12  A. 595, $595.

14:25:32 13  Q. In 1998 was it your understanding that E&E

14:25:36 14  Builders was a partnership at that time and not a

14:25:38 15  corporation?

14:25:39 16  A. Actually, from the tax return of '98, his

14:25:45 17  personal, it became a partnership sometime in the

14:25:49 18  middle of that year.

14:25:49 19  Q. Does the -- do you have his 1998 personal

14:25:52 20  return?

14:25:53 21  A. Yes.

14:25:53 22  Q. Do you know how much money that partnership

14:25:55 23  made?

14:25:55 24  A. It lost money.

14:25:57 25  Q. Do you know what the loss was in 1998?

## 11

14:26:00 1  A. I don't, but I believe his portion of the loss

14:26:03 2  was 17,000.

14:26:06 3  Q. Do you know if that would have been the entire

14:26:08 4  loss or just a portion of the loss?

14:26:10 5  A. It would have been his share.

14:26:12 6  Q. Would that have been 50 percent?

14:26:13 7  A. I believe there are three partners, his father

14:26:15 8  and his brother.

14:26:17 9  Q. Do you know what his brother's name is?

14:26:19 10  A. No.

14:26:27 11  Q. So in 1998 that was under Paisano Construction

14:26:31 12  Company; is that correct?

14:26:33 13  A. Yes.

14:26:38 14  Q. And your understanding is that there was three

14:26:42 15  partners, so the loss would have been divided three

14:26:45 16  ways?

14:26:46 17  A. Correct.

14:26:46 18  Q. So would it be fair to say that if we

14:26:50 19  multiplied the 17 times 3, it would give you the total

14:26:51 20  loss for the partnership that year?

14:26:52 21  A. If it was an equal partnership, yes.  But I

14:26:54 22  don't know that.

14:26:56 23  Q. Okay.  I guess we just have to determine what

14:26:58 24  ownership everybody had?

14:27:00 25  A. Correct.

## 12

14:27:00 1  Q. In 1999 they made -- it became a corporation.

14:27:03 2  And at that point it made $595 that year?

14:27:08 3  A. Correct.

14:27:08 4  Q. Do you know what income was paid to

14:27:12 5  Mr. Escudero, Jr. that year?

14:27:17 6  A. No, but it was somewhere in the 30,000s, I

14:27:21 7  believe.  But, no, I don't know for sure.

14:27:23 8  Q. Do you have the tax return from 1999 for him?

14:27:26 9  A. No, it was actually -- actually, it was never

14:27:30 10  filed.

14:27:30 11  Q. Is there any reason that was never filed?

14:27:32 12  A. My understanding is that he was under the

14:27:35 13  assumption that the CPA filed it, but he just learned a

14:27:39 14  few weeks ago, actually, that it never was filed.

14:27:43 15  Q. Are you all taking steps to correct that?

14:27:46 16  A. Yes.

14:27:46 17  Q. And are you all going to be preparing a return?

14:27:50 18  A. Yes.

14:27:51 19  Q. But the corporation's profit that year was only

14:27:54 20  $595?

14:27:55 21  A. Correct.

14:27:55 22  Q. Are you looking at the tax return?

14:27:57 23  A. Yes.

14:27:57 24  Q. Okay.  I'm going to get on the same page with

14:27:59 25  you.  I think it will be a little bit easier.

## 13

14:28:15 1       They'll have fun at my office putting this
14:28:18 2 back together again. The nice thing is I don't have to
14:28:23 3 do it.
14:28:28 4     A. It says "'98 partnership" on it.
14:28:30 5     Q. Is that where you got this figure of about
14:28:33 6 17,000?
14:28:33 7     A. Yes.
14:28:34 8     Q. And here --
14:28:36 9     A. Actually, it does show this percentage probably
14:28:39 10 was --
14:28:39 11     Q. 33 percent?
14:28:40 12     A. Yeah, which would be a third.
14:28:42 13     Q. Okay. So we would multiply this 17 by 3 to get
14:28:45 14 the total loss the partnership experienced?
14:28:48 15     A. Correct.
14:28:49 16     Q. Then in 1999 were you involved in the
14:28:51 17 incorporation of the company?
14:28:52 18     A. No.
14:28:58 19     Q. And in 1998 --
14:29:01 20     A. That's his personal.
14:29:02 21     Q. That's his personal return?
14:29:04 22     A. Yeah, that's part of it.
14:29:05 23     Q. It was incorporated, of course, in here?
14:29:07 24     A. Uh-huh.
14:29:08 25     Q. We'll put that together. This is the

## 14

14:29:10 1 corporate?
14:29:11 2     A. Right.
14:29:11 3     Q. Okay. So the corporation in 1999 had gross
14:29:16 4 receipts or sales of 1.1 million?
14:29:20 5     A. Correct.
14:29:21 6     Q. Okay. The total income to the company was
14:29:22 7 94,860; is that correct?
14:29:25 8     A. That's the gross profit.
14:29:27 9     Q. Gross profit right here. Okay. Then the
14:29:29 10 company as a whole, you're saying, made 595?
14:29:33 11     A. Yes.
14:29:34 12     Q. Okay. And does this indicate in any of your
14:29:37 13 documents that you have any type of salary, bonus, or
14:29:41 14 anything that may have been paid to Mr. Escudero, Jr.
14:29:45 15 at that time?
14:29:45 16     A. No.
14:29:48 17     Q. And you estimate it was about 30,000?
14:29:50 18     A. Correct.
14:29:51 19     Q. But you all are working on that?
14:29:53 20     A. Correct.
14:29:53 21     Q. Let's talk about 2000 real quick. We'll go
14:29:56 22 into more detail in a little bit. In 2000 do you know
14:29:58 23 what the total income was to the company?
14:30:18 24     A. Gross receipts were 2.7, close to 2.8 million.
14:30:31 25     Q. Was that an increase or a decrease from 1999?

## 15

14:30:31 1     A. That was an increase.
14:30:32 2         MR. BENTON: What did he say the gross
14:30:34 3 receipts were?
14:30:35 4         MS. GALO: About 2.8 million. We're just
14:30:38 5 doing approximates. I think that will be easier.
14:30:41 6     Q. Was that an increase or a decrease, as far as
14:30:43 7 your understanding, from 1998, based on the individual
14:30:47 8 return in the K-1?
14:30:50 9     A. From the K-1 I know what net loss is, but I
14:30:53 10 don't know what the gross receipts were for that year.
14:30:55 11     Q. Let's go through 2000. He had 2.8 million on
14:31:01 12 income; is that correct?
14:31:02 13     A. Correct.
14:31:02 14     Q. What was his gross profit that year?
14:31:07 15     A. Well, it's a work in progress. It's going
14:31:08 16 to -- when we finish, it's probably going to be
14:31:13 17 somewhere around break even.
14:31:16 18     Q. Okay. So the figures that you provided through
14:31:17 19 Esquire Service are just working figures? They're
14:31:21 20 not -- it's not a complete breakdown? The profit and
14:31:23 21 loss statement is not complete?
14:31:25 22     A. Correct.
14:31:29 23     Q. The 2000 individual return has been prepared;
14:31:31 24 is that correct?
14:31:32 25     A. Correct.

## 16

14:31:32 1     Q. What does the income show for Mr. Escudero in
14:31:35 2 2000?
14:31:53 3     A. 32,400.
14:32:00 4     Q. Would that be more or less than he had earned
14:32:07 5 in 1998, based on the return that you have?
14:32:11 6     A. Based on the return, it looks like it's a lot
14:32:13 7 more. It's more.
14:32:18 8     Q. And --
14:32:20 9     A. I might add something to that, though, if you
14:32:24 10 wish.
14:32:24 11     Q. Sure.
14:32:24 12     A. I do know he had to borrow money in the year
14:32:28 13 2000 in order to make the company survive for him to
14:32:36 14 make those draws.
14:32:38 15     Q. But the money that is borrowed from a bank
14:32:43 16 would not go into a company as income to the company;
14:32:47 17 is that correct?
14:32:47 18     A. That's right.
14:32:48 19     Q. It would be calculated as a loan?
14:32:51 20     A. Correct.
14:32:52 21     Q. So it wouldn't reflect any inflated values for
14:32:55 22 the company may have?
14:32:56 23     A. No.
14:33:00 24     Q. Looking at 1999, the information that we have
14:33:04 25 from the corporate tax return -- and I understand that

17

| | |
|---|---|
| 14:33:07 1 | that was not prepared by you; is that correct? |
| 14:33:09 2 | A. Correct. |
| 14:33:12 3 | Q. In going through this -- see where it was. Is |
| 14:33:22 4 | there any place on this tax return in 1999 that would |
| 14:33:26 5 | show what payroll expenses were? |
| 14:33:30 6 | A. If there were, it would be on line 13. |
| 14:33:34 7 | Q. So does that indicate to you that he had no |
| 14:33:37 8 | employees in 1999? |
| 14:33:39 9 | A. Correct. |
| 14:33:40 10 | Q. Does the K-1 give you any indication on whether |
| 14:33:45 11 | there was any types of expenditures as far as payroll |
| 14:33:49 12 | or anything like that? |
| 14:33:50 13 | A. It could. I haven't looked at that to see if |
| 14:33:57 14 | there were any, but I would say there probably aren't. |
| 14:34:03 15 | No. |
| 14:34:06 16 | Q. What about in 1999, did he have any employees |
| 14:34:11 17 | in 1999? |
| 14:34:13 18 | A. That's -- no. |
| 14:34:14 19 | Q. We talked about '98. |
| 14:34:15 20 | A. Yeah, that's -- line 13 on the corporate return |
| 14:34:21 21 | shows none. |
| 14:34:22 22 | Q. Year 2000, does he have employees? |
| 14:34:25 23 | A. No. |
| 14:34:26 24 | Q. Is he always dealing with subcontractors or |
| 14:34:28 25 | independent contractors? |

18

| | |
|---|---|
| 14:34:29 1 | A. Correct. |
| 14:34:30 2 | Q. So he's not issuing any type of W-2s? |
| 14:34:33 3 | A. No. |
| 14:34:34 4 | Q. Do you all issue out any 1099s or anything? |
| 14:34:37 5 | A. Well, that was the problem with last year, they |
| 14:34:38 6 | didn't. But, yes, we're working on correcting that. |
| 14:34:47 7 | Q. In going through the profit and loss statement |
| 14:34:51 8 | for 2000, it has a list for -- I'm looking under the |
| 14:34:57 9 | expense section of it, and it has some expenditures for |
| 14:35:01 10 | commissions. Do you know what those are? |
| 14:35:09 11 | A. No, I'd have to look at the ledger. The |
| 14:35:11 12 | expenses, many of the items on there are not |
| 14:35:15 13 | categorized correctly because of a part-time person |
| 14:35:19 14 | that came in and did the checks. For example, you'll |
| 14:35:23 15 | see payroll on there 324,000. That was all subcontract |
| 14:35:29 16 | work that she called employees. So it was incorrectly |
| 14:35:32 17 | coded. |
| 14:35:32 18 | Q. Where would Mr. Escudero's salary be |
| 14:35:37 19 | categorized in here? |
| 14:35:38 20 | A. It would usually be shown as a draw. |
| 14:35:41 21 | Q. I think in 2001 the portion of the ledger that |
| 14:35:43 22 | you have there is something for a draw. But there was |
| 14:35:46 23 | nothing in 2000, and that's why I was asking. |
| 14:35:50 24 | How would you go back and determine how |
| 14:35:52 25 | much money was paid to Mr. Escudero in 2000? |

19

| | |
|---|---|
| 14:35:54 1 | A. On QuickBooks I can just run a check count of |
| 14:35:58 2 | everything that was paid to him for that year. |
| 14:36:00 3 | Q. Okay. And that's not been done on any of thes |
| 14:36:03 4 | documents; is that correct? |
| 14:36:04 5 | A. No. |
| 14:36:04 6 | Q. So as we sit here today, you can't tell me -- |
| 14:36:07 7 | A. I don't have that with me, no. |
| 14:36:09 8 | Q. Okay. I was going through some of these |
| 14:36:09 9 | expenditures, and a lot of them I know is listed as |
| 14:36:13 10 | subcontractors. And taking what you told me into |
| 14:36:16 11 | consideration, I think at some point there was also an |
| 14:36:19 12 | office secretary. Are you aware of that? |
| 14:36:21 13 | A. Right. She was handled as contract labor. |
| 14:36:24 14 | Q. Also as contract labor? |
| 14:36:26 15 | A. Correct. |
| 14:36:26 16 | Q. Okay. How many jobs are you aware of that |
| 14:36:32 17 | Mr. Escudero was working in 1999 when -- you came on |
| 14:36:38 18 | board in 2000? |
| 14:36:40 19 | A. Right. |
| 14:36:40 20 | Q. So were you aware of anything that had been |
| 14:36:42 21 | going on in 1999 as far as his finances were concerned |
| 14:36:48 22 | A. I'm just really beginning to learn what he did |
| 14:36:48 23 | in '98 and '99. |
| 14:36:50 24 | Q. Okay. |
| 14:36:50 25 | A. So, no. I know that the Las Arenas job was |

20

| | |
|---|---|
| 14:36:54 1 | started in '99, and he has told me that he had other |
| 14:36:56 2 | jobs, but I couldn't tell you what they all were. |
| 14:36:56 3 | Q. Let's talk about Las Arenas. That one you say |
| 14:37:00 4 | began in 1999? |
| 14:37:01 5 | A. Yes, that's my understanding. |
| 14:37:03 6 | Q. Do you know what that job was to pay? |
| 14:37:06 7 | A. No. |
| 14:37:07 8 | Q. Do you know if Mr. Escudero has completed that |
| 14:37:11 9 | particular job? |
| 14:37:13 10 | A. I think it's near the end, but, no, it's not |
| 14:37:15 11 | finished. |
| 14:37:21 12 | THE WITNESS: It is finished? |
| 14:37:22 13 | A. It's finished, but, I guess, not all the bills |
| 14:37:27 14 | are paid or -- so I guess constructionwise, it's |
| 14:37:31 15 | finished. |
| 14:37:32 16 | Q. Have you seen any of the documentation that |
| 14:37:34 17 | would indicate how much Mr. Escudero was paid for |
| 14:37:36 18 | that -- to perform that job and as to how much he |
| 14:37:39 19 | realized in profit? |
| 14:37:41 20 | A. Correct, yes. |
| 14:37:42 21 | Q. How much was he -- was that entire project |
| 14:37:46 22 | contracted for? |
| 14:37:47 23 | A. I never saw the estimates, but on the books |
| 14:37:51 24 | it's roughly 1.4 -- 1.74 million is what has been |
| 14:38:05 25 | collected in income, but that's not the total. I |

---

**21**

14:38:08 1 believe it's closer to 1.4 million.
14:38:12 2         MR. BENTON: I didn't understand that.
14:38:15 3         THE WITNESS: Because there is still
14:38:16 4 retainage and all that.
14:38:19 5         MR. BENTON: So he's collected 1.4, but
14:38:22 6 he's owed 1.74?
14:38:22 7         THE WITNESS: He's been paid 1.17, but the
14:38:25 8 total construction is right about 1.4.
14:38:30 9         MR. BENTON: Now I understand. Thank you.
14:38:32 10        Q. Do you know if Mr. Escudero suffered any type
14:38:34 11 of monetary loss on that particular job for any reason
14:38:39 12 that you're aware of? Was he penalized any types of
14:38:42 13 money?
14:38:46 14        A. I'm not aware of the penalties, but I couldn't
14:38:49 15 say for sure. I do know that there were delays, but I
14:38:58 16 don't know if there were penalties or not.
14:39:01 17        Q. Do you know what those delays were from?
14:39:03 18        A. If you're asking me from a construction point
14:39:05 19 of view, which is kind of not my field, I would say a
14:39:10 20 lot of it was due to his not being there for one reason
14:39:14 21 or another, and also having to hire supervisors that
14:39:21 22 may or may not have done or known all they were doing.
14:39:24 23        Q. Is this something that you know from your
14:39:27 24 personal knowledge, or is this something that
14:39:29 25 Mr. Escudero or somebody may have told you?

---

**22**

14:39:31 1         A. Well, a little bit of both. I've seen that the
14:39:33 2 supervision cost has gone way up.
14:39:36 3         Q. Okay. Let's talk about the supervision cost.
14:39:38 4 You're saying it went up. When did it go up? From
14:39:41 5 what point did it go up?
14:39:45 6         A. The supervision he's paid just on this one
14:39:48 7 particular job, which is really the only one I can
14:39:51 8 really speak from, is significantly higher than what, I
14:39:54 9 guess, he was paid in some of the other jobs, on a
14:39:57 10 percentage basis.
14:39:57 11        Q. Do you have any documents that would show that
14:39:59 12 there is a comparison that you can make to show that
14:40:03 13 the supervision on this job was higher than another job
14:40:05 14 that may have been a --
14:40:06 15        A. No, but we're beginning to put some of that
14:40:08 16 together.
14:40:08 17        Q. Okay. So as we speak here today, you don't
14:40:11 18 have anything that can show that?
14:40:11 19        A. No, I can't give you precise percentages.
14:40:12 20        Q. Okay. Do you know if Mr. Escudero in 1999 or
14:40:15 21 2000 was working on a similar project to Las Arenas
14:40:19 22 that we could do a comparison on or that you have done
14:40:21 23 a comparison on?
14:40:21 24        A. Again, I'm just beginning to get into those,
14:40:23 25 and, no, I can't give you any specifics.

---

**23**

14:40:25 1         Q. So right now, as you're saying that these cost
14:40:27 2 have gone up, it's based on preliminary work that is
14:40:30 3 not anything that we can look at today or that you c--
14:40:33 4 show me today?
14:40:34 5         A. Correct, I'll have to put that all together.
14:40:35 6         Q. Okay. And when do you anticipate having that
14:40:37 7 information?
14:40:38 8         A. Well, the attorney here asked me yesterday to
14:40:41 9 begin putting that together. So I'm not sure what
14:40:43 10 date, but it's going to take some time going through
14:40:46 11 all the past records.
14:40:53 12        Q. What other changes have you seen in
14:40:55 13 Mr. Escudero's income from, say, 1999 to 2000 or 2001?
14:41:02 14 Because in looking at the records, it seems like the
14:41:04 15 year 2000 he had a substantial amount of projects goi--
14:41:10 16 on; is that correct?
14:41:12 17        A. Substantial?
14:41:13 18        Q. Well, if you start looking at his profit and
14:41:15 19 loss statement, which you've now told me is a work in
14:41:18 20 progress, he had construction income of 2,800,000.
14:41:22 21        A. Yes, I'm aware of four or five projects that he
14:41:25 22 had, but they're all large projects.
14:41:28 23        Q. Okay. And that was in 2000?
14:41:29 24        A. Correct.
14:41:30 25        Q. Do you know how that compared with 1999?

---

**24**

14:41:33 1         A. No, I'm not sure.
14:41:33 2         Q. Do you know if it was a increase or a decrease,
14:41:36 3 based on documents --
14:41:36 4         A. I think it was an increase.
14:41:38 5         Q. Increase? What could we look at that would
14:41:40 6 give us a comparison between this work in progress of
14:41:44 7 January through December, 2000 and 1999? Would it be
14:41:47 8 the corporate tax return?
14:41:48 9         A. Yes.
14:41:49 10        Q. So if we're looking at the corporate tax
14:41:50 11 return -- and I'm going to mark the corporate return as
14:41:53 12 Exhibit No. 2.
14:41:53 13        A. Unfortunately, we only have this one corporate
14:41:57 14 return.
14:41:57 15        Q. Right.
14:41:58 16        A. But, yeah, we can --
14:42:01 17        MR. BENTON: Need a copy of that?
14:42:01 18        A. -- compare this to this.
14:42:02 19        MS. GALO: We can do it afterwards. Do
14:42:02 20 you care?
14:42:04 21        MR. BENTON: No, that's fine.
14:42:05 22        Q. Okay. In -- on the corporate income tax
14:42:11 23 return, what would be comparable to total income that
14:42:14 24 you've listed on your profit and loss statement? Would
14:42:18 25 that be the gross receipts?

---

## 25

14:42:19 1    A. Correct.

14:42:20 2    Q. So it was more than twice the gross receipts

14:42:24 3  from '99 to 2000. So there is a definite increase --

14:42:27 4    A. Right.

14:42:28 5    Q. -- as far as projects and stuff going on. If

14:42:30 6  I'm not mistaken, the tax return also has the cost of

14:42:34 7  goods. Does it not?

14:42:37 8    A. Yes.

14:42:37 9    Q. I don't know exactly where it is, but I know

14:42:40 10  it's in there.

14:42:41 11    A. Collectively the costs of goods is line 2,

14:42:46 12  which is a little over 1 million, and that's broken

14:42:49 13  down over here. You have your cost of labor.

14:42:53 14    Q. And the cost of labor was 1,017,000?

14:42:56 15    A. Correct. Some licenses and permits. I'm

14:43:01 16  looking at it backwards. Purchases were 1 million. I

14:43:09 17  would assume from looking at this return that they're

14:43:12 18  including both materials and labor.

14:43:14 19    Q. Broken into -- all together?

14:43:17 20    A. Collectively into that one number.

14:43:19 21    Q. Is that the way you've broken down your profit

14:43:22 22  and loss statement?

