$\lambda$

United States District Court
Southern District of Texas
ENTERED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

OCT 0 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| JOSE ESCUDERO, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-193 |
| | § | |
| BAUER CORPORATION D/B/A | § | |
| BAUER LADDER CORPORATION | § | |

TYPE OF CASE:          __X__  CIVIL                              ____  CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON THE FOLLOWING MOTIONS:**

**DEFENDANT BAUER CORPORATION'S RULE 702 MOTION OBJECTING TO AND/OR TO EXCLUDE THE OPINIONS AND CONCLUSIONS OF DESIGNATED EXPERT DR. JAMES PUGH**

**DEFENDANT, BAUER CORPORATION'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY**

**DEFENDANT, BAUER CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECONOMIC DAMAGES)**

PLACE:                                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                  DATE AND TIME:

**NOVEMBER 7, 2001 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    OCTOBER 2, 2001

TO:    MR. BARRY BENTON
       MR. RON A. SPRAGUE
       MR. THOMAS GENDRY

ClibPDF - www.fastio.com