

United States District Court
Southern District of Texas
FILED

OCT 17 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ESCUDERO, JR. | * | |
| | * | |
| vs | * | CIVIL ACTION NO. B-00-193 |
| | * | |
| BAUER CORPORATION D/B/A | * | |
| BAUER LADDER CORPORATION | * | |

### MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S RULE 702 MOTION, MOTION FOR SUMMARY JUDGMENT ON LIABILITY AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON ECONOMIC DAMAGES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JOSE ESCUDERO, JR., Plaintiff in the above-entitled and numbered cause, and moves this Honorable Court for an extension of time to respond to Defendant's Rule 702 Motion, Motion for Summary Judgment on Liability and Motion for Partial Summary Judgment on Economic Damages, and in support thereof would respectfully show as follows:

1.

Defendant filed said motions on September 28, 2001. Plaintiff's counsel received same on October 1, 2001.

2.

Pursuant to Local Rule 5C, Plaintiff's response to said motions are due to be filed on the twentieth day from the date the motions were filed or October

pinjury\fed\extddline\escudero

17, 2001.

3.

These motions are presently set for hearing on November 7, 2001. Mediation is this cause is set for November 1, 2001.

4.

Plaintiff requests an additional two days to file responses to these motions.

5.

Plaintiff, by and through his attorney of record, would aver to the court that Plaintiff's counsel has been severely hampered and delayed in preparing said responses due to the malfunction and ultimate replacement of his computer which he uses for legal research. Plaintiff's counsel has lost substantial time in the process of attempting to have his old computer repaired and ultimately the purchase and set up of a new computer.

6.

This request for an extension is not for the mere purpose of delay, but so that quality responses to Defendant's motions can be filed and the merits of Plaintiff's claims be presented.

MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S RULE 702
MOTION, MOTION FOR SUMMARY JUDGMENT ON LIABILITY AND MOTION FOR PARTIAL
SUMMARY JUDGMENT ON ECONOMIC DAMAGES
PAGE - 2

pinjury\fed\extddline\escudero

**7.**

WHEREFORE, Plaintiff prays that this motion be granted and that he be granted two additional days, until Friday, October 19, 2001, to file his responses to Defendant's Rule 702 Motion ,Motion for Summary Judgment on Liability and Motion for Partial Summary Judgment on Economic Damages.

Respectfully submitted,

_____
BARRY R. BENTON
284 Ebony Avenue
Brownsville, Texas 78520
Telephone (956) 546-9900
Facsimile (956) 546-9997
State Bar No. 02176500
Fed. I. D. No. 3968
ATTORNEY-IN-CHARGE FOR
JOSE ESCUDERO, JR., PLAINTIFF

pinjury\fed\extddline\escudero

# **VERIFICATION**

STATE OF TEXAS                    *

COUNTY OF CAMERON                 *

    I, Barry R. Benton, attorney for Plaintiff in the above-entitled and numbered cause, have read the foregoing Plaintiff's Motion for Extension of Time to File A Response to Defendant's Rule 702 Motion, Motion for Summary Judgment on Liability and Motion for Partial Summary Judgment on Economic Damages and all the facts contained therein are true and correct to my personal knowledge.

_____
BARRY R. BENTON

    SWORN TO AND SUBSCRIBED BEFORE ME by Barry R. Benton, to certify which witness my hand and seal of office on this the ___17th___ day of October, 2001.

_____
Notary Public, State of Texas

LESLIE C. DELGADO
MY COMMISSION EXPIRES
December 10, 2002

My Commission expires: _December 10, 2002_
Notary's printed name: _Leslie C. Delgado_

MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S RULE 702
MOTION, MOTION FOR SUMMARY JUDGMENT ON LIABILITY AND MOTION FOR PARTIAL
SUMMARY JUDGMENT ON ECONOMIC DAMAGES
PAGE - 4

ClibPDF - www.fastio.com

pinjury\fed\extddline\escudero

## CERTIFICATE OF CONFERENCE

This shall certify that I have attempted to confer with counsel for Defendant as to his opposition to this motion and have been unable to contact him.

_____
BARRY R. BENTON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _17th_ day of October, 2001, a true and correct copy of the foregoing Motion for Extension of time to file response to Defendant's Rule 702 Motion, Motion for Summary Judgment on Liability and Motion for Partial Summary Judgment on Economic Damages was forwarded to attorney of record to wit:

Mr. Thomas Gendry
GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, Texas 78216

_____
BARRY R. BENTON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ESCUDERO, JR. | * | |
| | * | |
| vs | * | CIVIL ACTION NO. B-00-193 |
| | * | |
| BAUER CORPORATION D/B/A | * | |
| BAUER LADDER CORPORATION | * | |

# ORDER

(Granting Plaintiff's Motion for Extension of Time to File A Response
to Defendant, Bauer Corporation's Rule 702 Motion Objecting to and/or to
Exclude the Opinions and Conclusions of Designated Expert, Dr. James Pugh,
Defendant. Bauer Corporation's Motion for Summary Judgment on Liability
and Defendant, Bauer Corporation's Motion for Partial Summary Judgment
on Economic Damages)

ON THIS DAY came on for consideration Plaintiff's Motion for Extension of Time to File A Response to Defendant, Bauer Corporation's Rule 702 Motion Objecting to and/or to Exclude the Opinions and Conclusions of Designated Expert, Dr. James Pugh, Defendant, Bauer Corporation's Motion for Summary Judgment on Liability and Defendant, Bauer Corporation's Motion for Partial Summary Judgment on Economic Damages, and it is the opinion of the court that said motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff has until Friday, October 19, 2001, to file responses to Defendant, Bauer Corporation's Rule 702 Motion Objecting to and/or To Exclude the Opinions and Conclusions of Designated Expert, Dr. James Pugh, Defendant, Bauer Corporation's Motion for Summary Judgment on Liability and Defendant, Bauer Corporation's Motion for Partial Summary Judgment on Economic Damages.

DONE this _____ day of _____, 2001.

_____
JUDGE PRESIDING

Copies to:
Barry R. Benton, 284 Ebony Ave., Brownsville, Texas 78520
Thomas Gendry, 645 Lockhill Selma, San Antonio, Texas 78216