United States District Court
Southern District of Texas
FILED

OCT 18 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ESCUDERO, JR. | * | |
| | * | |
| vs | * | CIVIL ACTION NO. B-00-193 |
| | * | |
| BAUER CORPORATION D/B/A | * | |
| BAUER LADDER CORPORATION | * | |

# ORDER

(Granting Plaintiff's Motion for Extension of Time to File A Response
to Defendant, Bauer Corporation's Rule 702 Motion Objecting to and/or to
Exclude the Opinions and Conclusions of Designated Expert, Dr. James Pugh,
Defendant. Bauer Corporation's Motion for Summary Judgment on Liability
and Defendant, Bauer Corporation's Motion for Partial Summary Judgment
on Economic Damages)

ON THIS DAY came on for consideration Plaintiff's Motion for Extension of Time to File A Response to Defendant, Bauer Corporation's Rule 702 Motion Objecting to and/or to Exclude the Opinions and Conclusions of Designated Expert, Dr. James Pugh, Defendant, Bauer Corporation's Motion for Summary Judgment on Liability and Defendant, Bauer Corporation's Motion for Partial Summary Judgment on Economic Damages, and it is the opinion of the court that said motion should be GRANTED. (DOCKET NO 22)

IT IS THEREFORE ORDERED that Plaintiff has until Friday, October 19, 2001, to file responses to Defendant, Bauer Corporation's Rule 702 Motion Objecting to and/or To Exclude the Opinions and Conclusions of Designated Expert, Dr. James Pugh, Defendant, Bauer Corporation's Motion for Summary Judgment on Liability and Defendant, Bauer Corporation's Motion for Partial Summary Judgment on Economic Damages.

DONE this 18th day of October, 2001.

_____
JUDGE PRESIDING

Copies to:
Barry R. Benton, 284 Ebony Ave., Brownsville, Texas 78520
Thomas Gendry, 645 Lockhill Selma, San Antonio, Texas 78216