IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 6 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE ESCUDERO, JR. | * |
| | * |
| vs | * CIVIL ACTION NO. B-00-193 |
| | * |
| BAUER CORPORATION D/B/A | * |
| BAUER LADDER CORPORATION | * |

## **PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JOSE ESCUDERO, JR., Plaintiff, in the above-entitled and numbered cause complaining of BAUER CORPORATION D/B/A BAUER LADDER CORPORATION, Defendant and for cause of action would respectfully show as follows:

1.

This is a products liability, personal injury action removed by Defendant from the 103rd District court of Cameron County, Texas, to this court on the basis of diversity jurisdiction.

2.

Plaintiff is a resident of Hidalgo County, Texas.

3.

Defendant's principal place of business is in the State of Ohio.

**4.**

This court is an appropriate venue as the cause of action, or the occurrence in question, occurred in Cameron County, Texas within the Southern District of Texas and the Brownsville Division.

**5.**

Plaintiff alleges that on about May 10, 1999, he was repairing a light fixture located at Santa Maria, Texas, in Cameron County. During the course of this work Plaintiff utilized a certain stepladder which was designed, manufactured and sold by Defendant. While on the stepladder, the ladder became unstable, as the back legs split, resulting in Plaintiff falling to the floor and severely fracturing his left heel.

**6.**

Plaintiff alleges that Defendant did design, manufacture, test and sell the aforementioned fiberglass ladder, and that said ladder was placed into the stream of commerce by Defendant prior to the date of this accident, and was not changed or altered since its manufacture, distribution or sale.

**7.**

Plaintiff alleges that the Defendant was negligent in designing said ladder in that said ladder was designed and manufactured in such a way

that in the normal use of said ladder the fiberglass in the legs would crack and that the cracks would suddenly propagate causing sudden instability and the user to fall and suffer personal injuries.

8.

Defendant's negligence was the proximate cause of Plaintiff's injuries.

9.

In the alternative, Plaintiff alleges that the ladder, in its design and configuration, as manufactured by the Defendant, was defective and unreasonably dangerous in violation of the RESTATEMENT (Third Edition) of Torts: PRODUCTS LIABILITY, Sec. 2(b) (1998).

10.

Plaintiff further alleges that the defective design of said ladder was the producing cause of Plaintiff's injuries.

11.

Plaintiff is 33 years old with a life expectancy of 42.7 years.

12.

Plaintiff alleges that as a result of the wrongs aforementioned, Plaintiff has incurred reasonable and necessary medical expenses in the past and will in reasonable probability incur reasonable and necessary

medical expenses in the future.

13.

Plaintiff alleges that as a result of the wrongs aforementioned, Plaintiff has suffered physical impairment in the past and will in reasonable probability suffer physical impairment in the future.

14.

Plaintiff alleges that as a result of the wrongs aforementioned, Plaintiff has also suffered a loss of earning in the past and will in reasonable medical probability suffer a loss of earning capacity in the future.

15.

Plaintiff alleges that as a result of the wrongs aforementioned, Plaintiff has also suffered physical pain and mental anguish in the past and will in reasonable probability suffer physical pain and mental anguish in the future.

16.

WHEREFORE, Plaintiff demands judgment against the Defendant in the sum of one million, six hundred ninety eight thousand, one hundred sixty three dollars and forty six cents ($1,698,163.46), pre and post judgment interest, costs of court, and such other and further relief

PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT - PAGE 4

to which he may show himself justly entitled.

Respectfully submitted,

*[signature: Barry Benton]*

Barry R. Benton
284 Ebony Avenue
Brownsville, Texas  78520
(956) 546-9900 Telephone
(956) 546-9997 Facsimile
State Bar No. 02176500
Federal I.D. No. 3968
ATTORNEY IN CHARGE FOR
JOSE ESCUDERO, JR., PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  5th  day of ~~October~~ November, 2001, a true and correct copy of Plaintiff's First Amended Original Complaint was forwarded to counsel of record, to wit:

Mr. Thomas Gendry
GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, Texas 78216

*[signature]*
BARRY R. BENTON