United States District Court
Southern District of Texas
FILED

NOV 0 7 2001

Michael N. Milby
Clerk of Court



THE HONORABLE JOHN WM. BLACK

HEARING ON DEFENDANT BAUER CORPORATION'S RULE 702 MOTION OBJECTING TO AND/OR TO EXCLUDE THE OPINIONS AND CONCLUSIONS OF DESIGNATED EXPERT DR. JAMES PUGH
AND DEFENDANT, BAUER CORPORATION'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY
AND DEFENDANT, BAUER CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECONOMIC DAMAGES)

CIVIL ACTION NO. B-00-193

DATE & TIME: 11-07-01 AT 1:30 P.M.

JOSE ESCUDERO, JR.

PLAINTIFF(S) COUNSEL: BARRY BENTON

VS.

BAUER CORPORATION, ET AL.

DEFENDANT(S) COUNSEL: RON A. SPRAGUE

---

CSO: Daniel Delgado
ERO: Linda Garcia

Attorneys Barry Benton for plaintiff, Tom Gendry and Claudia Brown for defendants appeared.

Defendant Bauer Corporation's Rule 702 Motion Objecting to and/or to Exclude the Opinions and Conclusions of Designated Expert Dr. James Pugh is denied. Defendant will send an order denying the Motion.

Parties will notify the court in ten days as to settlement/mediation results.