# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER



United States District Court
Southern District of Texas
ENTERED

NOV 27 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE ESCUDERO, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-193 |
| | § | |
| BAUER CORPORATION D/B/A | § | |
| BAUER LADDER CORPORATION | § | |

TYPE OF CASE.        __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING.

**STATUS CONFERENCE**

(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE·

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.·

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JANUARY 7, 2002 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    NOVEMBER 26, 2001

TO:    MR. BARRY BENTON
       MR. RON A. SPRAGUE
       MR. THOMAS GENDRY