IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ESCUDERO, JR. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-00-193 |
| BAUER CORPORATION D/B/A | § | |
| BAUER LADDER CORPORATION | § | |

## AGREED ORDER OF DISMISSAL

BE IT REMEMBERED that on the 3RD day of January, 2002, came on to be heard the Motion of Plaintiff, JOSE ESCUDERO, JR., to Dismiss with Prejudice the cause of action against BAUER CORPORATION D/B/A BAUER LADDER CORPORATION, and the Court, after having been advised by counsel for Plaintiff and Defendant that the parties have resolved all issues of this cause of action and that the cause of action should be dismissed, is of the opinion that Plaintiff's action against Defendant, BAUER CORPORATION D/B/A BAUER LADDER CORPORATION, should be dismissed with prejudice, as to all claims.

It is, therefore, ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Dismiss with Prejudice the cause of action against BAUER CORPORATION D/B/A BAUER LADDER CORPORATION, is hereby GRANTED; and Plaintiff's action against said Defendant, is hereby dismissed with prejudice.

It is further ORDERED that each party hereto shall be responsible for their costs incurred.

SIGNED this 3RD day of JANUARY, 2002.

_____
JUDGE PRESIDING

APPROVED:

BY: _____
BARRY R. BENTON
State Bar No. 02176500
ATTORNEY FOR PLAINTIFF

BY: _____
THOMAS W. GENDRY
State Bar No. 07797000
ATTORNEYS FOR DEFENDANT

escudero\dismiss-ord