14:43:23 23    A. Yeah, and, now, understand, this is the general

14:43:24 24  ledger from what was done prior. This is not mine.

14:43:27 25  And I'm having to work from this. It would be -- all

## 26

14:43:33 1  the subcontract labor would be part of the costs of

14:43:37 2  goods sold as well as all the materials.

14:43:40 3    Q. Okay. So here like the subcontractors they've

14:43:42 4  got listed as 1,300,000?

14:43:46 5    A. And you have to add the 324,000. I know at

14:43:49 6  least that much. And I have to look in the commissions

14:43:51 7  and I have to look in some of these other numbers too.

14:43:53 8    Q. Do you know if there were more projects going

14:43:56 9  on in 1999 or 2000, or were some of those being carried

14:43:59 10  over from what you've reviewed?

14:44:01 11    A. There is always some carried over, correct. In

14:44:03 12  fact, the Las Arenas job, which started in '99, has

14:44:05 13  been carried over to this year.

14:44:07 14    Q. So it's still going on?

14:44:08 15    A. Right.

14:44:08 16    Q. And that's a large project?

14:44:10 17    A. Yes.

14:44:10 18    Q. And, I guess, based on that, they've paid in

14:44:11 19  1.1 million on that one?

14:44:13 20    A. Right. If you compare so far what's been

14:44:16 21  expensed on that, it's got a substantial loss. In the

14:44:19 22  year 2000 you would have a huge loss for the year, but

14:44:22 23  it's all going to fall on this year.

14:44:25 24    Q. Okay. But at the time the projects or the

14:44:27 25  income was going up, there may have been expenses and

## 27

14:44:29 1  things associated, but the amount of the projects or

14:44:33 2  the value of the projects that he was doing definitely

14:44:34 3  increased from the year 1999 to the year 2000?

14:44:37 4    A. Correct.

14:44:37 5    Q. Now, you understand that Mr. Escudero was

14:44:39 6  injured in 1999?

14:44:41 7    A. Yes.

14:44:41 8    Q. Okay. And that -- do you know what month that

14:44:48 9  was in?

14:44:48 10    A. I believe he told me May.

14:44:48 11    Q. Okay. Now, in 2001 we have a limited amount of

14:44:53 12  information. Did you prepare this information, or did

14:44:56 13  somebody else prepare it?

14:44:57 14    A. I prepared that one.

14:44:59 15    Q. Okay. And I'm sorry I'm jumping around.

14:45:03 16  That's just the way my mind works sometimes.

14:45:07 17    MR. BENTON: You're doing great.

14:45:08 18    Q. It just goes everywhere. What was the income

14:45:12 19  that was shown from January through June?

14:45:15 20    A. You mean the sources?

14:45:15 21    Q. Uh-huh.

14:45:19 22    A. I would say primarily from Las Arenas. But

14:45:22 23  there is a couple other projects also.

14:45:24 24    Q. Are those included in here?

14:45:25 25    A. Correct.

## 28

14:45:26 1    Q. Okay. Have there been any other projects that

14:45:28 2  have been obtained since January and June 2000, because

14:45:33 3  we're now almost in September?

14:45:35 4    A. You mean new projects that have started this

14:45:39 5  year?

14:45:39 6    Q. Yes, sir.

14:45:39 7    A. Yes.

14:45:39 8    Q. And do you know what the value of those are?

14:45:40 9    A. They're all in their early stages. You mean

14:45:45 10  the value of the total --

14:45:46 11    Q. Yes.

14:45:46 12    A. -- jobs? I know it's -- one project is roughly

14:45:52 13  1.6 million.

14:45:53 14    Q. And that's not reflected in this profit and

14:45:55 15  loss statement?

14:45:55 16    A. No, because that's more or less on a cash --

14:45:58 17  well, that's cash accruable. We don't have the total

14:46:01 18  income reflected for those jobs.

14:46:04 19    Q. Okay. So if we look at this total income right

14:46:04 20  now of 476,000, that's really not an accurate reading

14:46:08 21  of what --

14:46:08 22    A. That's what's collected.

14:46:09 23    Q. That's what's collected, but there is other

14:46:10 24  things going on that are going to bring in additional

14:46:12 25  income?

---

**29**

14:46:12  1   A.  Correct.

14:46:13  2   Q.  What do you anticipate -- being that this is --

14:46:15  3   I guess we're, what, reaching close to the fourth

14:46:18  4   quarter?

14:46:19  5   A.  Uh-huh.

14:46:19  6   Q.  Almost there -- the profitability and/or loss

14:46:22  7   of the company to be this year?

14:46:27  8   A.  It's going to be a loss because Las Arenas is

14:46:30  9   going to hit the books this year.

14:46:32 10   Q.  Okay.  And that's a carry-over from 1999?

14:46:35 11   A.  Correct.

14:46:35 12   Q.  How big was that project?

14:46:39 13   A.  Dollarwise?

14:46:40 14   Q.  Uh-huh.

14:46:40 15   A.  It was 1.4 or 1.5 million.

14:46:44 16   Q.  And do you know what exactly that job entailed?

14:46:47 17   A.  It's a big condominium, 13, 14-condominium

14:46:54 18   project.  I've not seen it myself.

14:46:56 19   Q.  Is Mr. Escudero building that on his own, or

14:46:58 20   are there other builders involved in that?

14:46:59 21   A.  There are other builders.  There's somebody

14:47:01 22   else that is the general.

14:47:02 23   Q.  Have any factors -- I know that Mr. Escudero

14:47:05 24   has said that there is some losses or delays that he's

14:47:08 25   had to incur as a result of some of, he says, his

---

**30**

14:47:13  1   injuries on some of these projects to which he's been

14:47:19  2   penalized.  Are there any other factors which can cause

14:47:20  3   delays, to your knowledge, here, weather, or anything

14:47:23  4   like that?

14:47:23  5   A.  Yeah, I'm sure there could be.

14:47:25  6   Q.  Do you know of anything in 1999 or 2000

14:47:28  7   weatherwise, that could have caused a delay in the

14:47:31  8   building of any of these projects?

14:47:32  9   A.  No, I'm not aware of them.

14:47:34 10   Q.  Okay.  Are you aware of anything on the Bahnman

14:47:38 11   Realty project?

14:47:40 12   A.  No, I don't know anything about that job.

14:47:41 13   Q.  Okay.  So you don't know if there was a penalty

14:47:43 14   incurred or what that penalty -- how it arose, and you

14:47:46 15   have no documentation on that?

14:47:47 16   A.  No, I don't.

14:47:49 17   Q.  Do you have any documentation with regard to

14:47:51 18   that particular job that show losses which are

14:47:56 19   attributable to any types of delays or result in

14:48:01 20   changes in subcontractors?

14:48:01 21   A.  No.

14:48:01 22   Q.  Do you have any knowledge on the project called

14:48:03 23   the Vargas Clinic project?

14:48:06 24   A.  No.

14:48:06 25   Q.  And you would have no documentation to support

---

**31**

14:48:08  1   any loss or income or gain on that?

14:48:10  2   A.  No.

14:48:11  3   Q.  How about the Levin Duplex?  Do you have any

14:48:14  4   information on that project?

14:48:16  5   A.  No.

14:48:16  6   Q.  Do you have any documents that would support

14:48:18  7   Mr. Escudero's assertion that he was penalized $24,0:

14:48:24  8   A.  Just what he's told me, that that's happened.

14:48:26  9   Q.  How would you handle a penalty like that on an

14:48:28 10   income tax return or on a profit and loss statement?

14:48:31 11   A.  It gets classified as a penalty.

14:48:34 12   Q.  Okay.  And is there any particular place on a

14:48:36 13   tax return or on the profit and loss statement that i:

14:48:38 14   would be included?

14:48:4_ 15   A.  You create a line item cost, fines and

14:48:44 16   penalties, which usually comes at the end of a return.

14:48:47 17   And I don't know that there is any such thing on here.

14:48:50 18   Again, it could have been reclassified if there was

14:48:54 19   anything actually paid out.

14:48:55 20   Q.  So in 2001 on the profit and loss statement,

14:48:58 21   which we've not completed the year, in all fairness --

14:49:01 22   A.  No, there is a lot of adjustments to be made.

14:49:03 23   Q.  But right now you do not have anything listed

14:49:06 24   on here that shows any type of penalties incurred for

14:49:08 25   any reason?

---

**32**

14:49:09  1   A.  Not that I've seen.  I'm not sure that there

14:49:09  2   isn't.

14:49:09  3   Q.  Okay.

14:49:10  4   A.  In 2001 there is not, no.  Many times what

14:49:13  5   happens is when you have a in-house bookkeeper and if

14:49:17  6   there is a -- if there is a draw, for example, that's

14:49:20  7   due somebody as "X" dollars -- "X" amount of dollars,

14:49:24  8   that customer may just subtract that from his draw.

14:49:28  9   And if they do that, then the in-house bookkeeper

14:49:31 10   doesn't know to post that as an expense.

14:49:34 11   Q.  But let's assume that Mr. Escudero this year

14:49:38 12   was penalized, let's say, on project A $15,000 in

14:49:40 13   February because of delays.  Would you have been aware

14:49:43 14   of that, or would you have to have knowledge of that?

14:49:46 15   A.  I'd have to have knowledge of that.

14:49:47 16   Q.  Because, if not, you cannot prepare his returns

14:49:49 17   accurately or prepare the bookkeeping accurately?

14:49:51 18   A.  In net it comes out the same because it's just

14:49:53 19   not reflected in the revenue.

14:49:55 20   Q.  Right.  It's kind of -- you work it into it,

14:49:57 21   but you have to have knowledge of where that came from

14:50:01 22   A.  Right.

14:50:01 23   Q.  And in 2001 you don't have that as of yet?

14:50:05 24   A.  No.

14:50:05 25   Q.  What about -- looking at the documents in

---

Case 1:00-cv-00193  Document 20  Filed in TXSD on 09/28/2001  Page 27 of 49

---

### 33

14:50:06  1  2000 -- and I understand that they're being revised --
14:50:10  2  was there anything in here in your review of these
14:50:13  3  documents that show that he had been penalized for any
14:50:15  4  reason?
14:50:18  5      A. I haven't seen it yet, but that's not to say
14:50:20  6  there couldn't be.
14:50:22  7      Q. Okay. If there was -- do you know when any of
14:50:26  8  these projects, the Bahnman Realty, Vargas Clinic,
14:50:29  9  Levin Duplex, were completed?
14:50:31 10      A. I don't, but I'm going to have to find out,
14:50:33 11  because if they are reflected in 2000, I'm going to
14:50:36 12  have to know that.
14:50:37 13      Q. Okay. And, again, you don't have any
14:50:40 14  documentation with regards to any of these projects?
14:50:42 15      A. No.
14:50:43 16      Q. On Las Arenas, on which you do have a little
14:50:46 17  bit of knowledge, Mr. Vargas is listed -- I'm sorry.
14:50:50 18  I'm looking at Vargas Clinic. That's what happens.
14:50:50 19          Mr. Escudero has listed an extra
14:50:53 20  superintendent at $24,352. Do you have any
14:50:57 21  documentation which would support that figure to show
14:50:59 22  that he has had to pay that much money to somebody to
14:51:02 23  supervise that project?
14:51:21 24          THE WITNESS: Is that Miguel? No.
14:51:26 25          MR. ESCUDERO: Hector.

### 34

14:51:27  1      Q. Is it Hector Trevino? I know that there was a
14:51:29  2  gentleman by the name of Eric Gutierrez, and I'm
14:51:32  3  assuming it was either him or Hector Trevino.
14:51:47  4          MS. GALO: Okay. We're going to mark this
14:51:49  5  as Exhibit No. 3. We can make a copy so he can keep
14:51:54  6  his originals. I don't want to get that.
14:51:57  7      Q. And these items -- you've handed me what's
14:51:59  8  called Paisano Construction Company Vendor QuickReport.
14:52:04  9  Paisano is now E&E Builders. Can we agree on that?
14:52:06 10      A. Yes.
14:52:06 11      Q. It's one and the game. It's not the
14:52:07 12  partnership anymore. It's a corporation.
14:52:09 13      A. Right.
14:52:09 14      Q. And these show the amount of checks that were
14:52:11 15  paid to Eric Gutierrez.
14:52:14 16      A. Correct.
14:52:14 17      Q. And these items that you've highlighted, are
14:52:16 18  those all payments to him as a superintendent?
14:52:19 19      A. Yes. I was asked -- they're highlighted
14:52:23 20  because I questioned what they were actually for
14:52:25 21  because they were marked "payroll" and they were marked
14:52:31 22  "reimbursements." So I was questioning, are they
14:52:31 23  really reimbursements, or are they part of his
14:52:34 24  supervision. And he told me they're all part of his
14:52:36 25  supervision.

### 35

14:52:37  1      Q. So all of these figures, the 479.82 --
14:52:41  2      A. Were his.
14:52:42  3      Q. Okay. Do you know what his compensation was?
14:52:44  4  Was it done on a daily, hourly, weekly, biweekly --
14:52:48  5      A. Based on this, I think it was every other week,
14:52:48  6  more or less.
14:52:51  7      Q. Okay. Then if it was done every other week,
14:52:57  8  I'm just curious, then why would you have some entries
14:53:00  9  for 1,000, some for 1,500? I can see those figures
14:53:02 10  because they're kind of comparable, but then you end
14:53:03 11  with 1,016.49 or you end up with 200 here, 1,679.31.
14:53:10 12  Do you know how those figures were calculated?
14:53:12 13      A. Procedurally, I don't know how they did that.
14:53:14 14      Q. Okay. And are you basing the fact that this
14:53:17 15  was compensation to him based on what Mr. Escudero has
14:53:19 16  told you?
14:53:20 17      A. Correct.
14:53:21 18      Q. Have you seen any of the checkstubs?
14:53:23 19      A. Yes, I actually reconcile the bank statements
14:53:24 20  myself.
14:53:25 21      Q. Okay. And they all show income to him?
14:53:27 22      A. Correct.
14:53:27 23      Q. And you're going to be issuing -- did you all
14:53:29 24  issue a 1099 to Eric?
14:53:31 25      A. No, he didn't.

### 36

14:53:31  1      Q. Is he going to?
14:53:34  2      A. I've encouraged him to get his Social Security
14:53:37  3  number. So we're still waiting for that, yes.
14:53:41  4      Q. And what are these other figures that are
14:53:45  5  contained in your Vendor QuickReport general ledger?
14:53:46  6      A. These were just numbers I was running by
14:53:53  7  category. This is out of -- in other words, this is
14:53:56  8  the complete list. I was breaking it down by what was
14:54:00  9  classified as reimbursement, what was classified as
14:54:02 10  payroll, and why it was done that way.
14:54:07 11      Q. Do you know why it was done that way?
14:54:09 12      A. Again, because the gal that they had in there
14:54:12 13  didn't know how to categorize things. When I first
14:54:16 14  came in, it was in October, and things were not going
14:54:23 15  well, I guess. And so I was trying to help the gal
14:54:26 16  categorizing them at that time over the process of
14:54:29 17  October, November, December, up through January. And
14:54:34 18  that's basically what my first four months there was,
14:54:37 19  and reconciling bank statements.
14:54:39 20      Q. Do you have any type of Vendor QuickReport,
14:54:43 21  like you have for Eric Gutierrez, for Hector Trevino?
14:54:47 22      A. I don't with me, no.
14:54:48 23      Q. Do you know when Hector Trevino first began
14:54:49 24  with E&E Builders?
14:54:50 25      A. No, I don't.

---

37

14:54:52 1    Q. Do you know if he was prior to or after Eric
14:54:55 2  Gutierrez?
14:54:55 3    A. I don't know.
14:54:58 4    Q. I'll just put this underneath. I know it's
14:55:04 5  yours. We'll return them. That way we just can get
14:55:04 6  copies of what we need.
14:55:06 7        So Eric was paid a total of 24,000, a
14:55:10 8  little over 24?
14:55:11 9    A. Correct. Right.
14:55:16 10    Q. Do you know if in 1998 or 1999 Mr. Escudero had
14:55:21 11  any other jobs, say, superintendents or supervisors
14:55:25 12  other than himself?
14:55:26 13    A. I don't know. He has told me that he did most
14:55:31 14  of them nimself.
14:55:34 15    Q. But you haven't seen any documentation?
14:55:37 16    A. No.
14:55:39 17    Q. I was noticing in the individual tax return for
14:55:45 18  1998 --
14:55:52 19    A. Right here.
14:55:53 20    Q. -- it shows the total income as being a loss of
14:55:56 21  5,205.
14:55:58 22    A. That's because before it was a partnership they
14:56:01 23  had a sole proprietorship, and I don't know why the
14:56:04 24  accountant did this, but he showed that he earned
14:56:10 25  12,400 that year and didn't have any expenses. So a

38

14:56:14 1  reported 12,000 was on his income. So that's a net of
14:56:17 2  the two.
14:56:18 3    Q. So let me just make this kind of simple so
14:56:21 4  we'll understand. 1998 Paisano Construction Company
14:56:24 5  has a loss --
14:56:25 6    A. Correct.
14:56:25 7    Q. -- split three ways is what we've determined by
14:56:28 8  the K-1. And we're going to make this Exhibit No. 4.
14:56:31 9        MS. GALO: I'm marking mine, Barry, so
14:56:33 10  that we can do it later.
14:56:35 11        MR. BENTON: Okay.
14:56:35 12        MS. GALO: Is that all right?
14:56:37 13        MR. BENTON: Sure.
14:56:37 14    Q. The income is 1999, and the company has a $595
14:56:47 15  profit, so to speak?
14:56:48 16    A. Correct.
14:56:49 17    Q. 2000 we don't have anything for at this time?
14:56:55 18    A. Correct.
14:56:55 19    Q. Right? But we do know that the total income,
14:56:59 20  based on the document, is 2.8 million?
14:57:03 21    A. (Moving head up and down)
14:57:03 22    Q. Since 1998, based on the documents that we have
14:57:07 23  in front of us, based on the figures that we have in
14:57:08 24  front of us, did the business increase in income or
14:57:10 25  decrease?

39

14:57:11 1    A. It did increase.
14:57:12 2    Q. Did it increase by just a tiny little bit, or
14:57:17 3  was there a substantial increase in the volume of the
14:57:19 4  business at that time or the value of the projects th..
14:57:21 5  were being worked on?
14:57:27 6    A. Yes.
14:57:28 7    Q. Okay. Isn't it true that as you start to
14:57:30 8  work -- and I know you're an accountant, but bear with
14:57:36 9  me. If you're working on the remodeling of a home and
14:57:40 10  it's going to give you a lesser profit, generally
14:57:41 11  speaking, if the job is not as big, you don't need as
14:57:44 12  many subcontractors or workers; is that correct?
14:57:46 13    A. That's correct.
14:57:47 14    Q. So as the volume of your work increases, the
14:57:49 15  need for the subcontractors actually would increase as
14:57:51 16  well?
14:57:52 17    A. Right.
14:57:52 18    Q. So if your company has doubled in the amount of
14:57:55 19  work it's doing or the volume, as it did from 1999 to
14:58:00 20  what the profit and loss statement that -- that's the
14:58:02 21  only thing we have in front of us today, is at least
14:58:05 22  two times, doesn't it make sense that the expenses
14:58:08 23  would also increase in trying to complete those jobs?
14:58:11 24    A. Uh-huh.
14:58:12 25        MR. BENTON: You need to say words, Bob.

40

1    A. I'm sorry. Yes.
14:58:15 2    Q. Thank you. Does the fact that labor costs or
14:58:21 3  other expenses may cause the company to, say, break
14:58:26 4  even -- you're anticipating a break even for 2000?
14:58:30 5    A. Correct.
14:58:30 6    Q. Or right in there? Does that reflect
14:58:32 7  somebody's inability to work, or it could also mean
14:58:37 8  that the cost of labor has gone up, the cost of
14:58:39 9  materials have gone up, or anything to that effect?
14:58:40 10  There's a variety of factors that could affect that; is
14:58:41 11  that correct?
14:58:41 12    A. Yes.
14:58:42 13    Q. And in 2001 -- where right now we know was not
14:58:46 14  a complete picture, and I don't think it's fair to try
14:58:49 15  to characterize it as we have 1999 -- it's not an
14:58:55 16  accurate showing of this 452,000 because there is other
14:58:57 17  projects that have been obtained since that time?
14:59:01 18    A. Correct.
14:59:01 19    Q. Okay. Is there anything that you can show me
14:59:04 20  or any documents that you have that can show me that as
14:59:07 21  a result of Mr. Escudero's injury in 1999, the
14:59:11 22  profitability -- the profitability of his company has
14:59:14 23  decreased or the volume of his business has decreased?
14:59:18 24    A. Not directly, because I've not been asked to
14:59:22 25  try to do something like that.

**41**

14:59:23 1    Q. Can you show me any document that would
14:59:26 2    evidence any type of losses in the year 2000, as
14:59:29 3    opposed to 1999, that -- I mean, is there any documents
14:59:37 4    that show any type of losses for the year 2000 at this
14:59:40 5    point as per '99?
14:59:42 6    A. It's too early for me to say. Once I look into
14:59:46 7    the records, then go through the general ledger myself
14:59:48 8    and try to put together a tax return, then I might find
14:59:53 9    something. But it's too early for me to say.
14:59:55 10    Q. But you will agree that from 1998 to 1999 there
14:59:58 11    was an increase in the profitability of the company?
15:00:01 12    A. Yes, because it was a brand-new start-up
15:00:04 13    company.
15:00:04 14    Q. But if you compare the partnership to the
15:00:05 15    corporation, Mr. Escudero is making more money in 1999,
15:00:11 16    or at least the --
15:00:12 17    A. It was a growing --
15:03:14 18    Q. It was growing.
15:00:15 19    A. -- business, correct.
15:00:15 20    Q. And if we look at the 2000 profit and loss
15:00:19 21    statement, the company was still growing in 2000; is
15:00:21 22    that correct?
15:00:22 23    A. Yes.
15:00:23 24    Q. And in 2001, it's an unknown?
15:00:26 25    A. And I might add, I think primarily because of

**42**

15:00:31 1    one job, though.
15:00:31 2    Q. That would be Las Arenas?
15:00:32 3    A. Correct.
15:00:32 4    Q. Which is still going on?
15:00:34 5    A. Correct.
15:00:34 6    Q. And do you know when he obtained that in 1999?
15:00:37 7    A. When it started?
15:00:38 8    Q. Yes.
15:00:39 9    A. It was roughly April. I believe April was the
15:00:45 10    first transaction I saw, April of '99.
15:00:53 11    Q. In looking at this -- you've reviewed this
15:00:56 12    general ledger of profit and loss from 2000. I know
15:00:59 13    you don't agree with the categorization, and I'm not
15:01:03 14    trying to hold you to that at all. I was noticing in
15:01:06 15    here where it said -- the way they've got it is a memo
15:01:11 16    and a split. Do you know what that means, and can you
15:01:13 17    explain that?
15:01:14 18    A. Well, what the memo does sometimes -- it
15:01:16 19    depends on what account it is, but the reason both are
15:01:19 20    shown is sometimes the memo will show what job it is,
15:01:24 21    and sometimes it will show what bank it's from.
15:01:29 22    Q. Okay. Does Mr. Escudero bank at numerous
15:01:31 23    banks?
15:01:31 24    A. Yes, he has.
15:01:32 25    Q. What banks does he bank with?

**43**

15:01:35 1    A. First National, IBC.
15:01:38 2    Q. Who would you say is his primary banker?
15:01:41 3    A. Right now I believe it's IBC.
15:01:45 4    Q. Now, when he is paid money for, say, Las
15:01:50 5    Arenas -- he's been paid 1.1 million, more or less?
15:01:54 6    A. Correct.
15:01:55 7    Q. When that money is deposited, do you know how
15:01:57 8    that money has come in? Has it been in chunks, like i
15:01:59 9    draws, as in construction people get a draw?
15:02:03 10    A. Yes.
15:02:03 11    Q. And how is that reflected in a general ledger?
15:02:05 12    A. It will show under the deposits in the bank,
15:02:09 13    which is at the very beginning.
15:02:14 14    Q. Is it on that page?
15:02:21 15    A. You'll see the bank here and the deposits.
15:02:23 16    Q. And those would be deposits from various jobs,
15:02:25 17    but they're not specified here. Like here is a
15:02:28 18    deposit. Here we have a deposit on 1/14/00 pertaining
15:02:31 19    to, it states, construction. That's for $15,000.
15:02:33 20    A. Again, because the gal didn't know what to do
15:02:36 21    with it.
15:02:36 22    Q. And you're going back and trying to determine
15:02:38 23    which one was coming from what?
15:02:41 24    A. Correct. In fact, the Las Arenas I've had to
15:02:43 25    go back through all the invoices. This has been pret
l

**44**

15:02:47 1    much unreliable for me.
15:02:49 2    Q. Do you have any partial list of what you've
15:02:51 3    done with Las Arenas with you at this point?
15:02:53 4    A. A little bit.
15:02:54 5    Q. Can we take a look at that?
15:03:01 6    A. This would be a P&L up to a couple of weeks
15:03:08 7    ago.
15:03:09 8    Q. This would be No. 5, Exhibit No. 5. Okay. And
15:03:17 9    here you're showing that there was -- what's come in so
        10    far --
15:03:22 11    A. Correct.
15:03:22 12    Q. -- since the inception of this job, I might
15:03:23 13    add, right?
15:03:23 14    A. Right.
15:03:23 15    Q. So it's between 1999 and 2001?
15:03:27 16    A. 2001, correct.
15:03:28 17    Q. Do you know when the majority of this money
15:03:29 18    came in, whether it came in in 1999, 2000 or --
15:03:33 19    A. In 2000.
15:03:35 20    Q. In 2000. Now, here you've got cost of goods
15:03:40 21    sold, and you have electrical, $463,000, which is a
15:03:43 22    substantial increase from other projects, I would
15:03:46 23    assume.
15:03:46 24    A. Correct.
15:03:46 25    Q. Is that because of the type of project it was

Case 1:00-cv-00193  Document 20  Filed in TXSD on 09/28/2001  Page 30 of 49

45

15:03:48  1  and the size of the project?
15:03:49  2      A. Yes.
15:03:50  3      Q. Okay. You also have --
15:03:52  4      A. I might add that was probably over what they
15:03:56  5  had budgeted also for that job.
15:03:59  6      Q. Okay. Do you know if Mr. Escudero in the past
15:04:02  7  has had to hire people to do the electrical, or does he
15:04:04  8  do that himself?
15:04:06  9      A. Normally a contractor will hire a
15:04:08 10  subcontractor.
15:04:09 11      Q. And that's what Mr. Escudero is; is that
15:04:11 12  correct, he's a contractor?  He oversees how things
15:04:13 13  are done, and he goes out and he hires the people
15:04:16 14  necessary for the job?
15:04:16 15      A. Correct.
15:04:17 16      Q. Do you know if he physically himself performs
15:04:18 17  any aspect of the job other than supervision?
15:04:23 18      A. Yes, he's told me he does, he will.
15:04:24 19      Q. Do you know what type of work he does?
15:04:27 20      A. Trim work, carpentry work, plaster.
15:04:28 21      Q. What is his operational expenses related to
15:04:32 22  cost of goods sold of 20,000?
15:04:34 23      A. That would include things such as his phone,
15:04:37 24  utilities, rent, things that aren't directly related to
15:04:40 25  the cost.

46

15:04:41  1      Q. Okay. And right here, the total cost of goods
15:04:42  2  sold is $1,463,377.25. And, of course, that's more
15:04:48  3  than what's been brought in.
15:04:50  4      A. Correct.
15:04:50  5      Q. Is that because Las Arenas is still owing some
15:04:53  6  money?
15:04:53  7      A. Correct.
15:04:53  8      Q. Do you anticipate a break even on Las Arenas,
          9  or do you expect a profit?
15:04:58 10      A. At this point it looks like it's going to be a
15:04:59 11  break even or less due to working out some of the
15:05:03 12  retainage fees and not being able to collect
          13  everything.
15:05:06 14      Q. Okay. Do you know why you can't collect
15:05:08 15  everything?
15:05:12 16      A. No, I don't know all the reasons.
15:05:15 17      Q. Does Mr. Escudero bid for these jobs?
15:05:20 18      A. Correct.
15:05:20 19      Q. Do you know how that's done? .
15:05:21 20      A. If he's the general contractor for a job, yes,
15:05:25 21  he bids for them.
15:05:26 22      Q. Do you assist him in any way in coming up with
15:05:29 23  the bids?
15:05:29 24      A. No.
15:05:30 25      Q. You don't help him do any projection costs or

47

15:05:33  1  anything?
15:05:33  2      A. No.
15:05:34  3      Q. Do you know whether -- strike that.
15:05:38  4          Do you know if most of these
15:05:40  5  subcontractors, say, an electrical, masonry, carpentry,
15:05:45  6  painting, stucco, do you know if they're paid per job
15:05:47  7  or on an hourly basis or how that's worked out?
15:05:53  8      A. It's normally done on a job basis.
15:05:53  9      Q. Okay. You contract with a certain company?
15:05:53 10      A. Right. And they're paid based on the
15:05:56 11  percentage of work that's been completed.
15:05:58 12      Q. As so he's paying out money -- as he gets
15:05:58 13  money, he's having to pay money out; is that correct?
15:06:01 14      A. Correct.
15:06:04 15      Q. Do you know if the cost of labor has gone up
15:06:06 16  since 1999?
15:06:10 17      A. Yes.
15:06:11 18      Q. Do you know how much it's gone up by?
15:06:13 19      A. No.
15:06:15 20      Q. Do you know if the companies that -- we've been
15:06:23 21  talking -- strike that.
15:06:25 22          We've been talking about Las Arenas
15:06:28 23  condos. That's, I guess, one of the biggest projects
15:06:30 24  he has going on at this time as far as your knowledge,
15:06:33 25  or are there other ones?

48

15:06:34  1      A. He's got one going on that, from a dollar point
15:06:37  2  of view, is actually bigger.
15:06:37  3      Q. Where is that one?
15:06:37  4      A. That's on South Padre Island.
15:06:39  5      Q. And when did that one start?
15:06:44  6      A. First of this year, I believe.
15:06:46  7      Q. Do you know what the dollar value on that one
15:06:47  8  is?
15:06:48  9      A. 1.6 million. Can I ask if I say something
15:06:53 10  that's not correct, that he can correct me?
15:06:56 11      Q. Generally what happens -- let's go off the
15:06:58 12  record for a minute.
15:11:38 13          (Discussion off the record)
15:11:38 14      Q. Let me ask you about this SPI project, South
15:11:42 15  Padre Island. That began -- it was a $1.6 million
15:11:50 16  project?
15:11:50 17      A. Correct.
15:11:50 18      Q. Does Mr. Escudero just have one project going
15:11:53 19  on at one time, or are there numerous projects going
15:11:54 20  on?
15:11:56 21      A. No, there will be maybe three or four projects
15:11:57 22  going on.
15:11:57 23      Q. And depending on the size of the projects,
15:12:00 24  depending on the amount of subcontractors he has. So,
15:12:03 25  again, based on his volume of business is the need for

**BRYANT & STINGLEY, INC.**

---

**49**

15:12:06  1    subcontractors; is that correct?
15:12:07  2        A. Right.
15:12:07  3        Q. Okay. This SPI project, or South Padre Island
15:12:12  4    project that began, do you know how much money he's
15:12:14  5    realized so far off of that project?
15:12:20  6        A. Approximately 300,000.
15:12:21  7        Q. Is that reflected in any of these profit and
15:12:24  8    loss statements?
15:12:25  9        A. In the 2001 it will be there.
15:12:33 10        Q. Would that be part of this $452,000 figure?
15:12:36 11        A. Correct.
15:12:37 12        Q. Do you know when that 300,000 was paid in?
15:12:39 13        A. It's been in portions, you know, little by
15:12:43 14    little. You can see on the general ledger.
15:12:45 15        Q. The draw -- where it shows deposits?
15:12:47 16        A. Correct.
15:12:50 17        Q. And have you done -- okay. Like here you have
15:12:51 18    a deposit, and it's construction. Do you know what
15:12:55 19    that's to?
15:12:56 20        A. Yes, I do. It's not reflected on this
15:12:59 21    particular report, but I have reports that reflect what
15:13:02 22    his jobs are.
15:13:03 23        Q. Do you have any document that shows how many
15:13:06 24    jobs and how much each project has earned this year?
15:13:12 25        A. Currently he has Las Arenas, Quality Inn, and

---

**50**

15:13:17  1    he's beginning -- he's got Days Inn. He's beginning
15:13:19  2    another one.
15:13:22  3        Q. Do you know -- which is the $1.6 million
15:13:27  4    project?
15:13:27  5        A. The Quality Inn.
15:13:28  6        Q. Do you know what the Days Inn project is worth?
15:13:32  7        A. No, I don't.
15:13:34  8        Q. And Las Arenas, do you know how much he's going
15:13:36  9    to realize this year, or approximately how much he'll
15:13:39 10    realize from the completion of that project this year?
15:13:41 11        A. He's hoping to collect the remaining that's due
15:13:44 12    to him, which is --
15:13:44 13        Q. About 300?
15:13:46 14        A. -- 250 to 300,000.
15:13:48 15        Q. Is the Quality Inn project slated to be
15:13:51 16    completed this year?
15:13:52 17        A. Yes.
15:13:52 18        Q. What about the Days Inn?
15:13:54 19        A. I don't know.
15:13:56 20        Q. If he completes -- these are the only three
15:13:59 21    projects you're aware of?
15:14:00 22        A. Yes.
15:14:01 23        Q. Is it possible that he's done other small
15:14:04 24    projects that you're not aware of?
15:14:05 25        A. I don't think so. Otherwise, it would be -- it

---

**51**

15:14:09  1    would be showing up in the books.
15:14:10  2        Q. This Quality Inn project for 1.6 million,
15:14:13  3    Quality Inn is a hotel?
15:14:15  4        A. Yes.
15:14:16  5        Q. And he's building a hotel?
15:14:18  6        A. Uh-huh.
15:14:18  7        Q. Is he one of the many contractors, or is he t':
15:14:20  8    single contractor?
15:14:22  9        A. I believe he's the general contractor for that
15:14:23 10    job.
15:14:25 11        Q. Do you know what his expected salary is going
15:14:26 12    to be this year from -- or, I guess, draw for himself
15:14:30 13    will be based on the Quality Inn project?
15:14:33 14        A. He takes a draw monthly no matter what job
15:14:37 15    they're doing, but generally it's about 3 to 4,000.
15:14:40 16    36,000 usually a year.
15:14:43 17        Q. 36 a year?
15:14:43 18        A. Correct.
15:14:44 19        Q. Generally speaking, and then he bonuses out any
15:14:47 20    money that's left year end?
15:14:49 21        A. He may. I don't know if he will or not.
15:14:51 22        Q. Based on -- this is for 2001 that we're talking
15:14:54 23    about. In 2000 do you know what his draw was?
15:14:58 24        A. In 2000?
15:14:59 25        Q. Uh-huh.

---

**52**

15:15:00  1        A. 32,400. It's on the tax return.
15:15:05  2        Q. Did we pull that one out? I don't think we
15:15:11  3    have the 2000 return  do we?
15:15:13  4        A. I think you have a copy of that somewhere.
15:15:27  5        Q. So he drew 32,400 in 2000?
15:15:31  6        A. Correct.
15:15:37  7        Q. Okay. We're going to mark that tax return
15:15:40  8    as --
15:15:41  9        A. I did send this.
15:15:43 10        Q. It's probably in there. That's going to be
15:15:44 11    No. 6.
15:15:48 12            MR. BENTON: What's that check attached,
15:15:49 13    IRS?
15:15:51 14            THE WITNESS: That's a copy of a payment.
15:15:54 15            MR. BENTON: That's a copy?
15:15:56 16            THE WITNESS: Yeah. Looks real, doesn't
15:15:58 17    it?
15:15:58 18        Q. Okay. So in 2001 you anticipate him to draw
15:16:01 19    approximately 36,000 --
15:16:08 20        A. Yes.
15:16:08 21        Q. -- as a draw. In 2000 he drew 32,400. Do you
15:16:08 22    know what he drew in 1999, or is there any way we can
15:16:12 23    determine what he drew in 1999?
15:16:14 24        A. I don't know. His return shows he lost money,
15:16:16 25    but I don't know --

---

53

15:16:18 1    Q. What he drew as a salary?

15:16:19 2    A. Yeah.

15:16:19 3    Q. Because even though you've lost money as a

15:16:22 4 corporation, you can still draw money, needless to say?

15:16:25 5    A. Yes.

15:16:26 6    Q. Do you know what he drew in 1998?

15:16:27 7    A. No.

15:16:27 8    Q. So the draw from 2000 to what's anticipated in

15:16:29 9 2001 would actually be an increase of about 3,600?

15:16:33 10    A. (Moving head up and down)

15:16:34 11          MR. BENTON: Is that a "yes"?

15:16:34 12    A. Yes.

15:16:36 13          MR. BENTON: Thank you. Sorry. It's for

15:16:38 14 the record.

15:16:44 15    Q. So his income is increased, his personal income

15:16:49 16 is increased or is anticipated to increase from last

15:16:52 17 year to this year, 2001?

15:16:55 18    A. Correct.

15:16:55 19    Q. Which, of course, won't be reflected until the

15:16:59 20 tax returns are filed next year?

15:17:01 21    A. Correct.

15:17:01 22    Q. Is there anything that we have in front of us

15:17:04 23 that shows that Mr. Escudero's business has decreased

15:17:09 24 or lost money from 1998, based on what's in front of

15:17:15 25 us?

54

15:17:15 1    A. To present?

15:17:16 2    Q. At the present.

15:17:18 3    A. I think 2001 is going to be significantly lower

15:17:22 4 than last year.

15:17:23 5    Q. But we don't have anything as far as 2001; is

15:17:26 6 that correct?

15:17:26 7    A. Once we put Las Arenas in there, that -- the

15:17:30 8 total when it's completed, by year end it's anticipated

15:17:34 9 this year will be worse than last year.

15:17:36 10    Q. But last year actually, valuewise, the

15:17:39 11 buildings and the types of projects he was doing, was a

15:17:41 12 substantial increase from 1999; is that correct?

15:17:44 13    A. Yes, but it was in its early stages to just

15:17:48 14 beginning.

15:17:49 15    Q. Now, is the fact that a project causes a

15:17:53 16 loss --

15:17:54 17    A. Let me back up, though. I might add that the

15:17:57 18 Las Arenas job did begin in '99, which was a large

15:18:01 19 project.

15:18:01 20    Q. It was a large project, and in 1999 he had 1.1

15:18:04 21 million of gross receipts or sales. We're just talking

15:18:07 22 about gross. We're not talking about taking all the

15:18:09 23 deductions out. And in 2000 we were looking at 2 point

15:18:14 24 something million.

15:18:15 25    A. Which may come down significantly. I don't

55

15:18:19 1 know.

15:18:19 2    Q. Does the fact that a particular project ends

15:18:21 3 being a lost -- or a loss -- there are significant

15:18:26 4 factors that can go into that happening; is that

15:18:29 5 correct?

15:18:29 6    A. Sure.

15:18:29 7    Q. It doesn't necessarily have to be just one sol-

15:18:32 8 cause the fact that maybe Mr. Escudero wasn't present

15:18:39 9 for, say, three months or something, that doesn't

15:18:39 10 necessarily become the sole and significant cause of

15:18:40 11 that loss. I mean, you can take other factors into

15:18:43 12 consideration; is that not true?

15:18:45 13    A. I'm sure.

15:18:46 14    Q. You could take, say, cost of labor. If cost of

15:18:50 15 labor increases, your profitability is going to drop.

15:18:52 16 Is that true?

15:18:54 17    A. Yes.

15:18:54 18    Q. So the amount that's being paid to a particular

15:18:57 19 laborer or a particular company, that can cause a loss

15:19:01 20 in your business if it's not projected correctly, or i

15:19:01 21 it's not calculated into a bid; is that true?

15:19:04 22    A. That's true. But there could also be other

15:19:05 23 reasons why that cost may have gone up during the

15:19:09 24 project that were anticipating prior.

15:19:11 25    Q. Okay. And that could also be for various

56

15:19:13 1 reasons. It could be if you project to build a

15:19:15 2 building, let's just say, for example, will you agree

15:19:18 3 that if maybe the soil or something is not 100 percent

15:19:22 4 right and you have to go back and do certain things to

15:19:26 5 reinforce the structure, that could also increase the

15:19:27 6 cost that you're going to end up having to expend?

15:19:31 7    A. Unforeseen things, sure.

15:19:31 8    Q. Exactly. That doesn't necessarily -- I guess

15:19:33 9 what I'm trying to say is there is various factors that

15:19:37 10 can go into a project either making money or losing

15:19:39 11 money.

15:19:40 12    A. Sure.

15:19:40 13    Q. You can't control all of them all the time; is

15:19:43 14 that correct?

15:19:43 15    A. That's correct.

15:19:44 16    Q. And you basically, in a certain, way have to

15::9:46 17 hope for the best?

15:19:48 18    A. You're asking an accountant's point of view of

15:19:52 19 contracting. So I'm answering the best way I can.

15:19:54 20    Q. Yeah, exactly. But you'll agree with me that

15:19:55 21 when you're looking at somebody's tax return or you're

15:20:00 22 preparing somebody's tax return and you've got the

15:20:00 23 profit and loss statement, you're having to look at

15:20:02 24 significant figures or single figures for every single

15:20:05 25 thing?

Case 1:00-cv-00193   Document 20   Filed in TXSD on 09/28/2001   Page 33 of 49

57

15:20:06 1    A. Correct. But I don't ever have to ask why.
15:20:08 2    Q. But if all of a sudden you see in this
15:20:11 3    electrical -- let's just say start-up costs 1,700, and
15:20:15 4    another year you have start-up costs of 500, do you
15:20:19 5    know what the sole cause of that would be, or can you
15:20:22 6    sit here and tell me, "Oh, that's" --
15:20:23 7    A. Sometimes I can.
15:20:24 8    Q. -- "because so-and-so wasn't here"?
15:20:26 9    A. Yes.
15:20:26 10   Q. So if we have an increase in the electrical
15:20:29 11   cost from 2000 to 2001, can you tell me why?
15:20:33 12   A. Sometimes. And the reason I say sometimes is
15:20:34 13   because sometimes I will know what the original bid
15:20:38 14   was. I'll even have copies of what the specs were.
15:20:40 15   And if I see a significant overrun, sometimes in
15:20:43 16   communication with the contractor I'll know why.
15:20:45 17   Q. But you have to look at the project that's
15:20:47 18   being built?
15:20:49 19   A. Well, I don't have to physically look at it.
15:20:50 20   Q. Right. But if you know that one project is
15:20:55 21   only worth, say, $200,000, and you're building
15:20:55 22   something worth $1.6 million, you're going to have
         23   distinctions in the costs that are associated with each
15:20:59 24   one.
15:21:00 25   A. Right.

58

15:21:00 1    Q. And that's not necessarily going to cause you
15:21:02 2    to go, "Oh, my God, there is a huge loss" or "There is
15:21:05 3    a huge gain in these figures"; is that correct?
15:21:07 4    A. That's right.
15:21:07 5    Q. It's based on project?
15:21:09 6    A. (Moving head up and down)
15:21:09 7    Q. Is that right?
15:21:10 8    A. That's right.
15:21:11 9    Q. It's all right. Now, Mr. Escudero was, I
15:21:16 10   guess -- as a general contractor he would go out and
15:21:19 11   supervise these projects. Is that what your
15:21:21 12   understanding is?
15:21:22 13   A. Yes.
15:21:22 14   Q. And do you have any documentation that you can
15:21:24 15   show me that as a result of his inability to do that,
15:21:30 16   that the costs have gone up or that his losses?
15:21:35 17   A. Not with me today.
15:21:35 18   Q. Do you anticipate having anything?
15:21:37 19   A. I'm going to review that particular point and
15:21:40 20   see if there is anything to substantiate that.
15:21:43 21   Q. What would you be reviewing in trying to
15:21:46 22   substantiate that?
15:21:47 23   A. Well, No. 1 would be overruns due to delays.
15:21:52 24   And if those overruns were because of delays because of
15:21:58 25   mistakes by a supervisor or some other mishandling of

59

15:22:04 1    the project.
15:22:06 2         Secondly, I'll look at other costs
15:22:08 3    compared to the projects that he supervised and try to
15:22:15 4    document what costs might have gone up as a direct
15:22:23 5    result of his either supervising it or not supervising
15:22:26 6    it. That's going to require me having to dig into
15:22:31 7    whatever we can get from '98, '99, 2000.
15:22:35 8    Q. When you say "overruns due to delay," "mistakes
15:22:38 9    by supervisors," are you saying that there is some sor
15:22:40 10   of document that you can look at where it would show
15:22:44 11   that there was a mistake made by either a supervisor -
15:22:48 12   A. For example, if an electrician did something
15:22:52 13   incorrectly and he has to go back and he has to redo
15:22:55 14   it, and that profession argued, "Well, that's the way
15:22:57 15   the supervisor told me to do it. That's the way I
15:22:59 16   understood to do it," and he comes back and says, "No,
15:23:01 17   it's wrong. It's not meeting code," then he has to go back
15:23:04 18   and redo it, then it's an extra cost that may or may
15:23:08 19   not have been on the error of the supervisor.
15:23:11 20   Q. Would you have a document that says that,
15:23:13 21   though, or would that be just based on what
15:23:15 22   Mr. Escudero tells you?
15:23:16 23   A. Well, the document -- it depends on the error.
15:23:20 24   It could be the word of the electrician. It could be
15:23:24 25   an invoice that explains it. It could be anything. I

60

15:23:27 1    don't know.
15:23:27 2    Q. But you don't have any of that today?
15:23:29 3    A. No, I don't.
15:23:30 4    Q. When you also -- when we talk about overruns
15:23:33 5    due to delays, again, the delays could be because of
15:23:36 6    inclement weather?
15:23:40 7    A. Could be. It could be because of, again,
15:23:42 8    supervisor not calling subcontractors to be here, be
15:23:46 9    there, do this.
15:23:46 10   Q. Could it also be because materials aren't
15:23:50 11   delivered in a timely fashion or the unavailability of
15:23:53 12   certain materials?
15:23:54 13   A. Sure. There is probably 101 reasons.
15:23:56 14   Q. So when you go back in and you look at these
15:23:59 15   overruns that are due to delays, are you going to look
15:24:02 16   solely for mistakes made because of the fact that
15:24:05 17   Mr. Escudero was not present at the scene?
15:24:07 18   A. No, I don't try to be biased.
15:24:09 19   Q. Is Mr. Escudero present at all the projects 100
15:24:12 20   percent of the time?
15:24:14 21   A. No.
15:24:15 22   Q. He goes from -- whatever jobs he's having to
15:24:17 23   do, he goes and looks at them?
15:24:19 24   A. Correct.
15:24:20 25   Q. Do you know, to your knowledge, has he always

Case 1:00-cv-00193   Document 20   Filed in TXSD on 09/28/2001   Page 34 of 49

61

15:24:22  1    done that?  Or would you assume that he does that?
15:24:26  2         MR. BENTON:  If you know.
15:24:27  3         Q.  Yeah.
15:24:28  4         A.  I don't know.
15:24:28  5         Q.  Okay.  If Mr. Escudero has four projects going
15:24:33  6    on in one given year at the same time, physically it's
15:24:37  7    impossible for him to be at every single one all the
15:24:41  8    time; is that correct?
15:24:42  9         A.  That's correct.
15:24:42 10         Q.  Do you know if he's ever had to hire
15:24:44 11    supervisors in the past to assist him in supervising
15:24:48 12    some of the projects that he's done?
15:24:48 13         A.  In prior years, no, I don't know that.
15:24:50 14         Q.  Do you know what year Mr. Hector Trevino was
15:24:52 15    hired?
15:24:54 16         A.  No, I don't know.
15:24:54 17         Q.  Do you know what year Mr. Gutierrez, Eric
15:24:58 18    Gutierrez, was hired?
15:24:59 19         A.  No, I don't.
15:25:01 20         Q.  We don't have anything from 1999 or 1998,
15:25:06 21    right?
15:25:07 22         A.  Correct.
15:25:14 23         Q.  What else have you been asked to look at in
15:25:17 24    preparation for this trial or prepare?
15:25:28 25         A.  Primarily, 1998, 1999, try to do a comparison

62

15:25:34  1    of the cost to the cost of 2000.
15:25:38  2         Q.  How do you do that?  How do you go back in and
15:25:42  3    do a comparison?
15:25:44  4         A.  I usually use spreadsheets and use percentages
15:25:46  5    and try to compare this project to 15 percent cost,
15:25:52  6    electrical, this project 20 percent.  There is a 5
15:25:55  7    percent difference or variance and try to decide why.
15:25:58  8    And sometimes you don't always know why.
15:26:01  9         Q.  Does the cost of a project or maybe the cost of
15:26:04 10    subcontractors also depend on the location of a
15:26:07 11    building that's going up?
15:26:08 12         A.  Yes.
15:26:09 13         Q.  Would you expect that -- and you may not know
15:26:12 14    this.  If you're building out on South Padre Island, do
15:26:17 15    you know if there are certain requirements for the
15:26:20 16    structures that may be in addition to something that
15:26:26 17    you have generally here in Brownsville because of the
15:26:26 18    location?
15:26:26 19         A.  (Moving head up and down)
15:26:26 20         Q.  Is that "yes"?
15:26:26 21         A.  Yes.
15:26:26 22         Q.  So you could expect maybe some additional costs
15:26:30 23    on a project on South Padre Island that you would not
15:26:34 24    have somewhere else?
15:26:35 25         A.  That's possible, yes.

63

15:26:37  1         Q.  Where is Las Arenas located?  Do you know?
15:26:41  2         A.  At South Padre Island.
15:26:43  3         Q.  Also?
15:26:44  4         A.  Uh-huh.
15:26:44  5         Q.  So would South Padre Island, the Las Arenas
15:26:48  6    project, be a good comparison for the Quality Inn?
15:26:51  7         A.  It might be, yes.
15:26:54  8         Q.  What else will you look at as far as comparing
15:26:58  9    1998, '99, and 2000?
15:27:05 10         A.  Specifically, it depends on what I find.  I
15:27:09 11    can't say specifically what yet, but I'm going to look
15:27:12 12    at supervision.  I'll look at cost in the
15:27:14 13    subcontractors.  I'm primarily looking at the cost of
15:27:18 14    goods sold.
15:27:33 15         Q.  On the profit and loss statement that you
15:27:33 16    prepared for January through June of 2001, I notice
15:27:37 17    that you have partner 1 equity and partner 2 equity.
15:27:43 18    Can you explain what that means to the jury?
15:27:46 19         A.  He is the only owner, sole owner.  That's just
15:27:52 20    the way it was set up originally was in the case that
15:27:54 21    there would be a partnership.  There is no other
15:27:56 22    partner.
15:27:57 23         Q.  Mr. Escudero's father is no longer part --
15:28:00 24    physically, I guess, part of the company?
15:28:02 25         A.  Correct.

64

15:28:05  1         Q.  What is A-D-R-F-T stand for?
15:28:12  2         A.  Auto draft.
15:28:12  3         Q.  Is it typical in the business of, say,
15:28:15  4    construction, like E&E and Paisano, to have significant
15:28:19  5    overdrafts and then when the money comes in from a
15:28:22  6    project or a draw comes in from a project, it gets
15:28:25  7    covered?  Is that generally the way they operate?
15:28:29  8              Because I was noticing in going through
15:28:30  9    the 2000 and 2001 that at some points in times it seems
15:28:35 10    like -- and maybe I'm wrong.  And I don't know if this
15:28:37 11    is the way it reads, but here if you look on 4/10/2001,
15:28:42 12    if you look at the balance, we're at negative 121,167.
15:28:46 13         A.  It depends on what account you're looking at.
15:28:49 14         Q.  Okay.  Is this a combination of accounts?
15:28:51 15         A.  For example, if -- yeah, a general ledger
15:28:52 16    includes all accounts.  So if it's a negative balance,
15:28:54 17    it may be a liability, which is really a positive
15:28:58 18    number.
15:28:58 19         Q.  Okay.  And do you have this -- do you have 2001
15:29:01 20    broken down by account right now?
15:29:02 21         A.  Correct.
15:29:10 22         Q.  What is Mercedes Builders?  Is that a
15:29:13 23    subcontractor?
15:29:14 24         A.  A supplier, I believe.
15:29:16 25         Q.  Okay.  You talked a little bit about a loan

| | |
|---|---|
| **65** | **67** |

**65**

15:29:25 1 that Mr. Escudero had gotten. Was that in the year
15:29:25 2 2000 or 2001?
15:29:27 3    A. 2000. It wasn't 2001. Sometime in 2000.
15:29:32 4    Q. Do you know the amount of that loan that he
15:29:33 5 obtained?
15:29:35 6    A. He told me it was roughly 100,000, and it was a
15:29:37 7 personal loan.
15:29:38 8    Q. A loan personally to him, not to the company?
15:29:41 9    A. It was used in the company. It was for use in
15:29:44 10 the company.
15:29:45 11    Q. Okay. Do you know if the loan was taken out in
15:29:48 12 the name of E&E or under Jose Escudero?
15:29:51 13    A. It was a relative that gave him the money.
15:29:53 14    Q. It was not done through the bank?
15:29:55 15    A. No.
15:29:58 16    Q. Do you know if that money is being paid back,
15:30:00 17 or is that being reflected in this document?
15:30:03 18    A. No.
15:30:07 19    Q. Do you know if the person that gave him the
15:30:09 20 100,000 is participating in the corporation in any way
15:30:13 21 or receiving any types of money?
15:30:17 22    A. I have no knowledge that he is, no.
15:30:18 23    Q. Do you know if that money is going to be
15:30:20 24 required to be paid back?
15:30:21 25    A. I don't know.

**66**

15:30:23 1    Q. Do you have any documents that show that loan?
15:30:24 2    A. No.
15:30:31 3    Q. Do you know if Mr. Escudero took out any other
15:30:32 4 type of loans in either '99, 2000, or 2001?
15:30:38 5    A. No, I don't know.
15:30:46 6    Q. And I know I've asked you this. What do you
15:30:49 7 anticipate 2001 being, a break even?
15:30:53 8    A. Yes.
15:30:55 9    Q. Because of Las Arenas?
15:30:57 10    A. Correct.
15:30:57 11    Q. Which began in 1999?
15:30:59 12    A. Correct.
15:31:01 13    Q. And you said that one began in April of 1999?
15:31:04 14    A. Correct.
15:31:05 15    Q. Prior to Mr. Escudero being injured?
15:31:07 16    A. Yes.
15:31:07 17    Q. And that was a major project?
15:31:09 18    A. Correct.
15:31:09 19    Q. On the Quality Inn, do you know what the time
15:31:11 20 line is for completion on that project?
15:31:16 21    A. He told me the end of this year.
15:31:16 22    Q. So roughly about how long does it take to
15:31:20 23 complete that project?
15:31:21 24    A. 10 or 11 months.
15:31:24 25    MR. BENTON: If you know.

**67**

15:31:28 1    A. That's just --
15:31:29 2    Q. If you want to correct that, that's all right.
15:31:31 3    MR. BENTON: Just be careful.
15:31:33 4    A. I'm just going by what he told me.
15:31:35 5    MR. BENTON: Okay. If you remember well.
15:31:36 6 You might want to say, "He told me."
15:31:39 7    Q. And that's fine if you want to say --
15:31:40 8    A. Well, I think I did earlier when you asked me
15:31:44 9 that question.
15:31:45 10    MR. BENTON: You're doing fine. I'm not
15:31:48 11 trying to pick at you.
15:31:51 12    Q. What else have you been asked to do in regards
15:31:53 13 to Mr. Escudero?
15:31:54 14    A. His tax returns, which it's going to take me a
15:32:00 15 long time to go through 2000.
15:32:00 16    Q. Did they --
15:32:02 17    A. Primarily the reason we haven't done much on it
15:32:05 18 yet is because he's asked me to put together the Las
15:32:09 19 Arenas job. And I've had to literally go through every
15:32:12 20 single invoice and bills still due, and that's taken
15:32:16 21 the last four or five months to do.
15:32:18 22    Q. Now, you have to have the 2000 return by
15:32:20 23 October, though; is that correct?
15:32:20 24    A. October 15th, correct.
15:32:21 25    Q. I mean, no ifs, ands, or buts. There is no

**68**

15:32:21 1 more extensions after that, or is there?
15:32:23 2    A. Well, it can be late.
15:32:24 3    Q. Yeah.
15:32:26 4    A. And if there is a loss, there is no penalty.
15:32:28 5 But, yes, our deadline is October.
15:32:31 6    Q. For determining, I guess, whether there is a
15:32:33 7 payment so you don't incur a penalty or anything; is
15:32:33 8 that correct?
15:32:34 9    A. Correct.
15:32:35 10    Q. Do you anticipate having it done by October
15:32:38 11 15th?
15:32:38 12    A. Yes, knock on wood.
15:32:44 13    Q. But the 2000 personal return has been done?
15:32:48 14    A. Correct.
15:32:49 15    Q. How --
15:32:50 16    A. Now, the reason I say the 2000 can be done by
15:32:52 17 October 15th is because my purpose is not to audit.
15:32:56 18 You know, I can do what I can do. But I'm certainly
15:32:59 19 not going to go through every single transaction and
15:33:02 20 try to correct every transaction and pull every
15:33:05 21 transaction. That's why with the year 2001 we're
15:33:08 22 trying to do everything correct.
15:33:08 23    Q. So you can start --
15:33:10 24    A. So I can support what the numbers are.
15:33:12 25    Q. Okay. Are you going to be issuing -- you are

Case 1:00-cv-00193   Document 20   Filed in TXSD on 09/28/2001   Page 36 of 49

69

```
15:33:15  1   going to be issuing 1099s this year?
15:33:19  2       A.  Yes, we're right now attempting to get the
15:33:21  3   information.
15:33:21  4       Q.  So you can do so?
15:33:23  5       A.  Correct.
15:33:23  6       Q.  And based on Mr. Escudero's salary, you just
15:33:27  7   did that by going through the checks that were paid out
15:33:30  8   to him?
15:33:30  9       A.  Yes.
15:33:31 10       Q.  Just looking through the year 2000?
15:33:33 11       A.  Actually, this year we've got him and Eric on
15:33:41 12   payroll.  So we're actually doing deductions and
15:33:45 13   doing --
15:33:46 14       Q.  Is Eric --
15:33:47 15       A.  That's payroll -- I'm sorry, not Eric.
15:33:50 16       Q.  Hector Trevino, because Eric was a previous --
15:33:53 17           MR. BENTON:  Reymundo.
15:33:55 18       A.  Reymundo, I'm sorry.
15:33:56 19           MS. GALO:  And I don't mind you all doing
15:33:57 20   that.
15:33:58 21           MR. BENTON:  Obviously, it's not critical.
         22   You need to know the names.  We're just trying to
15:34:01 23   supply it.  By the way, Las Arenas started in 2000.
15:34:05 24           THE WITNESS:  2000?
15:34:07 25           MR. BENTON:  February of 2000.  You might
```

70

```
15:34:10  1   want to know that.
15:34:10  2           MS. GALO:  Yeah, it makes a difference.
15:34:12  3       Q.  He probably got everything -- he started
15:34:13  4   working on it, I'm assuming, in 1999 to get the project
15:34:18  5   rolling for 2000.  If you're going to start a project,
15:34:19  6   I guess it takes some prep work and bidding.
15:34:23  7       A.  It was 2000, yes.
15:34:23  8       Q.  Okay.  So Reymundo Medina, is that his name,
15:34:30  9   that's currently on the payroll?
15:34:30 10       A.  Yes, we just started that a month ago.
15:34:31 11       Q.  Okay.  And Jose Escudero, they're the only two
15:34:33 12   people on the payroll?
15:34:34 13       A.  That's correct.
15:34:35 14       Q.  Everybody else is an independent contractor.
15:34:37 15       A.  Yes.  And that's probably because I'm
15:34:42 16   encouraging them to set themselves up as employees.
15:34:44 17       Q.  How much is Reymundo earning?
15:34:47 18       A.  I'm going by memory.  I don't remember.
15:34:50 19       Q.  Is it more or less what Eric was earning or
15:34:52 20   less?
15:34:54 21       A.  More or less.
15:34:55 22       Q.  What is Reymundo's position there, do you know?
15:35:00 23   Is it a management position, or more of a --
15:35:02 24       A.  I'm not sure.
15:35:08 25       Q.  And what do you have Jose Escudero receiving,
```

71

```
15:35:11  1   about?  What we talked about where it breaks down to
15:35:14  2   about 36 a year?
15:35:16  3       A.  Yes.
15:35:16  4       Q.  And it's just once a month a draw?
15:35:18  5       A.  No, it's every other week.
15:35:20  6       Q.  Every other week.  How did you all choose the
15:35:22  7   figure 36,000?
15:35:26  8       A.  That was his choice.
15:35:28  9       Q.  And, of course, since he's the owner of the
15:35:31 10   company, he can choose what he want to choose?
15:35:37 11       A.  Correct.
15:35:40 12       Q.  Let's go off the record real quick.  Let me
15:35:42 13   look at some stuff.
         14           (Brief recess)
15:45:51 15       Q.  If you had to right now, based on what you have
15:45:56 16   in front of you, state what year was the best one
15:46:00 17   either for Paisano and/or E&E, just because it became a
15:46:06 18   corporation?  What year would you say, based on what we
15:46:03 19   have in front of us, was the most profitable at this
15:46:12 20   point?  And if you need to look at something, please
15:46:15 21   feel free to.
15:46:16 22       A.  Looked like 1999 was.
15:46:18 23       Q.  And what do you base that on?
15:46:19 24       A.  That the tax return shows there was a profit.
15:46:24 25       Q.  Of 595?
```

72

```
15:46:26  1       A.  Correct.
15:46:26  2       Q.  And 2000 we don't have the benefit of really
15:46:32  3   looking at right now because we don't have it in front
15:46:33  4   of us.  But it could also show a $500 profit or a zero
15:46:37  5   profit?
15:46:38  6       A.  Correct.
15:46:39  7       Q.  You can't tell me that 2000 was worse at this
          8   point?
          9       A.  No.
15:46:39 10       Q.  We can only -- really, I guess, in all
15:46:41 11   fairness, you can only compare 1998 to 1999?
15:46:45 12       A.  Right.
15:46:45 13       Q.  Other than what you produced in -- to Esquire
15:46:50 14   Court Reporting Service, do you have any other
15:46:52 15   documents that were requested in this notice with you?
15:46:55 16       A.  No.
15:46:56 17       Q.  Do you have any other type of --
15:46:58 18       A.  I produced only what I could.
15:47:00 19       Q.  Okay.  Have you created any other type of
15:47:03 20   financial statements or anything for Mr. Escudero for
15:47:06 21   presentation to the bank for loans or for --
15:47:08 22       A.  No.
15:47:09 23       Q.  -- business purposes?  Have you ever been asked
15:47:12 24   to?
15:47:12 25       A.  No.
```

Case 1:00-cv-00193   Document 20   Filed in TXSD on 09/28/2001   Page 37 of 49

73

15:47:13  1      Q. Do you anticipate preparing any type of
15:47:15  2  financial statements?
15:47:16  3      A. If asked.
15:47:18  4      Q. Have you seen -- when Mr. Escudero hires a
15:47:32  5  subcontractor, do they just bill him, do you know, on a
15:47:32  6  regular monthly, weekly -- or how do they do that?
15:47:35  7      A. With most contractors it's usually they want a
15:47:38  8  draw by the end of the week.  Usually weekly.
15:47:40  9      Q. Like every Friday or something?
15:47:42 10      A. Correct.
15:47:43 11      Q. And does he have set up a line of credit or
15:47:46 12  something to be able to use that, as far as you know?
15:47:48 13      A. Not to my knowledge.
15:47:51 14      Q. Just bases it on his bank account, just draws
15:47:54 15  it out?
15:47:54 16      A. Correct.
15:47:59 17      Q. The only current employees are himself and
15:48:02 18  Reymundo; is that correct?
15:48:04 19      A. Correct.
15:48:09 20      Q. How many subcontractors is he currently using
15:48:12 21  at this point in time?  Do you have any idea?
15:48:16 22      A. No.  You want me to guess?
15:48:18 23      Q. No, I don't want you to guess.  If you can
15:48:19 24  estimate, that's fine.  If you can say, more than ten,
15:48:22 25  less than 20, that's okay, but I'm not going to hold

74

15:48:24  1  you to an exact figure because you probably have to
15:48:27  2  look at some documents to do that; is that correct?
         3      A. Yes.
15:48:34  4      Q. Do you have any sort of document that shows how
15:48:37  5  many subcontractors are used on a particular project at
15:48:40  6  any given time?
15:48:41  7      A. No.
15:48:41  8      Q. Do you have any type of document that shows how
15:48:44  9  many subcontractors were used in any given year and how
15:48:47 10  they were divided between the projects?
15:48:50 11      A. No.  Something like that could be produced.
15:48:53 12      Q. Okay.
15:48:54 13      A. But I don't --
15:48:55 14      Q. Have you been asked to do anything like that?
15:48:57 15      A. No.
15:48:59 16      Q. Does part of a company's profitability -- is it
15:49:01 17  also based on the management of the actual company
15:49:05 18  itself and how it's set up and how it's run?
15:49:07 19      A. Sure.
15:49:07 20      Q. Is Mr. Escudero an S corporation or is he just
15:49:10 21  a plain --
15:49:10 22      A. He's a C corporation.
15:49:12 23      Q. C corporation.  Which he should be, I guess.
15:49:21 24  Did you assist in preparation of the documents for the
15:49:24 25  corporation?

75

15:49:25  1      A. No.
15:49:25  2      Q. Do you know who did?
15:49:27  3      A. No.
15:49:31  4      Q. Do you know at whose suggestion he became a
15:49:33  5  corporation?
15:49:34  6      A. No.
15:49:37  7      Q. That was done through -- I guess during the
15:49:39  8  time that Mr. Cabrera was with him?
15:49:42  9      A. According to this document here, the date
15:49:44 10  incorporated was January 1st of '99.
15:49:48 11      Q. And you were not with him at that time?
15:49:50 12      A. No.
15:49:50 13      Q. Do you know how Mr. Escudero came to retain y:
15:49:53 14  as his accountant?
15:49:55 15      A. Yes, I do some work for a truss plant in Los
15:50:00 16  Fresnos, and an individual there knew Jose, and that's
15:50:04 17  how we met.
15:50:07 18      Q. Do you know who the officers of the corporation
15:50:09 19  are?
15:50:15 20      A. Just himself, as far as I know.  He's the sole
15:50:17 21  shareholder.
15:50:21 22      Q. Is the field supervisor, would that be -- on
15:50:24 23  this Vendor QuickReport you have listed as a memo fie?.
15:50:29 24  supervisor, would that be a superintend -- that would
15:50:30 25  be Eric Gutierrez?  That's what he was called

76

15:50:34  1  sometimes?
15:50:34  2      A. Yes.
15:50:35  3      Q. Do you know when Eric left employment with E&E?
15:50:39  4      A. No.
15:50:48  5      Q. You did a profit and loss by job for Las
15:50:51  6  Arenas.  Have you done that for any other job that he's
15:50:53  7  working on?
15:50:54  8      A. I'm beginning to complete one for Quality Inn.
15:50:58  9      Q. But you don't have any others?
15:51:00 10      A. No.
15:51:01 11      Q. When do you expect the one to Quality Inn to be
15:51:03 12  done?
15:51:04 13      A. It's up to date.  So it will be done when the
15:51:07 14  project is done.
15:51:09 15      Q. When the project is completed?  And I think I
15:51:12 16  may have asked you this before.  Do you anticipate
15:51:15 17  Mr. Escudero making a profit on that particular
15:51:18 18  project?
15:51:18 19      A. I believe so.
15:51:19 20      Q. Do you know -- can you estimate -- and we're
15:51:22 21  not going to hold you to anything -- what that profit
15:51:24 22  would be?  Because it can change.
15:51:27 23      A. No, I can't.
15:51:35 24      Q. Do you have any other documents or information
15:51:38 25  that Mr. Escudero has provided you with regards to the

**77**

15:51:40  1  corporation or any of its losses?  Have you seen any of
15:51:44  2  the contracts where -- that he's entered into recently?
15:51:49  3      A.  Just the one at Quality Inn.
15:51:51  4      Q.  That's the only one that you've reviewed?
15:51:53  5      A.  Correct.
15:51:53  6      Q.  You haven't seen any of the ones from the
15:51:57  7  Bahnman Realty or the Vargas Clinic?
15:51:59  8      A.  No, I haven't.
15:52:12  9      Q.  Other than the items that we've talked about
15:52:13 10  that they've asked you to prepare, have you been asked
15:52:16 11  to do any other types of financial documents, records,
15:52:19 12  or any other type of comparison other than what you and
15:52:22 13  I have discussed?
15:52:23 14      A.  The only thing I'm doing is collecting his
15:52:25 15  invoices each week, and we're trying to create a
15:52:28 16  payables list and what's due and when, age it.
15:52:34 17      Q.  So it's an accounts payable.  Are you also
15:52:37 18  doing accounts receivables for him, maintain a list for
15:52:42 19  his accounts receivables?
15:52:43 20      A.  No.
15:52:43 21      Q.  Just accounts payable?
15:52:43 22      A.  Correct.
15:52:44 23      Q.  Do you know what those are as of this date?
15:52:46 24      A.  Yeah, I have a list here.
15:52:48 25      Q.  What did you use to create that, just invoices

**78**

15:52:50  1  that he presented to you?
15:52:52  2      A.  Yes.
15:52:52  3      Q.  And is that for the year 2000 or 2001?
15:52:57  4      A.  2001.  Some of them are old.
15:52:57  5      Q.  Items that maybe he hasn't paid that have been
15:53:00  6  due on various projects?
15:53:02  7      A.  Correct.
15:53:03  8      Q.  When did you prepare that?
15:53:07  9      A.  We began this a couple of months ago, and I've
15:53:09 10  been doing them on a weekly basis.
15:53:12 11      Q.  How much are the unpaid bills as of today?
15:53:14 12      A.  Approximately 250,000.
15:53:16 13      Q.  And those are divided amongst what types of
15:53:20 14  projects?  Are they broken down by projects or just by
15:53:22 15  vendor?
15:53:23 16      A.  They are.  They're broken by vendor and by
15:53:26 17  project.
15:53:26 18      Q.  Okay.  How much of that is attributable to Las
15:53:31 19  Arenas?
15:53:36 20      A.  If you asked my opinion, I'd almost say all of
15:53:39 21  it because of not being able to collect on that job
15:53:42 22  which has caused him to get behind on his bills.
15:53:45 23      Q.  So the fact that he hasn't been able to collect
15:53:48 24  on a job that he's owed money on, he's had to, in turn,
15:53:51 25  be late on other projects?

**79**

15:53:54  1      A.  Correct.
15:53:54  2      Q.  Has that hurt him in any way?  Not being able
15:53:56  3  to pay some of these people, has it prevented these
15:53:57  4  people from working for him as subcontractors?  Do y:
15:54:01  5  know?
15:54:01  6      A.  I don't know if it's prevented them from
15:54:02  7  working for him.  I don't know that.
15:54:03  8      Q.  Is it common in the construction industry, if
15:54:05  9  you've done work for them in the past -- I don't know
15:54:08 10  if you have or not -- for unpaid bills -- or people :
15:54:12 11  to pay right on time that they're supposed to, like,
15:54:16 12  say, Las Arenas not give him the money that he's
15:54:19 13  rightfully owed?
15:54:22 14      A.  You're talking about a general contractor
15:54:24 15  paying another contractor?
15:56:26 16      Q.  No, I'm talking about like the project owner of
15:54:28 17  Las Arenas not paying their general contractor, which
15:54:31 18  would be Mr. Escudero.  I mean, does that happen?
15:54:35 19          MR. BENTON:  He wasn't the general.
15:54:37 20  Peacock Construction was the general.
15:54:38 21      Q.  So do you know who would be responsible for
15:54:41 22  paying Mr. Escudero's remaining portion of that Las
15:54:43 23  Arenas?
15:54:43 24      A.  Mr. Peacock.
15:54:44 25      Q.  Do you know why he has not paid?

**80**

15:54:46  1      A.  Because there are disputes over various things
15:54:49  2  on the project.
15:54:49  3      Q.  Are those disputes being -- trying to be worked
15:54:53  4  out at this time?
15:54:53  5      A.  Yes.
15:54:54  6      Q.  Do you know what those disputes center around,
15:54:57  7  or what types of disputes they are?
.54:59  8      A.  I don't know the details.  I know that there is
15:55:00  9  a lot of retainage that's due him that was held back.
15:55:04 10  But why it's not being paid, I don't know.
15:55:06 11      Q.  You don't know.  You're not involved in that
15:55:07 12  aspect of it?
15:55:08 13      A.  No.
15:55:08 14      Q.  And you would say that the majority of this --
15:55:10 15  what is that entitled?
15:55:12 16      A.  This is actually an unpaid bills list by
15:55:14 17  vendor.
15:55:15 18      Q.  By vendor?
15:55:16 19      A.  Yes, I don't have the one with me by project.
15:55:19 20      Q.  Okay.  How would you know -- like, say,
15:55:21 21  Peacock, who is a general contractor, how would you
15:55:24 22  know how much money is owed to Mr. Escudero by Peacock?
15:55:28 23      A.  More or less based on the detail to this --
15:55:34 24      Q.  On the profit and loss by job?
15:55:36 25      A.  Correct.  By everything that was paid on that

81

15:55:40  1    job.

15:55:42  2         Q.  So, basically, would it be around the range

15:55:45  3    that's owed to him, approximately about 288, really

15:55:48  4    what's --

15:55:49  5         A.  Yes.  By his -- by his books.

15:55:52  6         Q.  Right.  Okay.  But you don't know the reason

15:55:55  7    for the withholding?

15:55:58  8         A.  No.

15:56:03  9         Q.  On that job, Las Arenas, which you're

15:56:05 10    anticipating it being a loss -- am I right or wrong?

15:56:10 11         A.  I'm making that assumption based on the dispute

15:56:12 12    going on, things I've heard that --

15:56:17 13         Q.  It's going to go on for a little while?

15:56:20 14         A.  Yeah, and there is going to be some

15:56:21 15    negotiation.

15:56:21 16         Q.  Okay.  Can you say that that's directly -- as

15:56:23 17    we sit here today, based on what you've seen, can you

15:56:26 18    say that's directly related to the fact that

15:56:29 19    Mr. Escudero was not present at that particular

15:56:31 20    project?

15:56:32 21         A.  I can't say one way or the other.

15:56:33 22              MS. GALO:  Okay.  I think until we get

15:56:39 23    more information that he has an opportunity to review

15:56:42 24    or we talk to Mr. Cabrera, because I feel it's unfair

15:56:46 25    for me to be asking this witness about things that he

82

15:56:49  1    really --

15:56:51  2              MR. BENTON:  He just shouldn't answer.

15:56:53  3              MS. GALO:  Yeah, because he doesn't have

15:56:54  4    knowledge, and I don't think it's fair, and I don't

15:56:56  5    want to try to mislead anybody, that I think maybe we

15:56:58  6    need to discuss the fact that --

15:56:59  7              MR. BENTON:  Just have Tom call me.  We

15:57:02  8    know what the issues are.

15:57:02  9              MS. GALO:  Okay  I'm going to just --

15:57:02 10    we'll just go ahead and let you go today just because

15:57:05 11    it's not fair to you and I feel bad.

15:57:09 12              MR BENTON  Okay.  I'll reserve any

15:57:11 13    questions I have until trial

         14              (Deposition concluded)

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

83

     1         ERRATA SHEET/SIGNATURE PAGE

     2    PAGE LINE  CHANGE                          REASON

     3    _____

     4    _____

     5    _____

     6    _____

     7    _____

     8    _____

     9    _____

    10    _____

    11    _____

    12    _____

    13    _____

    14         I, BOB PEASTER, have read the foregoing transcript

    15    and hereby affix my signature that same is true and
          correct, except as noted above.

    16

    17              _____
                            BOB PEASTER

    18    THE STATE OF TEXAS

    19    COUNTY OF _____

    20         SUBSCRIBED AND SWORN TO BEFORE ME, the

    21    undersigned authority on this the _____ day of

    22    _____, 2001.

    23

    24              _____
                    Notary Public in and for

    25              The State of Texas

84

     1         IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS

     2                  BROWNSVILLE DIVISION

     3    JOSE ESCUDERO, JR.,        ) (
              Plaintiff            ) (

     4                             ) (
          VS.                      ) (  CIVIL ACTION NO. B-00-193

     5                             ) (
          BAUER CORPORATION D/B/A   ) (

     6    BAUER LADDER CORPORATION, ) (
              Defendant            ) (

     7

     8              REPORTER'S CERTIFICATE

     9         I, CORINNA N. GARCIA, Certified Court

    10    Reporter, certify that the witness, BOB PEASTER, was

    11    duly sworn by me, and that the deposition is a true and

    12    correct record of the testimony given by the witness on

    13    AUGUST 30, 2001; that the deposition was reported by me

    14    in stenograph and was subsequently transcribed under my

    15    supervision.

    16         I FURTHER CERTIFY that I am not a

    17    relative, employee, attorney or counsel of any of the

    18    parties, nor a relative or employee of such attorney or

    19    counsel, nor am I financially interested in the action.

    20         WITNESS MY HAND on this the _____ day of

    21    _____, 2001.

    22

    23         _____
              CORINNA N. GARCIA, CSR NO. 5210

    24         Expiration Date: 12/31/01
              Bryant & Stingley, Inc.

    25         2010 East Harrison
              Harlingen, Texas 78550

## $

**$1,463,377.25**
[1] 46:2
**$1.6**
[1] 57:22
**$15,000**
[2] 32:12 43:19
**$200,000**
[1] 57:21
**$24,000**
[1] 31:7
**$24,352**
[1] 33:20
**$452,000**
[1] 49:10
**$463,000**
[1] 44:21
**$500**
[1] 72:4
**$595**
[4] 10:12 12:2 12:20 38:14

## '

**'81**
[1] 4:24
**'98**
[7] 6:13 8:21 10:16 13:4 17:19 19:23 59:7
**'99**
[16] 6:13 8:21 8:24 8:25 9:11 19:23 20:1 25:6 42:5 42:10 54:18 59:7 63:9 66:4 75:10

## 1

**1**
[7] 3:11 6:2 6:6 25:12 25:16 58:23 63:17
**1,000**
[1] 35:9
**1,016.49**
[1] 35:11
**1,017,000**
[1] 25:14
**1,300,000**
[1] 26:4
**1,500**
[1] 35:9
**1,679.31**
[1] 35:11
**1,700**
[1] 57:3
**1.1**
[6] 10:3 10:9 14:4 26:19 43:5 54:20
**1.17**
[1] 21:7
**1.4**
[5] 20:24 21:1 21:5 21:8 29:15
**1.5**
[1] 29:15
**1.6**
[5] 28:13 48:9 48:15 50:3 51:2
**1.74**
[2] 20:24 21:6
**1/14/00**
[1] 43:18
**10**
[1] 66:24
**100**
[2] 56:3 60:19
**100,000**
[2] 65:6 65:20
**101**
[1] 60:13
**1099**
[1] 35:24
**1099s**
[1] 4:19
**11**
[1] 66:24
**12,000**

[1] 38:1
**12,400**
[1] 37:25
**12/31/01**
[1] 84:24
**121,167**
[1] 64:12
**13**
[1] 17:6 17:20 29:17
**14-condominium**
[1] 29:17
**15**
[1] 62:5
**15th**
[4] 7:18 67:24 68:11 68:17
**17**
[2] 11:19 13:13
**17,000**
[1] 11:2 13:6
**1981**
[1] 4:10
**1998**
[21] 3:15 3:17 10:5 10:13 10:19 10:25 11:11 13:19 15:7 16:5 37:10 37:18 38:4 38:22 41:10 53:6 53:24 61:20 61:25 63:9 72:11
**1999**
[47] 3:12 9:23 12:1 12:8 13:16 14:3 14:25 16:24 17:4 17:8 17:16 19:21 19:22 20:2 22:20 23:13 23:25 24:7 26:9 27:3 27:6 29:10 30:6 37:10 38:14 39:19 40:15 40:21 41:3 41:10 41:15 42:6 44:15 44:18 47:16 52:22 52:23 54:12 54:20 61:20 66:11 66:13 70:4 71:22 72:11
**1st**
[1] 75:10

## 2

**2**
[6] 3:3 3:12 24:12 25:11 54:23 63:17
**2,800,000**
[1] 23:20
**2.7**
[1] 14:24
**2.8**
[4] 14:24 15:4 15:11 38:20
**20**
[2] 62:6 73:25
**20,000**
[1] 45:22
**200**
[1] 35:11
**2000**
[72] 5:2 6:13 6:15 7:1 7:13 7:14 8:21 8:22 9:11 14:21 14:22 15:11 15:23 16:12 16:13 17:22 18:8 18:23 18:24 19:18 22:21 23:13 23:15 23:23 24:7 25:3 26:9 26:27 27:3 28:2 30:6 33:1 33:11 38:17 40:4 41:2 41:4 41:20 41:21 42:12 44:18 44:19 44:20 51:23 51:24 52:3 52:5 52:21 53:8 54:23 57:11 59:7 62:1 63:9 64:9 65:2 6:3 65:3 66:4 67:15 67:22 68:1 63:16 69:10 69:23 69:24 69:25 70:5 70:7 72:2 72:7 78:3
**2000/2001**
[1] 6:22
**2001**
[38] 1:9 1:14 6:14 6:15 7:1 7:11 9:11 18:21 23:13 27:11 31:20 32:4 32:23 40:13 41:24 44:15 44:14 54:3 54:5 57:11 63:16 64:9 64:9 64:19 65:2 65:3 66:4 66:7 68:21 78:3 78:4 83:22 84:13 84:21
**2010**
[1] 84:25
**210**
[1] 2:9
**24**
[3] 3:12 37:8
**24,000**

[1] 37:7
**250**
[1] 50:14
**250,000**
[1] 78:12
**284**
[2] 1:17 2:4
**288**
[1] 81:3

## 3

**3**
[5] 3:13 11:19 13:13 34:5 51:15
**3,600**
[1] 53:9
**30**
[3] 1:9 1:14 84:13
**30,000**
[1] 14:17
**30,000s**
[1] 12:6
**300**
[1] 50:13
**300,000**
[3] 49:6 49:12 50:14
**32,400**
[4] 16:3 52:1 52:5 52:21
**324,000**
[2] 18:15 26:5
**33**
[1] 13:11
**34**
[1] 3:14
**349-0511**
[1] 2:9
**36**
[2] 51:17 71:2
**36,000**
[3] 51:16 52:19 71:7
**38**
[1] 3:15

## 4

**4**
[3] 3:5 3:15 38:8
**4,000**
[1] 51:15
**4/10/2001**
[1] 64:11
**44**
[1] 3:16
**452,000**
[1] 40:16
**476,000**
[1] 28:20
**479.82**
[1] 35:1

## 5

**5**
[4] 3:16 44:8 44:8 62:6
**5,205**
[1] 37:21
**50**
[1] 11:6
**500**
[1] 57:4
**52**
[1] 3:17
**5210**
[2] 1:16 84:23
**546-9900**
[1] 2:5
**595**
[3] 10:12 14:10 71:25

## 6

**6**
[3] 3:11 3:17 52:11
**645**
[1] 2:8

## 7

**78216**
[1] 2:8
**78520**
[1] 2:8
**78550**
[1] 84:25

## 8

**83**
[1] 3:6
**84**
[1] 3:7

## 9

**94,860**
[1] 14:7
**956**
[1] 2:5

## A

**A-D-R-F-T**
[1] 64:1
**Able**
[5] 46:12 73:12 78:21 78:23 7[
**According**
[1] 75:9
**Account**
[4] 42:19 64:13 64:20 73:14
**Accountant**
[5] 4:8 4:9 37:24 39:8 75:14
**Accountant's**
[1] 56:18
**Accounting**
[1] 4:19
**Accounts**
[6] 64:14 64:16 77:17 77:18 77:19 77:22
**Accruable**
[1] 28:17
**Accurate**
[2] 28:20 40:16
**Accurately**
[2] 32:17 32:17
**Action**
[3] 1:4 84:4 84:19
**Actual**
[1] 74:17
**Add**
[6] 16:9 26:5 41:25 44:13 45:4 54:17
**Addition**
[1] 62:16
**Additional**
[2] 28:24 62:22
**Adjustments**
[1] 31:22
**Affect**
[1] 40:10
**Affix**
[1] 83:14
**Afterwards**
[1] 24:19
**Age**
[1] 77:16
**Ago**
[5] 8:5 12:14 44:7 70:10 78:9
**Agree**
[5] 34:9 41:10 42:13 56:2 56:20
**Ahead**
[1] 82:10
**Almost**
[3] 26:3 29:6 78:20
**Amount**
[9] 23:15 27:1 27:11 32:7 34:1[ 39:18 48:24 55:18 65:4
**Ands**
[1] 67:25
**Answer**
[1] 82:2
**Answering**
[1] 82:1

Case 1:00-cv-00193   Document 20   Filed in TXSD on 09/28/2001   Page 41 of 49

[1] 56:19
**Anticipate**
[9] 23:6 29:2 46:8 52:18 58:18
66:7 68:10 73:1 76:16
**Anticipated**
[3] 53:8 53:16 54:8
**Anticipating**
[3] 40:4 55:24 81:10
**Antonio**
[1] 2:8
**Appearances**
[2] 2:1 3:3
**Approximates**
[1] 15:5
**April**
[4] 42:9 42:9 42:10 66:13
**Arenas**
[32] 3:16 9:7 9:8 19:25 20:3 22:
21 26:12 27:22 29:8 33:16 42:2
43:5 43:24 44:3 46:5 46:8 47:22
49:25 50:8 54:7 54:18 63:1 63:5
66:9 67:19 69:23 76:6 78:19 79:
12 79:17 79:23 81:9
**Argued**
[1] 59:14
**Arkansas**
[1] 4:22
**Arose**
[1] 30:14
**Aspect**
[2] 45:17 80:12
**Assertion**
[1] 31:7
**Assist**
[3] 46:22 61:11 74:24
**Associated**
[2] 27:1 57:23
**Assume**
[4] 25:17 32:11 44:23 61:1
**Assuming**
[3] 4:18 34:3 70:4
**Assumption**
[2] 12:13 81:11
**Attached**
[2] 3:8 52:12
**Attempting**
[1] 69:2
**Attorney**
[6] 1:17 2:3 5:17 23:8 84:17 84:
18
**Attributable**
[2] 30:19 78:18
**Audit**
[1] 68:17
**AUGUST**
[3] 1:9 1:14 84:13
**Authority**
[1] 83:21
**Auto**
[1] 64:2
**Avenue**
[1] 2:4
**Aware**
[11] 19:12 19:16 19:20 21:12 21:
14 23:21 30:9 30:10 32:13 50:21
50:24

## B

**B-00-193**
[2] 1:4 84:4
**Backwards**
[1] 25:16
**Bad**
[1] 82:11
**Bahnman**
[4] 9:6 30:10 33:8 77:7
**Balance**
[2] 64:12 64:16
**Bank**
[11] 11:25 35:19 36:19 42:21 42:
22 42:25 43:12 43:15 65:14 72:
21 73:14
**Banker**

[1] 43:2
**Banks**
[2] 42:23 42:25
**Barry**
[5] 1:17 2:3 5:21 5:25 38:9
**Base**
[1] 71:23
**Based**
[25] 15:7 16:5 16:6 23:2 24:3
26:18 35:5 35:15 38:20 38:22 38:
23 47:10 48:25 51:13 51:22 53:
24 58:5 59:21 69:6 71:15 71:18
74:17 80:23 81:11 81:17
**Bases**
[1] 73:14
**Basing**
[1] 35:14
**Basis**
[4] 22:10 47:7 47:8 78:10
**BAUER**
[4] 1:5 1:6 84:5 84:6
**Bear**
[1] 39:8
**Became**
[4] 10:17 12:1 71:17 75:4
**Become**
[1] 55:10
**Began**
[8] 5:2 20:4 36:23 48:15 49:4
66:11 66:13 78:9
**Begin**
[2] 23:9 54:18
**Beginning**
[8] 19:22 22:15 22:24 43:13 50:
1 50:1 54:14 76:8
**Behind**
[1] 78:22
**Benefit**
[1. 72:2
**Benton**
[31] 1:17 2:3 5:13 5:21 6:3 15:
2 21:2 21:5 21:9 24:17 24:21 27:
17 38:11 38:13 39:25 52:12 52:
15 53:11 53:13 61:2 66:25 67:3
67:5 67:10 69:17 69:21 69:25 79:
19 82:2 82:7 82:12
**Best**
[3] 56:17 56:19 71:16
**Between**
[3] 24:6 44:15 74:10
**Biased**
[1] 60:18
**Bid**
[3] 46:17 55:21 57:13
**Bidding**
[1] 70:6
**Bids**
[2] 46:21 46:23
**Big**
[3] 29:12 29:17 39:11
**Bigger**
[1] 48:2
**Biggest**
[1] 47:23
**Bill**
[1] 73:5
**Bills**
[6] 20:13 67:20 78:11 78:22 79:
10 80:16
**Bit**
[8] 10:8 12:25 14:22 22:1 33:17
39:2 44:4 64:25
**Biweekly**
[1] 35:4
**BLANCA**
[2] 2:7
**Board**
[1] 19:18
**Bob**
[10] 1:9 1:12 3:4 4:1 4:6 4:16
39:25 83:14 83:16 84:10
**Bonus**
[1] 14:13

**Bonuses**
[1] 51:19
**Bookkeeper**
[2] 32:5 32:9
**Bookkeeping**
[1] 32:17
**Books**
[5] 20:23 29:9 51:1 81:5
**Borrow**
[1] 16:12
**Borrowed**
[1] 16:15
**Bother**
[1] 5:17
**Brand-new**
[1] 41:12
**Break**
[6] 15:17 40:3 40:4 46:8 46:11
66:7
**Breakdown**
[1] 15:20
**Breaking**
[1] 36:8
**Breaks**
[1] 71:1
**Brief**
[1] 71:14
**Bring**
[5] 7:3 7:6 7:19 8:14 28:24
**Broken**
[6] 25:12 25:19 25:21 64:20 78:
14 78:16
**Brother**
[1] 11:18
**Brother's**
[1] 11:19
**Brought**
[3] 6:11 8:5 46:3
**Brownsville**
[5] 1:2 1:18 2:4 62:17 84:2
**Bryant**
[1] 84:24
**Budgeted**
[1] 45:5
**Build**
[1] 56.1
**Builders**
[14] 6:12 6:19 6:21 7:4 7:21 8:
8 8:20 9:1 10:14 29:20 29:21 34:
9 36:24 64:22
**Building**
[7] 29:19 30:8 51:5 56:2 57:21
62:11 62:14
**Buildings**
[1] 54:11
**Built**
[1] 57:18
**Business**
[11] 4:15 8:16 38:24 39:4 40:23
41:19 48:25 53:23 55:20 64:3 72:
23
**Buts**
[1] 67:25

## C

**Cabera**
[1] 5.8
**Cabrera**
[5] 5:9 5:10 5:18 75:8 81:24
**Calculated**
[3] 16:19 35:12 55:21
**Cannot**
[1] 32:16
**Care**
[4] 5:17 6:1 6:5 24:20
**Careful**
[1] 67:3
**Carpentry**
[2] 45:20 47:5
**Carried**
[26] 9:6 26:11 26:13
**Carry**

[1] 29:10
**Carry-over**
[1] 29:10
**Case**
[1] 63:20
**Cash**
[3] 6:18 28:16 28:17
**Categorization**
[1] 42:13
**Categorize**
[1] 36:13
**Categorized**
[2] 18:13 18:19
**Categorizing**
[1] 36:16
**Category**
[1] 36:7
**Caused**
[2] 30:7 78:22
**Causes**
[1] 54:15
**Center**
[1] 80:6
**Certain**
[5] 47:9 56:4 56:16 60:12 62:
1
**Certainly**
[1] 68:18
**Certificate**
[2] 3:7 84:7
**Certified**
[2] 1:15 84:9
**Certify**
[2] 84:10 84:16
**Chance**
[1] 6:7
**Change**
[2] 76:22 83:2
**Changes**
[2] 23:12 30:20
**Characterize**
[1] 40:15
**Check**
[2] 19:1 52:12
**Checks**
[3] 18:14 34:14 69:7
**Checkstubs**
[1] 35:18
**Choice**
[1] 73:8
**Choose**
[3] 71:6 71:10 71:10
**Chunks**
[1] 43:8
**Civil**
[3] 1:1 1:19 84:4
**Clarify**
[1] 5:15
**Classified**
[3] 31:11 36:9 36:9
**Clean**
[1] 6:2
**Clinic**
[5] 9:6 30:23 33:8 33:18 77:7
**Close**
[2] 14:24 29:3
**Closer**
[1] 21:1
**Code**
[1] 59:17
**Coded**
[1] 18:17
**Collect**
[5] 46:12 46:14 50:11 78:21 78:
23
**Collected**
[4] 20:25 21:5 28:22 28:23
**Collecting**
[1] 77:14
**Collectively**
[2] 25:11 25:20
**Combination**

Case 1:00-cv-00193   Document 20   Filed in TXSD on 09/28/2001   Page 42 of 49

[1] 64:14
Coming
[2] 43:23 46:22
Commissions
[1] 18:10 26:6
Common
[1] 79:8
Communication
[1] 57:16
Communications
[1] 9:3
Companies
[1] 47:20
Company
[29] 3:13 8:20 11:12 13:17 14:6
14:10 14:23 16:13 16:16 16:16
16:22 29:7 34:18 38:4 38:14 39:
18 40:3 40:22 41:1 41:13 41:21
47:9 55:19 63:24 65:8 65:9 65:
10 71:10 74:17
Company's
[1] 74:16
Comparable
[2] 24:23 35:10
Compare
[5] 24:18 26:20 41:14 62:5 72:11
Compared
[2] 23:25 59:3
Comparing
[1] 63:8
Comparison
[8] 22:12 22:22 22:23 24:6 61:
25 62:3 63:6 77:12
Compensation
[3] 7:21 35:3 35:15
Complete
[7] 15:20 15:21 36:8 39:23 40:
14 68:23 76:15
Completed
[7] 20:8 31:21 33:9 47:11 50:16
54:8 76:15
Completes
[1] 50:20
Completion
[2] 50:10 66:20
Concerned
[1] 19:21
Concluded
[1] 82:14
Condo
[1] 9:7
Condominium
[1] 29:17
Condos
[1] 47:23
Consideration
[2] 19:11 55:12
Construction
[16] 3:13 6:13 8:9 8:19 11:11
21:8 21:18 23:20 34:8 38:4 43:9
43:19 49:18 64:4 79:8 79:20
Constructionwise
[1] 20:14
Contained
[2] 9:12 36:15
Contract
[3] 19:13 19:14 47:9
Contracted
[1] 20:22
Contracting
[1] 56:19
Contractor
[12] 45:9 45:12 46:20 51:8 51:9
57:16 58:10 70:14 79:14 79:15
79:17 80:21
Contractors
[3] 17:25 51:7 73:7
Contracts
[1] 77:2
Control
[1] 56:13
Copies
[3] 7:7 37:6 57:14

Copy
[6] 6:2 24:17 34:5 52:4 52:14
52:15
CORINNA
[3] 1:15 84:9 84:23
Corporate
[12] 7:15 7:17 8:23 9:23 14:1
16:25 17:20 24:8 24:10 24:11 24:
13 24:22
Corporation
[22] 1:5 1:6 7:12 9:1 10:10 10:
15 12:1 13:6 34:12 41:15 53:4
65:20 71:18 74:20 74:24 74:25
74:25 75:5 75:18 77:1 84:5 84:6
Corporation's
[1] 12:19
Correct
[123] 4:20 7:22 8:7 9:2 9:5 9:13
9:24 9:25 11:12 11:17 11:25 12:
3 12:15 12:21 13:15 14:5 14:7
14:18 14:20 15:12 15:22 15:23
15:24 15:25 16:17 16:20 17:1 17:
27:1 19:1 19:4 19:15 20:20 23:
5 23:16 23:24 25:1 25:15 26:11
27:4 27:25 28:5 34:9 34:16 35:
17 35:22 37:9 38:6 38:16 38:18
39:12 39:13 40:5 40:11 40:18 41:
19 41:22 42:3 42:5 43:6 43:24
44:11 44:16 44:24 45:12 45:15
46:4 46:7 46:18 47:13 47:14 48:
10 48:10 48:17 49:1 49:11 51:
51:18 52:6 53:18 53:21 54:6 54:
12 55:5 56:14 56:15 57:1 58:3
60:24 61:8 61:9 61:22 63:25 64:
12 64:10 66:12 66:14 66:18 67:2
67:24 67:24 68:8 68:9 68:14 69:
20 68:22 69:5 70:13 71:11 72:1
72:6 73:10 73:16 73:18 73:19 74:
2 77:5 77:22 78:7 79:1 80:25 83:
15 84:12
Correcting
[1] 18:6
Correctly
[2] 18:13 55:20
Cost
[26] 22:2 22:3 23:6 25:13 25:14
31:15 40:8 40:9 44:20 45:22 45:
25 46:1 47:15 55:14 55:14 55:23
56:6 57:11 59:18 62:1 62:1 62:5
62:9 62:9 63:12 63:13
Costs
[12] 23:1 25:11 26:1 40:2 46:25
57:3 57:14 57:23 58:16 59:2 59:4
59:14
Counsel
[4] 2:2 2:6 84:17 84:19
Count
[1] 19:1
COUNTY
[1] 83:19
Couple
[3] 27:23 44:6 78:9
Course
[5] 6:22 13:23 46:2 53:19 71:9
Court
[5] 1:1 1:15 72:14 84:1 84:9
Covered
[1] 64:7
CPA
[2] 4:13 12:13
Create
[3] 31:15 77:15 77:25
Created
[1] 72:19
Credit
[1] 73:11
Critical
[1] 69:21
CSR
[1] 84:23
Curious
[1] 35:8
Current
[1] 73:17
Customer
[1] 32:8

D

D/B/A
[2] 1:5 84:5
Daily
[1] 35:4
Date
[5] 23:10 75:9 76:13 77:23 84:24
Days
[3] 50:1 50:6 50:18
Deadline
[1] 68:5
Dealing
[1] 17:24
December
[2] 24:7 36:17
Decide
[1] 62:7
Decrease
[5] 10:5 14:25 15:6 24:2 38:25
Decreased
[3] 40:23 40:23 53:23
Deductions
[2] 54:23 69:12
Defendant
[4] 1:6 1:13 2:6 84:6
Definite
[1] 27:2
Definitely
[1] 27:2
Degree
[1] 4:18
Delay
[2] 30:7 59:8
Delays
[11] 21:15 21:17 29:24 30:3 30:
19 32:13 58:23 58:24 60:5 60:5
60:15
Delivered
[1] 60:11
Deposit
[3] 43:18 43:18 49:18
Deposited
[1] 43:7
Deposition
[10] 1:8 3:12 3:11 5:20 5:20 5:
21 5:23 82:14 84:11 84:13
Deposits
[4] 43:12 43:15 43:16 49:15
DESCRIPTION
[1] 3:10
Detail
[2] 14:22 80:23
Details
[1] 80:8
Determine
[4] 11:23 18:24 43:22 52:23
Determined
[1] 38:7
Determining
[1] 68:6
Difference
[2] 62:7 70:2
Dig
[1] 59:6
Direct
[1] 59:4
Directly
[4] 40:24 45:24 81:16 81:18
Discuss
[1] 82:6
Discussed
[1] 77:13
Discussion
[1] 48:13
Dispute
[1] 81:11
Disputes
[4] 81:01 80:3 80:6 80:7
Distinctions
[1] 57:23

Distributions
[1] 8:21
DISTRICT
[4] 1:1 1:1 84:1 84:1
Divided
[3] 11:13 74:10 78:13
DIVISION
[2] 1:2 84:2
Document
[14] 5:24 6:8 6:17 38:20 41:1
49:23 59:4 59:10 59:20 59:23
17 74:4 74:8 75:9
Documentation
[8] 20:16 30:15 30:17 30:25 3
14 33:21 37:15 58:14
Documents
[23] 6:24 7:24 8:1 8:19 9:4 9
10 9:19 14:13 19:4 24:21 24:3
31:6 32:25 33:3 38:22 40:20 4
3 66:1 72:15 74:2 74:24 76:24
77:11
Dollar
[2] 48:1 48:7
Dollars
[2] 32:7 32:7
Dollarwise
[1] 29:13
Done
[27] 19:3 21:22 22:22 25:24 35
4 35:7 36:10 36:11 44:3 45:13
46:19 47:8 49:17 50:23 61:1 61
12 65:14 67:18 68:10 68:13 68:
16 75:7 76:6 76:12 76:13 76:14
79:9
Doubled
[1] 19:18
Down
[11] 15:23 25:21 36:9 53:3 53
10 54:25 58:6 62:19 64:20 71:1
78:14
Draft
[1] 64:2
Draw
[16] 18:20 18:22 32:6 32:8 43:
49:15 51:12 51:14 51:23 52:18
52:21 53:4 53:6 64:6 71:4 73:8
Draws
[3] 16:14 43:9 73:14
Drew
[6] 52:5 52:21 52:22 52:23 53:1
53:6
Drop
[1] 55:15
Due
[12] 21:20 32:7 46:11 50:11 58:
23 59:8 60:5 60:15 67:20 77:16
78:6 80:9
Duly
[2] 4:2 84:11
Duplex
[3] 9:6 31:3 33:9
During
[2] 55:23 75:7

E

E&E
[16] 6:12 6:19 6:21 7:3 7:21 8:
8 8:20 8:25 9:24 10:13 14:9 36:
24 64:4 65:12 71:17 76:3
Early
[4] 28:9 41:6 41:9 54:13
Earned
[3] 16:4 37:24 49:24
Earning
[2] 70:17 70:19
Easier
[3] 10:8 12:25 15:5
East
[1] 84:25
Ebony
[2] 1:17 2:4
Effect
[1] 40:9
Either

[6] 34:3 56:10 59:5 59:11 66:4 71:17

**Electrical**
[6] 44:21 45:7 47:5 57:3 57:10 62:6

**Electrician**
[2] 59:12 59:24

**Employed**
[1] 4:7

**Employee**
[2] 84:17 84:18

**Employees**
[8] 7:21 7:23 17:8 17:16 17:22 18:16 70:16 73:17

**Employment**
[1] 76:3

**Encouraged**
[1] 36:2

**Encouraging**
[1] 70:16

**End**
[10] 3:8 20:10 31:16 35:10 35:11 51:20 54:8 56:6 66:21 73:8

**Ends**
[1] 55:2

**Entailed**
[1] 29:16

**Entered**
[1] 3:6 83:1

**Entire**
[3] 3:3 11:3 20:21

**Entitled**
[1] 80:15

**Entries**
[1] 35:8

**Equal**
[1] 11:21

**Equity**
[2] 63:17 63:17

**Eric**
[14] 34:2 34:15 35:24 36:21 37:1 37:7 61:17 69:11 69:14 69:15 69:16 70:19 75:25 76:3

**Errata**
[2] 3:6 83:1

**Error**
[2] 59:19 59:23

**Escudero**
[54] 1:3 2:11 5:1 5:10 8:6 8:11 9:11 12:5 14:14 16:1 18:25 19:17 20:8 20:17 21:10 21:25 22:20 27:5 29:19 29:22 32:11 33:19 33:25 35:15 37:10 41:15 42:22 45:6 45:11 46:17 48:18 55:8 58:9 59:22 60:17 60:19 61:5 65:11 65:22 66:15 67:13 70:11 70:25 72:20 73:4 74:20 75:13 76:17 76:25 79:18 80:22 81:19 84:3

**Escudero's**
[8] 18:18 23:13 31:7 40:21 53:23 63:23 69:6 79:22

**Esquire**
[6] 6:17 7:9 10:6 15:19 72:13

**Estimate**
[3] 14:17 73:24 76:20

**Estimates**
[1] 20:23

**Everywhere**
[1] 27:18

**Evidence**
[1] 41:2

**Exact**
[1] 74:1

**Exactly**
[4] 5:9 29:16 56:8 56:20

**Examination**
[2] 3:5 4:3

**Example**
[5] 18:14 32:6 56:2 59:12 64:15

**Except**
[1] 83:15

**Exhibit**
[6] 62:6 24:12 34:5 38:8 44:8

**EXHIBITS**
[1] 3:9

**Expect**
[4] 46:9 62:13 62:22 76:11

**Expected**
[1] 51:11

**Expend**
[1] 56:6

**Expenditures**
[3] 17:11 18:9 19:9

**Expense**
[1] 8:9 32:10

**Expensed**
[1] 26:21

**Expenses**
[8] 7:20 17:5 18:12 26:25 37:25 39:22 40:3 45:21

**Experienced**
[1] 13:14

**Expiration**
[1] 84:24

**Explain**
[2] 42:17 63:18

**Explains**
[1] 59:25

**Extension**
[1] 7:16

**Extensions**
[1] 68:1

**Extra**
[2] 33:19 59:18

## F

**Fact**
[11] 24:12 35:14 40:2 43:24 54:15 55:2 55:8 60:16 78:23 81:18 82:6

**Factors**
[6] 29:23 30:2 40:10 55:4 55:11 56:9

**Fair**
[4] 11:18 40:14 82:4 82:11

**Fairness**
[2] 31:21 72:11

**Fall**
[1] 26:23

**Far**
[12] 15:6 17:11 19:21 25:5 26:20 44:10 47:24 49:5 54:5 63:8 73:12 75:20

**Fashion**
[-] 60:11

**Father**
[1] 11:7 63:23

**February**
[2] 32:13 69:25

**Fees**
[1] 46:12

**Few**
[2] 12:14

**Field**
[3] 21:19 75:22 75:23

**Figure**
[5] 13:5 33:21 49:10 71:7 74:1

**Figures**
[10] 15:18 15:19 35:9 35:12 36:4 38:23 56:24 56:24 58:3

**File**
[2] 7:3 8:2

**Filed**
[2] 12:10 12:11 12:13 12:14 53:20

**Finances**
[1] 19:21

**Financial**
[5] 41:7 17:19 72:20 73:2 77:11

**Financially**
[1] 84:19

**Fine**
[6] 6:3 6:4 24:21 67:7 67:10 73:24

**Fines**
[1] 31:15

**Finish**
[1] 15:16

**Finished**
[2] 20:11 20:12 20:13 20:15

**First**
[7] 9:2 36:13 36:18 36:23 42:10 43:1 48:6

**Five**
[2] 23:21 67:21

**Flow**
[1] 6:18

**Follows**
[1] 4:2

**Foregoing**
[1] 83:14

**Four**
[5] 23:21 36:18 48:21 61:5 67:21

**Fourth**
[1] 29:3

**Free**
[1] 71:21

**Fresnos**
[1] 75:16

**Friday**
[1] 73:9

**Front**
[8] 38:23 38:24 39:21 53:22 53:24 71:16 71:19 72:3

**Fun**
[1] 13:1

## G

**Gain**
[2] 31:1 58:3

**Gal**
[3] 36:12 36:15 43:20

**Galo**
[17] 2:7 3:5 4:4 5:12 5:15 5:25 6:5 15:4 24:19 34:4 38:9 38:12 69:19 70:2 81:22 82:3 82:9

**Game**
[1] 34:11

**GARCIA**
[3] 1:15 84:9 84:23

**GENDRY**
[2] 1:1

**General**
[18] 6:12 7:22 25:23 29:22 36:5 41:7 42:12 43:11 46:20 49:14 51:9 58:10 64:15 70:14 79:17 79:19 79:20 80:21

**Generally**
[8] 5:3 6:25 39:10 48:11 51:15 51:19 62:17 64:7

**Gentleman**
[1] 34:2

**Given**
[4] 61:6 74:6 74:9 84:12

**God**
[1] 58:2

**Goods**
[7] 25:7 25:11 26:2 44:20 45:22 46:1 63:14

**Great**
[1] 27:17

**Gross**
[13] 10:1 10:9 14:3 14:8 14:9 15:10 15:12 15:14 24:25 25:2 54:21 54:22

**Growing**
[3] 41:17 41:18 41:21

**Guess**
[20] 9:14 11:23 20:13 22:5 22:9 26:18 29:3 36:15 47:23 51:12 56:8 58:10 63:24 68:6 70:12 70:12 73:22 73:23 74:23 75:7

**Gutierrez**
[7] 34:2 34:15 36:21 37:2 61:17 61:18 75:25

## H

**HAND**
[1] 84:20

**Handed**
[1] 34:7

**Handle**
[1] 31:9

**Handled**
[1] 19:13

**Harlingen**
[1] 84:25

**Harrison**
[1] 84:25

**Head**
[4] 38:21 53:10 58:6 62:19

**Heard**
[1] 81:12

**Hector**
[7] 33:25 34:1 34:3 36:21 36:61:14 69:16

**Held**
[1] 80:9

**Help**
[2] 36:15 46:25

**Hereby**
[1] 83:14

**Higher**
[2] 22:18 22:13

**Highlighted**
[2] 34:17 34:19

**Himself**
[7] 37:12 37:14 45:8 45:16 51:12 73:17 75:20

**Hire**
[1] 21:21 45:7 45:9 61:10

**Hired**
[2] 61:15 61:18

**Hires**
[2] 45:13 73:4

**Hit**
[1] 29:9

**Hold**
[3] 42:14 73:25 76:21

**Home**
[1] 39:9

**Hope**
[1] 56:17

**Hopefully**
[1] 10:8

**Hoping**
[1] 50:11

**Hotel**
[2] 51:3 51:5

**Hourly**
[2] 35:4 47:7

**Hours**
[1] 9:16

**Huge**
[3] 26:22 58:2 58:3

**Hurt**
[1] 79:2

## I

**IBC**
[2] 43:1 43:3

**Idea**
[1] 73:21

**Ifs**
[1] 67:25

**Impossible**
[1] 61:7

**In-house**
[2] 5:3 52:9

**Inability**
[2] 40:7 58:15

**Inc**
[2] 6:13 84:24

**Inception**
[1] 44:12

**Inclement**
[1] 60:6

**Include**
[2] 7:1 45:23

**Included**
[2] 27:24 31:14

**Includes**

Case 1:00-cv-00193  Document 20  Filed in TXSD on 09/28/2001  Page 44 of 49

**Including**
[1] 64:16

**Income**
[29] 9:10 10:1 10:10 12:4 14:6 14:23 15:12 16:1 16:16 20:25 23: 13 23:20 24:22 24:23 26:25 27: 18 28:18 28:19 28:25 31:1 31:10 35:21 37:20 38:14 38:19 38: 24 53:15 53:15

**Incorporated**
[2] 13:23 75:10

**Incorporation**
[1] 13:17

**Incorrectly**
[2] 18:16 59:13

**Increase**
[21] 10:5 14:25 15:1 15:6 24:2 24:4 24:5 25:3 38:24 39:1 39:2 39:3 39:15 39:23 41:11 44:22 53: 9 53:16 54:12 56:5 57:10

**Increased**
[3] 27:3 53:15 53:16

**Increases**
[2] 39:14 55:15

**Incur**
[2] 29:25 68:7

**Incurred**
[3] 9:4 30:14 31:24

**Independent**
[2] 17:25 70:14

**INDEX**
[1] 3:1

**Indicate**
[3] 14:12 17:7 20:17

**Indication**
[1] 17:10

**Individual**
[5] 7:12 15:7 15:23 37:17 75:16

**Industry**
[1] 79:6

**Inflated**
[1] 16:21

**Information**
[11] 6:16 8:17 9:8 16:24 23:7 27:12 27:12 31:4 69:3 76:24 81: 23

**Injured**
[2] 27:6 66:15

**Injuries**
[1] 30:1

**Injury**
[1] 40:21

**Inn**
[14] 49:25 50:1 50:5 50:6 50:15 50:18 51:2 51:3 51:13 63:6 66: 19 76:8 76:11 77:3

**Instance**
[1] 1:13

**Interested**
[1] 84:19

**Invoice**
[2] 59:25 67:20

**Invoices**
[3] 43:25 77:15 77:25

**Involved**
[3] 13:16 29:20 80:11

**IRS**
[1] 52:13

**Island**
[7] 44:8 48:15 49:3 62:14 62:23 63:2 63:5

**Issue**
[2] 18:4 35:24

**Issues**
[1] 82:8

**Issuing**
[4] 18:2 35:23 68:25 69:1

**Item**
[1] 31:15

**Items**
[7] 5:22 6:11 18:12 34:7 34:17 77:9 78:5

**Itself**
[1] 74:18

**J**

**January**
[6] 24:7 27:19 28:2 36:17 63:16 75:10

**Job**
[38] 3:16 9:6 9:6 9:7 9:7 19:25 20:6 20:9 20:18 21:11 22:7 22: 17 23:13 26:12 29:16 30:12 30: 18 39:11 42:1 42:20 44:12 45:5 45:14 45:17 46:20 47:6 47:8 51: 17 52:14 54:18 67:19 76:5 76:6 78:21 78.24 80:24 81:1 81:9

**Jobs**
[12] 19:16 20:2 22:9 28:12 28: 18 37:11 39:23 43:16 46:17 49: 22 49:24 60:22

**Joe**
[1] 5:8

**Jose**
[8] 1:3 2:11 9:11 65:12 70:11 70:25 75:16 84:3

**Jr**
[6] 1:3 2:11 9:11 12:5 14:14 84: 3

**Jumping**
[1] 27:15

**June**
[3] 27:19 28:2 63:16

**Jury**
[1] 63:18

**K**

**K-1**
[3] 3:15 15:8 15:9 17:10 38:8

**Keep**
[1] 34:5

**Kind**
[5] 6:18 21:19 32:20 35:10 38:3

**Knock**
[1] 68:12

**Knowledge**
[12] 21:24 30:3 30:22 32:14 32: 15 32:21 33:17 47:24 60:25 65: 22 73:13 82:4

**Known**
[1] 21:22

**L**

**Labor**
[11] 19:13 19:14 25:13 25:14 25: 18 26:1 40:2 40:8 47:15 55:14 55:15

**Laborer**
[1] 55.19

**LADDER**
[2] 1:6 84:6

**Large**
[4] 23:22 26:16 54:18 54:20

**Las**
[32] 3:16 9:7 9:8 19:25 20:3 22: 21 26:12 27:22 29:8 33:16 42:2 43:4 43:24 44:3 46:5 46:8 47:22 49:25 50:8 54:7 54:18 63:1 63:5 66:9 67:18 69:23 76:5 78:18 79: 12 79:17 79:22 80:4

**Last**
[6] 18:5 53:16 54:4 54:9 54:10 67:21

**Late**
[2] 68:2 78:25

**Law**
[2] 1:17 2:3

**Learn**
[1] 19:22

**Learned**
[2] 5:6 12:13

**Least**
[3] 26:6 39:21 41:16

**Ledger**
[11] 6:12 7:22 18:11 18:21 25: 24 36:5 41:7 42:12 43:11 49:14 64:15

**Left**
[2] 51:20 76:3

**Less**
[10] 16:4 28:16 35:6 43:5 46:11 70:19 70:20 70:21 73:25 80:23

**Lesser**
[1] 39:10

**Levin**
[3] 9:6 31:3 33:9

**Liability**
[1] 64:17

**Licenses**
[1] 25:15

**Limited**
[1] 27:11

**Line**
[7] 17:6 17:20 25:11 31:15 66: 20 73:11 83:2

**List**
[7] 18:8 36:8 44:2 77:16 77:18 77:24 80:16

**Listed**
[7] 19:9 24:24 26:4 31:23 33:17 33:19 75:23

**Literally**
[1] 67:19

**Loan**
[7] 16:19 64:25 65:4 65:7 65:8 65:11 66:1

**Loans**
[2] 66:4 72:21

**Located**
[3] 4:11 5:18 63:1

**Location**
[2] 62:10 62:18

**Lockhill**
[1] 2:8

**Look**
[26] 9:18 18:11 23:3 24:5 26:6 26:7 28:19 41:6 41:20 44:5 56: 23 57:17 57:19 59:2 59:10 60:14 60:15 61:23 63:8 63:11 63:12 64. 11 64:12 71:13 71:20 74:2

**Looked**
[2] 17:13 71:22

**Looking**
[17] 12:22 16:24 18:8 23:14 23: 18 24:10 25:15 25:17 32:25 33: 18 42:11 54:23 56:21 63:13 64: 15

**Looks**
[1] 16:6 46:10 52:16 60:23

**Los**
[1] 75:15

**Losing**
[1] 56:10

**Loss**
[13] 3:16 6:21 9:10 10:25 11:1 11:4 11:4 11:15 11:20 13:14 15: 9 15:21 18:7 21:11 23:19 24:24 25:22 26:21 26:22 28:15 29:6 29: 8 31:11 31:10 31:13 31:20 37:20 38:5 39:20 41:20 42:12 49:8 54: 16 55:3 55:11 55:19 56:23 58:2 63:15 68:4 76:5 80:24 81:10

**Losses**
[9] 7:20 8:20 9:4 29:24 30:18 41:2 41:4 58:16 77:1

**Lost**
[5] 51:24 52:24 53:3 53:24 55:3

**Lower**
[1] 54:3

**M**

**Maintain**
[1] 77:18

**Major**
[1] 66:17

**Majority**
[2] 44:17 80:14

**Management**
[2] 70:23 74:17

**Mark**
[5] 6:1 6:6 24:11 34:4 52:7

**Marked**
[3] 3:10 34:21 34:21

**Marking**
[1] 38:9

**Masonry**
[1] 47:5

**Materials**
[5] 25:18 26:2 40:9 60:10 60.

**Matter**
[1] 51:14

**McAllen**
[1] 4:12

**Mean**
[9] 7:13 27:20 28:4 28:9 40:7 41:3 55:11 67:25 79:18

**Means**
[2] 42:16 63:18

**Medina**
[1] 70:8

**Meeting**
[1] 59:17

**Memo**
[4] 42:15 42:18 42:20 75:23

**Memory**
[1] 70:18

**Mercedes**
[1] 64:22

**Met**
[2] 5:2 75:17

**Middle**
[1] 10:18

**Might**
[10] 16:9 41:8 41:25 44:12 45 54:17 59:4 63:7 67:6 69:25

**Miguel**
[1] 33:23

**Million**
[22] 10:3 10:9 14:4 14:24 15: 15:11 20:24 21:1 25:12 25:16 19 28:13 29:15 38:23 40:3 48: 48:15 50:3 51:2 54:21 54:24 5 22

**Mind**
[1] 27:16 69:19

**Mine**
[2] 25:24 38:9

**Mine's**
[1] 5:25

**Minute**
[2] 8:4 48:12

**Mishandling**
[1] 58:25

**Mislead**
[1] 82:5

**Mistake**
[1] 59:11

**Mistaken**
[1] 25:6

**Mistakes**
[3] 58:25 59:8 60:16

**Monetary**
[1] 21:11

**Money**
[32] 10:22 10:24 16:12 16:15 1 25 21:13 33:13 42:11 43:14 43: 43:8 44:17 46:6 47:12 47:13 47 13 49:4 51:20 52:24 53:3 53:4 53:24 56:10 56:11 64:5 65:13 6 16 65:21 65:23 78:24 79:12 80:

**Month**
[3] 27:8 70:10 71:4

**Monthly**
[2] 51:14 73:6

**Months**
[5] 36:18 55:9 66:24 67:21 78:

**Most**
[3] 37:13 47:4 71:19 73:7

**Moving**
[4] 38:1 53:10 58:6 62:19

**Multiplied**
[1] 11:19

**Multiply**

Case 1:00-cv-00193  Document 20  Filed in TXSD on 09/28/2001  Page 45 of 49

[1] 13:13

**N**

**Name**
[7] 4:5 4:15 5:16 11:9 34:2 65:12 70:8
**Names**
[1] 69:22
**National**
[1] 43:1
**Near**
[1] 20:10
**Necessarily**
[4] 55:7 55:10 56:8 58:1
**Necessary**
[1] 45:14
**Need**
[9] 9:18 9:22 24:17 37:6 39:11 39:15 39:25 48:25 69:22 71:20 82:6
**Needless**
[1] 53:4
**Negative**
[2] 64:12 64:16
**Negotiation**
[1] 81:15
**Net**
[4] 10:10 15:9 32:18 38:1
**Never**
[4] 12:9 12:11 12:14 20:23
**New**
[1] 28:4
**Next**
[1] 53:20
**Nice**
[1] 13:2
**None**
[1] 17:21
**Normally**
[2] 45:9 47:8
**Notary**
[1] 83:24
**Noted**
[1] 83:15
**Nothing**
[1] 18:23
**Notice**
[4] 3:11 5:20 63:16 72:15
**Noticing**
[3] 37:17 42:14 64:8
**November**
[1] 36:17
**Number**
[5] 3:10 6:1 25:20 36:3 64:18
**Numbered**
[1] 1:14
**Numbers**
[3] 26:7 36:6 68:24
**Numerous**
[3] 5:22 42:22 48:19

**O**

**Oath**
[1] 5:14
**Obtained**
[4] 28:2 40:17 42:6 65:5
**Obviously**
[1] 69:21
**October**
[9] 5:2 7:18 36:14 36:17 67:23 67:24 68:15 68:10 68:17
**Offhand**
[1] 10:4
**Office**
[3] 7:8 13:1 19:12
**Officers**
[1] 75:18
**Offices**
[2] 1:16 4:11
**Old**
[1] 78:4
**Once**

[3] 41:6 54:7 71:4
**One**
[38] 6:10 6:10 9:9 20:3 21:20 22:6 22:7 24:13 25:20 26:19 27:14 28:12 34:11 42:1 43:23 47:23 48:1 48:3 48:5 48:7 48:18 48:19 50:2 51:7 52:2 55:7 57:20 57:24 61:6 61:7 66:13 71:16 76:8 76:11 77:3 77:4 80:19 81:21
**Ones**
[2] 47:25 77:6
**Operate**
[1] 64:7
**Operational**
[1] 45:21
**Opinion**
[1] 78:20
**Opinions**
[1] 7:25
**Opportunity**
[1] 81:23
**Opposed**
[1] 41:3
**ORAL**
[2] 1:8 1:12
**Order**
[1] 16:13
**Original**
[1] 57:13
**Originally**
[1] 63:20
**Originals**
[1] 34:6
**Otherwise**
[2] 6:25 50:25
**Overdrafts**
[1] 64:5
**Overrun**
[1] 57:15
**Overruns**
[5] 58:23 58:24 59:8 60:4 60:15
**Oversees**
[1] 45:12
**Owed**
[5] 21:6 78:24 79:13 80:22 81:3
**Owing**
[1] 46:5
**Own**
[2] 8:2 29:19
**Owner**
[4] 63:19 63:19 71:9 79:16
**Owners**
[1] 8:15
**Ownership**
[1] 11:24

**P**

**P&L**
[1] 44:6
**P.C.**
[1] 2:7
**Padre**
[7] 48:4 48:15 49:3 62:14 62:23 63:2 63:5
**Page**
[7] 3:2 3:6 3:10 12:24 43:14 83:1 83:2
**Paid**
[27] 8:15 12:4 14:14 18:25 19:2 20:14 20:17 21:7 22:6 22:9 26:18 31:19 34:15 37:7 43:4 43:5 47:6 47:10 49:12 55:18 65:16 65:24 69:7 78:5 79:25 80:10 80:25
**Painting**
[1] 47:6
**Paisano**
[10] 3:13 6:13 8:9 8:19 11:11 34:8 34:9 38:4 64:4 71:17
**Part**
[9] 13:22 18:13 26:1 34:23 34:24 49:10 63:23 63:24 74:16
**Part-time**
[1] 18:13
**Partial**

[1] 44:2
**Participating**
[1] 65:20
**Particular**
[13] 20:9 21:11 22:7 30:18 31:12 49:21 55:2 55:18 55:19 58:19 74:5 76:17 81:19
**Parties**
[1] 84:18
**Partner**
[3] 63:17 63:17 63:22
**Partners**
[3] 8:15 11:7 11:15
**Partnership**
[11] 10:14 10:17 10:22 11:20 11:21 13:4 13:14 34:12 37:22 41:14 63:21
**Past**
[4] 23:11 45:6 61:11 79:9
**Pay**
[5] 20:6 33:22 47:13 79:3 79:11
**Payable**
[2] 77:17 77:21
**Payables**
[1] 77:16
**Paying**
[4] 47:12 79:15 79:17 79:22
**Payment**
[2] 52:14 68:7
**Payments**
[1] 34:18
**Payroll**
[9] 17:5 17:11 18:15 34:21 36:10 69:12 69:15 70:9 70:12
**Peacock**
[4] 79:20 79:24 80:21 80:22
**Peaster**
[10] 1:9 1:12 3:4 4:1 4:6 4:7 4:16 83:14 83:16 84:10
**Peaster's**
[1] 4:17
**Penalized**
[5] 21:12 30:2 31:7 32:12 33:3
**Penalties**
[4] 21:14 21:16 31:16 31:24
**Penalty**
[6] 30:13 30:14 31:9 31:11 68:4 68:7
**People**
[7] 43:9 45:7 45:13 70:12 79:3 79:4 79:10
**Per**
[2] 41:5 47:6
**Percent**
[7] 11:6 13:11 56:3 60:20 62:5 62:6 62:7
**Percentage**
[2] 13:9 22:19 47:11
**Percentages**
[2] 22:19 62:4
**Perform**
[1] 20:18
**Performs**
[1] 45:16
**Permits**
[1] 25:15
**Person**
[2] 18:13 65:19
**Personal**
[9] 7:15 10:17 10:19 13:20 13:21 21:24 53:15 65:7 68:13
**Personally**
[1] 65:8
**Pertaining**
[1] 43:18
**Pharr**
[1] 5:19
**Phone**
[2] 5:25 45:23
**Physically**
[4] 45:16 57:19 61:6 63:24
**Pick**

[1] 67:11
**Picture**
[1] 40:14
**Place**
[2] 17:4 37:12
**Plain**
[1] 74:21
**Plaintiff**
[3] 1:3 2:2 84:3
**Plant**
[1] 75:15
**Plaster**
[1] 45:20
**Point**
[14] 12:2 19:11 21:18 22:5 41:44:3 46:10 48:1 54:23 56:18 5:19 71:20 72:8 73:21
**Pointe**
[1] 64:9
**Portion**
[4] 11:1 11:4 18:21 79:22
**Portions**
[1] 49:13
**Position**
[2] 70:22 70:23
**Positive**
[1] 64:17
**Possible**
[2] 50:23 62:25
**Post**
[1] 32:10
**Precise**
[1] 22:19
**Preliminary**
[1] 23:2
**Prep**
[1] 70:6
**Preparation**
[2] 61:24 74:24
**Prepare**
[7] 27:12 27:13 32:16 32:17 61 24 77:10 78:8
**Prepared**
[5] 7:12 15:23 17:1 27:14 63:1
**Preparing**
[3] 12:17 56:22 73:1
**Present**
[7] 2:10 54:1 54:2 55:8 60:17 60:19 81:19
**Presentation**
[1] 72:2
**Presented**
[1] 78:1
**Pretty**
[1] 43:25
**Prevented**
[2] 79:3 79:6
**Previous**
[1] 69:16
**Primarily**
[5] 27:22 41:25 61:25 63:13 67 17
**Primary**
[1] 43:2
**Problem**
[1] 18:5
**Procedurally**
[1] 35:13
**Procedure**
[1] 1:19
**Process**
[1] 36:16
**Produced**
[5] 1:12 5:22 72:13 72:18 74:11
**Profession**
[1] 59:14
**Profit**
[32] 15:6 6:21 12:19 14:8 14:9 15:14 15:20 18:7 20:19 23:18 24 24 25:21 28:14 31:10 31:13 31: 20 38:14 39:10 39:20 41:20 42: 12 46:9 49:7 56:23 63:15 71:24

72:4 72:5 76:5 76:17 76:21 80:24
**Profitability**
[6] 29:6 40:22 40:22 41:11 55:
15 74:16
**Profitable**
[1] 71:19
**Progress**
[3] 15:15 23:20 24:6
**Project**
[59] 20:21 22:21 26:16 28:12 29:
12 29:18 30:11 30:22 30:23 31:4
32:12 33:13 44:25 45:1 48:14 48:
16 48:18 49:3 49:4 49:5 49:24
50:4 50:6 50:10 50:15 51:2 51:
13 54:15 54:19 54:20 55:2 55:24
56:1 56:10 57:17 57:20 58:5 59:
1 62:5 62:6 62:9 62:23 63:6 64:
6 64:6 66:17 66:20 66:23 70:4
70:5 74:5 76:14 76:15 76:18 78:
17 79:16 80:2 80:19 81:20
**Projected**
[1] 55:20
**Projection**
[1] 46:25
**Projects**
[35] 23:15 23:21 23:22 25:5 26:
8 26:24 27:1 27:2 27:23 28:1 28:
4 30:1 30:8 33:8 33:14 39:4 40:
17 44:22 47:23 48:19 48:21 48:
23 50:21 50:24 54:11 58:11 59:3
60:19 61:5 61:12 74:10 78:6 78:
14 78:14 78:25
**Proprietorship**
[1] 37:23
**Provide**
[1] 6:16
**Provided**
[3] 10:7 15:18 76:25
**Public**
[1] 83:24
**Pull**
[3] 9:22 52:2 68:20
**Purchases**
[1] 25:16
**Purpose**
[1] 68:17
**Purposes**
[1] 72:23
**Pursuant**
[1] 1:18
**Put**
[7] 13:25 22:15 23:5 37:4 41:8
54:7 67:18
**Putting**
[2] 13:1 23:9

**Q**

**Quality**
[11] 49:25 50:5 50:15 51:2 51:3
51:13 63:6 66:19 76:8 76:11 77:3
**Quarter**
[1] 29:4
**Questioned**
[1] 34:20
**Questioning**
[1] 34:22
**Questions**
[2] 9:19 82:13
**Quick**
[2] 14:21 71:12
**QuickBooks**
[1] 19:1
**QuickReport**
[5] 3:14 34:8 36:5 36:20 75:23

**R**

**Range**
[1] 81:2
**Reaching**
[1] 29:3
**Read**
[1] 83:14
**Reading**
[1] 28:20
**Reads**

[1] 64:11
**Real**
[3] 14:21 52:16 71:12
**Realize**
[2] 50:9 50:10
**Realized**
[2] 20:19 49:5
**Really**
[10] 19:22 22:7 22:8 20:20 34:
23 64:17 72:2 72:10 81:3 82:1
**Realty**
[4] 9:6 30:11 33:8 77:7
**Reason**
[11] 12:11 21:11 21:20 31:25 33:
4 42:19 57:12 67:17 68:16 81:6
83:2
**Reasons**
[4] 46:16 55:23 56:1 60:13
**Receipts**
[8] 10:9 14:4 14:24 15:3 15:10
24:25 25:2 54:21
**Receivables**
[2] 77:18 77:19
**Received**
[1] 7:25
**Receiving**
[2] 65:21 70:25
**Recently**
[1] 77:2
**Recess**
[1] 71:14
**Reclassified**
[1] 31:18
**Reconcile**
[1] 35:19
**Reconciling**
[1] 36:19
**Record**
[5] 48:12 48.13 53:14 71:12 84:
12
**Records**
[5] 8:14 23:11 23:14 41:7 77:11
**Redo**
[2] 59:13 59:18
**Reflect**
[4] 8:14 16:21 40:6 49:21
**Reflected**
[9] 28:14 28:18 32:19 33:11 43:
11 49:7 49:20 53:19 65:17
**Reflecting**
[4] 7:20 8:20 9:4 9:10
**Regard**
[1] 30:17
**Regards**
[3] 33:14 67:12 76:25
**Regular**
[1] 73:6
**Reimbursement**
[1] 36:9
**Reimbursements**
[2] 34:22 34:23
**Reinforce**
[1] 56:5
**Related**
[3] 45:21 45:24 81:18
**Relative**
[3] 65:1 84:17 84:18
**Remaining**
[2] 50:11 79:22
**Remember**
[2] 67:5 70:18
**Remodeling**
[1] 39:9
**Rent**
[1] 45:24
**Report**
[1] 49:21
**Reported**
[3] 1:15 38:1 84:13
**Reporter**
[2] 1:15 84:10
**Reporter's**

[2] 3:7 84:7
**Reporting**
[1] 72:14
**Reports**
[1] 49:21
**Requested**
[1] 72:15
**Require**
[1] 59:6
**Required**
[1] 65:24
**Requirements**
[1] 62:15
**Reserve**
[1] 82:12
**Responsible**
[1] 79:21
**Responsive**
[1] 6:11
**Result**
[5] 29:25 30:19 40:21 58:15 59:5
**Retain**
[1] 75:13
**Retainage**
[3] 21:4 46:12 80:9
**Retrieval**
[1] 6:17
**Return**
[38] 3:12 3:17 9:23 10:16 10:20
12:8 12:17 12:22 13:21 15:8 15:
23 16:5 16:6 16:25 17:4 17:20
21:4 24:11 24:11 24:14 24:23 25:
6 25:17 31:13 31:16 37:5
37:17 41:8 52:1 52:3 52:7 52:24
56:21 56:22 67:22 68:13 71:24
**Returns**
[12] 7:6 7:11 8:4 8:5 8:11 8:18
8:22 8:23 9:12 32:16 53:20 67:14
**Revenue**
[1] 32:19
**Review**
[7] 33:2 58:19 81:23
**Reviewed**
[4] 7:25 26:10 42:11 77:4
**Reviewing**
[1] 58:21
**Revised**
[1] 33:1
**Reymundo**
[5] 67:19 70:8 70:8 70:17 73:18
**Reymundo's**
[1] 70:22
**Rightfully**
[1] 79:13
**Rolling**
[1] 70:5
**Roughly**
[6] 10:3 20:24 20:12 42:9 65:6
66:22
**Rules**
[1] 1:18
**Run**
[2] 19:1 74:18
**Running**
[1] 36:6

**S**

**Safe**
[1] 6:24
**Salaries**
[1] 8:15
**Salary**
[5] 14:13 18:18 51:11 53:1 69:6
**Sales**
[2] 14:4 54:21
**San**
[1] 2:8
**Saw**
[2] 20:23 42:10
**Scene**
[1] 60:17
**Schedule**

[1] 3:15
**Secondly**
[1] 59:2
**Secretary**
[1] 19:12
**Section**
[1] 18:9
**Security**
[1] 36:2
**See**
[9] 17:3 17:13 18:15 35:9 43:
49:14 57:2 57:15 58:20
**Selma**
[1] 2:8
**Send**
[1] 52:9
**Sense**
[1] 39:22
**Sent**
[2] 5:21 7:7
**September**
[1] 28:3
**Service**
[2] 15:19 72:14
**Services**
[1] 4:17
**Set**
[4] 63:20 70:16 73:11 74:18
**Share**
[1] 11:5
**Shareholder**
[2] 8:20 75:21
**Shareholders**
[1] 8:15
**Sheet/Signature**
[2] 3:6 83:1
**Short**
[1] 9:15
**Show**
[24] 5:23 13:9 16:1 17:5 22:11
22:12 22:18 23:4 30:18 33:3
21 34:14 35:21 40:19 40:20 41:
41:4 42:20 42:21 43:12 58:15
10 66:1 72:4
**Showed**
[1] 37:24
**Showing**
[3] 40:16 44:9 51:1
**Shown**
[3] 18:20 27:19 42:20
**Shows**
[10] 17:21 31:24 37:20 49:15
23 52:24 53:23 71:24 74:4 74:8
**Signature**
[1] 83:14
**Significant**
[5] 55:3 55:10 56:24 57:15 64:
**Significantly**
[3] 22:8 54:3 54:25
**Similar**
[1] 22:21
**Simple**
[1] 38:3
**Single**
[6] 51:9 56:24 56:24 61:7 67:20
68:19
**Sit**
[3] 19:6 57:6 81:17
**Size**
[2] 45:1 48:23
**Slated**
[1] 50:15
**Small**
[1] 50:23
**So-and-so**
[1] 57:8
**Social**
[1] 36:2
**Soil**
[1] 56:3
**Sold**
[5] 26:2 44:21 45:22 46:2 63:14

Case 1:00-cv-00193   Document 20   Filed in TXSD on 09/28/2001   Page 47 of 49   Page-id#: 5fd1b1220e86e41a

**Sole**
[6] 37:23 55:7 55:10 57:5 63:19 75:20

**Solely**
[1] 60:16

**Sometime**
[2] 10:17 65:3

**Sometimes**
[11] 27:16 42:18 42:20 42:21 57:7 57:12 57:12 57:13 57:15 62:8 76:1

**Somewhere**
[4] 12:6 15:17 52:4 62:24

**Sorry**
[7] 7:14 27:15 33:17 40:1 53:13 69:15 69:18

**Sort**
[2] 59:9 74:4

**Sources**
[1] 27:20

**South**
[7] 48:7 48:14 49:3 62:14 62:23 63:2 63:5

**SOUTHERN**
[2] 1:1 84:1

**Speaking**
[3] 6:25 39:11 51:19

**Specifically**
[1] 9:20 63:10 63:11

**Specifics**
[1] 22:25

**Specified**
[1] 43:17

**Specs**
[1] 57:14

**SPI**
[2] 48:14 49:3

**Split**
[2] 38:7 42:16

**SPRAGUE**
[1] 2:7

**Spreadsheets**
[1] 62:4

**Sr**
[1] 8:12

**Stages**
[2] 28:9 54:13

**Stand**
[1] 64:1

**Start**
[7] 23:18 39:7 48:5 57:3 57:4 68:23 70:5

**Start-up**
[3] 41:12 57:3 57:4

**Started**
[7] 20:1 26:12 28:4 42:7 69:23 70:3 70:10

**State**
[5] 1:16 4:5 71:16 83:18 83:25

**Statement**
[13] 15:21 18:7 23:19 24:24 25: 22 26:15 31:10 31:13 31:20 39: 20 41:21 56:23 63:15

**Statements**
[6] 6:19 6:21 7:20 35:19 36:19 49:8 72:20 73:2

**States**
[3] 1:1 43:19 84:1

**Stenograph**
[1] 84:14

**Steps**
[1] 12:15

**Still**
[8] 21:3 26:14 36:3 41:21 42:4 46:5 53:4 67:20

**Stingley**
[1] 84:24

**Stipulations**
[1] 3:8

**Strike**
[2] 47:3 47:21

**Structure**

**Structures**
[1] 62:16

**Stucco**
[1] 47:6

**Stuff**
[2] 25:5 71:13

**Styled**
[1] 1:14

**Subcontract**
[2] 18:15 26:1

**Subcontractor**
[3] 45:10 64:23 73:5

**Subcontractors**
[5] 17:24 19:10 26:3 30:20 39: 12 39:15 47:5 48:24 49:1 60:8 62:10 63:13 73:20 74:5 74:9 79:4

**SUBSCRIBED**
[1] 83:20

**Subsequently**
[1] 84:14

**Substantial**
[6] 23:15 23:17 26:21 39:3 44: 22 54:12

**Substantiate**
[2] 58:20 58:22

**Subtract**
[1] 32:8

**Sudden**
[1] 57:2

**Suffered**
[1] 2:10

**Suggestion**
[1] 75:4

**Superintend**
[1] 75:24

**Superintendent**
[2] 33:20 34:18

**Superintendents**
[1] 37:11

**Supervise**
[2] 33:23 58:11

**Supervised**
[1] 59:3

**Supervising**
[3] 59:5 59:5 61:11

**Supervision**
[9] 22:2 22:3 22:6 22:13 34:24 34:25 45:17 63:12 84:15

**Supervisor**
[7] 58:25 59:11 59:15 59:19 60: 8 75:22 75:24

**Supervisors**
[5] 21:21 37:11 59:9 61:11

**Supplier**
[1] 64:24

**Supply**
[1] 69:23

**Support**
[5] 7:25 30:25 31:6 33:21 68:24

**Supposed**
[1] 79:11

**Survive**
[1] 16:13

**Sworn**
[3] 4:2 83:20 84:11

---
**T**
---

**Tax**
[31] 3:12 3:17 7:6 8:4 8:5 8:11 8:18 8:22 8:23 9:12 9:23 10:16 12:8 12:22 16:25 17:4 24:8 24: 10 24:22 25:6 31:10 31:13 37:17 41:8 52:1 52:7 53:20 56:21 56: 22 67:14 71:24

**Ten**
[1] 73:24

**Tentatively**
[1] 7:23

**Testified**
[1] 4:2

**Testimony**
[1] 84:12

**Texas**
[10] 1:1 1:16 1:18 1:18 2:4 2:8 83:18 83:25 84:1 84:25

**Themselves**
[1] 70:16

**They've**
[4] 23:3 26:18 42:15 77:10

**Third**
[1] 13:12

**Three**
[7] 11:7 11:14 11:15 38:7 48:21 50:20 55:9

**Timely**
[1] 60:11

**Tiny**
[1] 39:2

**Today**
[14] 5:21 5:23 7:4 7:25 19:6 22: 17 23:3 23:4 39:21 58:17 60:2 78:11 81:17 82:10

**Today's**
[1] 5:20

**Together**
[8] 13:2 13:25 23:5 23:9 23:9 25:19 41:8 67:18

**Tom**
[1] 82:7

**Took**
[1] 66:3

**Top**
[1] 6:1

**Total**
[15] 11:19 13:14 14:6 14:23 20: 25 21:8 24:23 28:10 28:17 28:19 37:7 37:20 38:19 46:1 54:8

**Transaction**
[4] 42:10 68:19 68:20 68:21

**Transcribed**
[1] 84:14

**Transcript**
[3] 8:8 83:14

**Trevino**
[6] 34:1 34:3 36:21 36:23 61:14 69:10

**Trial**
[2] 61:24 82:13

**Trim**
[1] 45:20

**True**
[7] 39:7 55:12 55:16 55:21 55: 22 83:14 84:11

**Truss**
[1] 75:15

**Try**
[1] 9:14 40:14 40:25 41:8 59:3 60:18 61:25 62:5 62:7 68:20 82:5

**Trying**
[11] 36:15 39:23 42:14 43:22 56: 9 58:21 67:11 68:22 69:22 77:15 80:3

**Turn**
[1] 78:24

**Twice**
[1] 25:2

**Two**
[4] 7:7 38:2 39:22 70:11

**Type**
[15] 14:11 21:12 30:19 54:11 65: 21 77:11 78:13 80:7

**Types**
[8] 17:11 21:12 30:19 54:11 65: 21 77:11 78:13 80:7

**Typical**
[1] 64:3

---
**U**
---

**Unaudited**
[1] 6:23

**Unavailability**
[1] 60:11

**Under**
[6] 14:6 5:14 11:11 12:12 18:8 43:12 65:12 84:14

**Underneath**
[1] 37:4

**Undersigned**
[1] 83:21

**Understood**
[1] 59:16

**Unfair**
[1] 81:24

**Unforeseen**
[1] 56:7

**Unfortunately**
[1] 24:13

**UNITED**
[2] 1:1 84:1

**University**
[1] 4:22

**Unknown**
[1] 41:24

**Unless**
[1] 6:25

**Unpaid**
[3] 78:11 79:10 80:16

**Unreliable**
[1] 44:1

**Up**
[34] 22:2 22:4 22:4 22:5 23:2 26:25 35:10 35:11 36:17 38:21 40:8 40:9 44:6 46:22 47:15 47: 18 51:1 53:10 54:17 55:2 55:23 56:6 57:3 57:4 58:6 58:16 59:4 62:11 62:19 63:20 70:16 73:11 74:18 76:13

**Utilities**
[1] 45:24

---
**V**
---

**Value**
[5] 27:2 28:8 28:10 39:4 48:7

**Values**
[1] 16:21

**Valuewise**
[1] 54:10

**Vargas**
[6] 9:6 30:23 33:8 33:17 33:18 77:7

**Variance**
[1] 62:7

**Variety**
[1] 40:12

**Various**
[5] 43:16 55:25 56:9 78:6 80:1

**Vendor**
[9] 3:13 34:8 36:5 36:20 75:23 78:15 78:16 80:17 80:18

**View**
[3] 21:19 48:2 56:18

**Volume**
[5] 39:3 39:14 39:19 40:23 48:7

**VS**
[2] 1:4 84:4

---
**W**
---

**W-2s**
[1] 18:2

**Waiting**
[1] 36:3

**Wants**
[1] 9:16

**Ways**
[2] 11:16 38:7

**Weather**
[2] 30:3 60:6

**Weatherwise**
[1] 30:7

**Week**
[6] 35:5 35:7 71:5 71:6 73:8 77: 15

**Weekly**
[4] 35:4 73:6 73:8 78:10

**Weeks**
[2] 12:14 44:6

**Whole**

Case 1:00-cv-00193   Document 20   Filed in TXSD on 09/28/2001   Page 48 of 49

**Wish**
[1] 14:10

[1] 16:10

**Withholding**
[1] 81:7

**Witness**
[12] 1:13 20:12 21:3 21:7 33:24
52:14 52:16 69:24 81:25 84:10
84:12 84:20

**Wood**
[1] 68:12

**Word**
[1] 59:24

**Words**
[2] 36:7 39:25

**Workers**
[1] 39:12

**Works**
[1] 27:16

**Worse**
[2] 54:9 72:7

**Worth**
[3] 50:6 57:21 57:22

**Written**
[1] 9:3

| Y |
|---|

**Year**
[62] 4:23 9:2 10:2 10:11 10:18
11:20 12:2 12:5 12:19 15:10 15:
14 16:12 17:22 18:5 19:2 23:15
26:13 26:22 26:22 26:23 27:3 27:
3 28:5 29:7 29:9 31:21 32:11 37:
25 41:2 41:4 48:6 49:24 50:9 50:
10 50:16 51:12 51:16 51:17 51:
20 53:17 53:17 53:20 54:4 54:8
54:9 54:9 54:10 57:4 61:6 61:14
61:17 65:1 66.21 68:21 69:1 69:
10 69:11 71:2 71:16 71:18 74:9
78:3

**Years**
[4] 6:16 8:21 9:11 61:13

**Yesterday**
[2] 5:6 23:8

| Z |
|---|

**Zero**
[1] 72:4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ESCUDERO, JR. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. **B-00-193** |
| BAUER CORPORATION D/B/A | § | |
| BAUER LADDER CORPORATION | § | |

---

## ORDER GRANTING DEFENDANT, BAUER CORPORATION'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

---

On the ___ day of _____, 2001, came on for consideration Defendant, Bauer Corporation's Motion for Partial Summary Judgment (Economic Damages). The Court after considering the Motion, the evidence submitted and pleadings and discovery on file, and all responses and replies thereto, is of the opinion that the Motion is well taken and should be in all things granted. It is therefore,

ORDERED that Defendant, Bauer Corporation's Motion for Partial Summary Judgment is granted its entirety.

_____
JUDGE PRESIDING